Nicholas Cox
(Name)

_____
(Institution Register No.)

P.O. Box 311 El Dorado, KS 67042
(Current Mailing Address)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Nicholas Cox, Plaintiff
(Full and Correct Name)

CASE NO. 22-3154-SAC
(To be supplied by the Clerk)

vs.

Jeff Zmuda

_____, Defendants

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

### A. JURISDICTION

1) Nicholas Cox (Plaintiff), is a resident of Kansas (State of residency prior to incarceration)

who presently located at P.O. Box 311, El Dorado, KS 67042 (Mailing address or place of confinement.)

2) Defendant Jeff Zmuda (Name of first defendant) is a resident of

Topeka, Kansas (City, State), and is employed as

Secretary of Corrections (Position and title, if any), and may be

located at 714 S.W. Jackson, Ste. 300, Topeka, KS 66603 (Address for service of process). At the time the claim(s) alleged

in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐

If your answer is "Yes", briefly explain: He is the secretary of corrections & employed by the State of Kansas

XE-2 (F)       CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

1

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Denial of outside yard is a violation of my 8th and 14th amendment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

For almost 18 months of my seg time I have been denied outside yards due to shortage of staff per administrations.

B) (1) Count II: Unnecessary segregation. I have been on holdover transfer for almost 29 months. This is a violation of my 8th and 14th amendments.

(2) Supporting Facts: I am being transferred out of state which could have happened when I was first placed on holdover transfer. Instead, I was held in seg. for no reason or fault of my own against their policy.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

_____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

    d) Issues raised _____

    e) Approximate date of filing lawsuit _____

    f) Approximate date of disposition _____

4

XE-2 (F)        CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes [X] No [ ].

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision 6/1/22 says we were offered inside yard and in cell exercise on our tablet we get twice a week.

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _____

F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

50 dollars a day for every day held on holdover transfer status in segregation without yard or all my good time restored

_____   _____
Signature of Attorney (if any)        Signature of Petitioner

_____
(Attorney's full address and telephone number)

XE-2 (F)           CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)                5