**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**NICHOLAS COX,**

        **Plaintiff,**

    v.                                  **CASE NO. 22-3154-JWL-JPO**

**JEFF ZMUDA, et al.,**

        **Defendants.**

## ORDER

This matter is before the Court on the Motion for Leave to File Under Seal Addresses of Former KDOC Employee Defendants (Doc. 17), filed by the Office of Kansas Attorney General. For good cause shown,

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion for Leave to File Under Seal Addresses of Former KDOC Employee Defendants (Doc. 17) is **granted**.

**IT IS FURTHER ORDERED** that Doc. 17–1 shall be filed under seal.

**IT IS FURTHER ORDERED** that the Clerk is directed to use the address in Doc. 17–1 for the sole purpose of attempting to effect service of process. The Clerk shall request a waiver of formal service from the Defendant.

**IT IS SO ORDERED**.

Dated October 19, 2022, in Kansas City, Kansas.

                                            **S/ James P. O'Hara**
                                            **JAMES P. O'HARA**
                                            **UNITED STATES MAGISTRATE JUDGE**