In the United States District Court, Topeka, Kansas
Civil Department

Nicholas Cox 99253,
        Plaintiff,

        v,                                    Case No: 22-cv-3154

Jeff Zmuda, et seq;
        Defendants.

                    Motion for Protective Order

        Comes Now, the plaintiff, Nicholas Cox pro se and
submits this Motion for Protective Order.

I. Facts.

        (1). Judge Crow ordered a Martinez report on September
14, 2022 to be answered in 60 days.

        (1) Since the report was ordered I have been the
subject of coordinated attacks, negligence, and retaliation
In the following forms.

        a.) I was moved from my cell in B cell house to
A cellhouse. Upon arriving in A-cellhouse instead of
being placed in an empty cell as I was told and allowed
to find a celly I was brought to a cell with a
flamboyant, outward, homosexual and told it was either
live with the gay or go to a crisis cell. A crisis cell
has to bed, phone, electricity, and was covered in feces.
A gay I knew offered me to live in his cell for a week
and I couldn't find a celly in that week and now I am
forced to live with the homosexual. I have submitted to
live with Corbin Weyting 115333. KDOC knows that
you face much more than ridicule for living with gays.
Violence and thefts and many other things. It is also
against my personal beliefs. I'm a conservative catholic.

        b.) My phone numbers are not being added to my
call lists. I submitted the EF 620.249.2111 last week.
It's still not turned on.

C. My property I have purchased is not being given to me. It was ordered and deducted from my account on 10-10-22, inch tax property never takes more than 2-3 weeks.

D. Yard and ice pass are not called loud enough to hear to wake up for so I miss it frequently with the heat turned up so high you sweat all day, this isn't normal prison conditions.

3. It is possible none of these things are intentional but very doubtful. I've never had any of the problems in the past, however I don't believe in coincidences.

4) I submitted a previous protective order in regards to a transfer that was not granted. Since it is obvious from being on holdover/no transfer status in seg for over 1000 days that KDOC has no plans to transfer I ask the court to order El Dorado prison to the following:

   a.) treat inmate Cox within the norms and policy he is afforded as a prisoner.

   b.) Submit his paperwork such as phone lists and form 9's timely.

   c.) Give him his property timely.

   d.) Do not put his in any more situations which can cause him violence or make his a target.

II. Conclusion

I have no desire to bring extra cases or work for the court. Something short and clear is all I ask for. I have worked very hard to keep composure through 1400 days straight segregation and my family needs me home. The actions in the petition and motion are reprehensible. Laura Kelly claims budget surplus but it has been partially on the backs of prisoners and other state agencies she was understaffed. It is disgusting that KDOC thinks what they are doing in El Dorado is acceptable. I would

2.

rather be in a gulag or Chinese work camp because at least I wouldn't be stuck in a closet all day and night for the last 1400 days... This prison and conditions are sad.

Respectfully Submitted By

Nicholas Coa 98253
EDCF
P.O. Box 311
El Dorado, KS 67042