## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**NICHOLAS COX,**

     **Plaintiff,**

     **v.**　　　　　　　　　　　　　　　　**CASE NO.  22-3154-JWL-JPO**

**JEFF ZMUDA, et al.,**

     **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983.  Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas ("EDCF").  Plaintiff has paid the filing fee.  The Court screened Plaintiff's Second Amended Complaint (Doc. 11) and ordered the officials responsible for the operation of EDCF to prepare a *Martinez* Report. (Docs. 12, 13.)  *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978).  This matter is before the Court on the Motion for Extension of Time to File Martinez Report (Doc. 26) filed by the Kansas Department of Corrections ("KDOC").

The KDOC seeks a 10-day extension of time to submit the *Martinez* Report.  This is the KDOC's first request for an extension of time.  The Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion for Extension of Time to File Martinez Report (Doc. 26) is **granted.**

**IT IS FURTHER ORDERED** that the deadline to submit the *Martinez* Report is extended to **December 27, 2022**.

**IT IS SO ORDERED**.

**Dated December 19, 2022, in Kansas City, Kansas.**

> **S/   James P. O'Hara**
> **JAMES P. O'HARA**
> **UNITED STATES MAGISTRATE JUDGE**