# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

NICHOLAS COX,

    Plaintiff,

    v.                                      CASE NO. 22-3154-JWL-JPO

JEFF ZMUDA, et al.,

    Defendants.

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas ("EDCF"). Plaintiff has paid the filing fee. The Court screened Plaintiff's Second Amended Complaint (Doc. 11) and ordered the officials responsible for the operation of EDCF to prepare a *Martinez* Report. (Docs. 12, 13.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978). The Court granted the Kansas Department of Corrections ("KDOC") a 10-day extension of time to submit the *Martinez* Report. (Doc. 27.) This matter is before the Court on the KDOC's second Motion for Extension of Time to File Martinez Report (Doc. 28). The KDOC indicates that counsel has requested but not yet received all of the medical information necessary for completion of the report. The KDOC seeks a 21-day extension of time to submit the *Martinez* Report. The Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion for Extension of Time to File Martinez Report (Doc. 28) is **granted.**

**IT IS FURTHER ORDERED** that the deadline to submit the *Martinez* Report is extended to **January 17, 2023**.

**IT IS SO ORDERED**.

**Dated December 28, 2022, in Kansas City, Kansas.**

<u>S/ James P. O'Hara</u>
**JAMES P. O'HARA**
**UNITED STATES MAGISTRATE JUDGE**