In the United States District Court for the District of Kansas
Civil Departments

Nicholas Cox,
    Plaintiff,

v.

Jeff Zmuda, et seq,
    Defendants.

## Motion for Rule 35 Examination

Comes Now, the plaintiff, Nicholas Cox, pro se, and moves the Court for a Rule 35 physical examination for the purpose of obtaining a protective order and treatment for the ongoing injury in the above-case number and states the following in support of such request.

1. My leg is in pain daily. I have sought treatment for it several times and all I was told was that I should continue my blood thinner.

2. The blood thinner is not working. The pain and numbness is getting worse.

3. My family has filed complaints to KDOC for lack

of treatment for my leg and blood clots multiple times.

4. I have had blood clots multiple times. I know exactly what they feel like on the skin and internally. I am being told by the prison contract doctor that I don't have them anymore and the numbness and pain is something else. The doctor used a sonogram machine she could barely use and she definitely isn't a radiologist qualified to read the sonogram.

5. A Rule 35 exam would allow me to put accurate information to the Court on a protective order seeking treatment and a transfer to a facility with yard. We have been offered yard one time in the last month.

6. A Rule 35 exam would aid the Court in evaluating the Martinez report.

7. I request a CT Scan in such examination to fully diagnose my current situation.

8. I request a damage assessment on my leg to diagnose the damage done by the clots and identify possible future problems resulting from the clots.

In Conclusion, a Rule 35 examination should be ordered in this case for current treatment, the Martinez Report, and

and possible expert appointments in the future.

Respectfully Submitted By,

Nicholas Cox 98253
P.O. Box 311
El Dorado, KS 67042