IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NICHOLAS COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 22-3154-JWL-JPO |
| | ) |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
### FOR RULE 35 EXAMINATION

Defendants Tommy Williams and Jeff Zmuda ("Defendants") submit, through Assistant Attorney General Matthew L. Shoger, this response to Plaintiff Nicholas Cox's Motion for Rule 35 Examination (Doc. 30). The motion violates this Court's Memorandum and Order from September 14, 2022 (Doc. 12 at 3): "Discovery by Plaintiff shall not commence until Plaintiff has received and reviewed any Court-ordered answer or response to the Second Amended Complaint." Cox's motion is a discovery motion,[1] and this Court's previous order clearly stated discovery may not commence until Plaintiff receives Defendants' answer, which would occur after the screening process. (Doc. 12 at 2-3.) For these reasons, Defendants request that this Court enter an order denying Cox's motion, and for such other and further relief as this Court deems just and proper.

---

[1] *See Herrera v. Lufkin Indus., Inc.*, 474 F.3d 675, 688 (10th Cir. 2007) (discussing Rule 35 as part of discovery).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of January, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha M. Carter
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Nicholas Cox, #98253
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff, pro se*

                                      */s/ Matthew L. Shoger*
                                      Matthew L. Shoger
                                      Assistant Attorney General