IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NICHOLAS COX,

      Plaintiff,

      v.                                                CASE NO. 22-3154-JWL-JPO

JEFF ZMUDA, et al.,

      Defendants.

## ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights case under 42 U.S.C. § 1983. Plaintiff is an inmate at the El Dorado Correctional Facility in El Dorado, Kansas. On September 14, 2022, the Court entered a Memorandum and Order (Doc. 12) ordering the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report. This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally Exhibit 4 to the Martinez Report (Doc. 32). Exhibit 4 consists of Plaintiff's medical records and behavioral health records. The Court grants the motion.

**IT IS THEREFORE ORDERED** that the KDOC's Motion to File Under Seal and Conventionally Exhibit 4 to the Martinez Report (Doc. 32) is **granted**. Exhibit 4 to the *Martinez* Report shall be filed under seal and conventionally.

**IT IS SO ORDERED**.

Dated January 13, 2023, in Kansas City, Kansas.

                                                              S/ James P. O'Hara
                                                              JAMES P. O'HARA
                                                              UNITED STATES MAGISTRATE JUDGE