Kansas Department of Corrections                              https://ikdocrepository.doc.ks.gov/kasper/search/results

## Names

| Name Type | Name |
|---|---|
| Conviction | COX, NICHOLAS ALLEN |
| True | COX, NICHOLAS ALLEN |
| Alias | COX, NICK |



COX, NICHOLAS ALLEN

Approx Picture Date

2019-01-31



COX, NICHOLAS ALLEN

Approx Picture Date

2019-01-31

## Identification

| KDOC # | SID Num | FBI Num |
|---|---|---|
| 0098253 | 1201918 | 133871AC |

(/kasper/search/image?kdocNumber=0098253&imageNumber=1)

(/kasper/search/image?kdocNumber=0098253&imageNumber=2)

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ▓▓▓▓▓ | 39 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Blue | Brown | 6'-0" | 257 | Male | White |

## Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Jul 16, 2027

**Current Status** Incarcerated

**Admission Date** Jun 24, 2014

**Current Location (2)** El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)

**Custody Level** Special Management

EXHIBIT 1

(1) **This date could be affected by a parole board decision or good time and/or program credit.**
(2) **Click on Location for the Facility web site.**

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Johnson | 09DV1150 | Aug 31, 2009 | Sep 03, 2010 | N/A | Aggravated Battery - Intentional, Bodily Harm | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Johnson | 11DV1337 | Oct 07, 2011 | Jun 19, 2014 | N/A | Agg Battery-Int, Grt Bodly Hrm | 1 | Non Drug-Grid Severity Level 4 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Nov 24, 2021 | Returned From Court Appearance |
| Johnson County | Nov 19, 2021 | Released For Court Appearance |
| El Dorado CF-Central | Apr 04, 2019 | Inter-Facility Movement |
| Lansing CF-Central | May 24, 2016 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Oct 01, 2015 | Inter-Facility Movement |
| Hutchinson CF-Central | Mar 12, 2015 | Inter-Facility Movement |
| Lansing CF-Central | Mar 05, 2015 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 25, 2014 | Inter-Facility Movement |
| El Dorado CF-RDU | Jun 24, 2014 | New Court Commitment |

**EXHIBIT 1**

| Location | Movement Date | Movement Reason |
|---|---|---|
| Unknown or N/A | Nov 30, 2012 | Expiration Of Sentence |
| Johnson County | Nov 30, 2012 | Intra-parole/CR |
| Johnson County | Nov 30, 2012 | DOC War. Wthdrwn Supervsn I/S |
| Johnson County | Oct 28, 2011 | DOC Warrant Issued |
| Wyandotte County | Oct 26, 2011 | DOC Warrant Issued |
| Johnson County | Oct 07, 2011 | DOC Warrant Issued |
| Johnson County | Oct 07, 2011 | DOC Warrant Issued |
| Wyandotte County | Jun 07, 2011 | In-State Post Release |
| Lansing CF-Central | Oct 14, 2010 | Inter-Facility Movement |
| El Dorado CF-RDU | Sep 22, 2010 | New Court Commitment |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Sep 08, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Sep 08, 2020 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Nov 21, 2019 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Nov 09, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Nov 09, 2019 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Aug 22, 2019 | 1 | El Dorado Correctional Fac. - Central | Viol Statute (Felony Crime) |
| Aug 19, 2019 | 1 | El Dorado Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |
| Jul 23, 2019 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Jul 23, 2019 | 1 | El Dorado Correctional Fac. - Central | Threaten or Intim Any Person |
| Jul 23, 2019 | 1 | El Dorado Correctional Fac. - Central | Interference W/Restraints |
| Jul 23, 2019 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| May 02, 2019 | 1 | El Dorado Correctional Fac. - Central | Theft |

EXHIBIT 1

Kansas Department of Corrections                                                     https://ikdocrepository.doc.ks.gov/kasper/search/results

| Date | Class | Location | Type of report |
|---|---|---|---|
| May 02, 2019 | 1 | El Dorado Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |
| Mar 24, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Mar 24, 2019 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Mar 24, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Mar 24, 2019 | 1 | Lansing Correctional Facility - Central | Battery |
| Mar 24, 2019 | 1 | Lansing Correctional Facility - Central | Interf W/Cell Oper/Visibility |
| Mar 17, 2019 | 1 | Lansing Correctional Facility - Central | Fighting |
| Mar 13, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Sep 14, 2018 | 1 | Lansing Correctional Facility - Central | Fighting |
| Jul 31, 2018 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Jun 11, 2018 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Jun 11, 2018 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jun 11, 2018 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| May 26, 2018 | 1 | Lansing Correctional Facility - Central | Lewd Acts |
| May 06, 2018 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| May 06, 2018 | 1 | Lansing Correctional Facility - Central | Lewd Acts |
| May 06, 2018 | 2 | Lansing Correctional Facility - Central | Conduct Reg. Visitors/Public |
| May 02, 2018 | 1 | Lansing Correctional Facility - Central | Possession UnAuth Commo Device |
| Jan 21, 2018 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Oct 08, 2017 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Oct 08, 2017 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Feb 24, 2017 | 1 | Lansing Correctional Facility - Central | Lewd Acts |
| Feb 24, 2017 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Feb 24, 2017 | 1 | Lansing Correctional Facility - Central | Bodily Waste |
| Feb 24, 2017 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Feb 24, 2017 | 1 | Lansing Correctional Facility - Central | Battery |
| Feb 22, 2017 | 1 | Lansing Correctional Facility - Central | Lewd Acts |

EXHIBIT 1

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 23, 2016 | 1 | Lansing Correctional Facility - Central | Battery |
| Nov 16, 2016 | 2 | Lansing Correctional Facility - Central | Work Performance |
| Nov 16, 2016 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Oct 15, 2016 | 1 | Lansing Correctional Facility - Central | Theft |
| Jun 08, 2016 | 1 | Lansing Correctional Facility - Central | Fighting |
| Apr 06, 2016 | 1 | Larned Correctional Mental Health Fac. | Threaten or Intim Any Person |
| Oct 05, 2015 | 1 | Larned Correctional Mental Health Fac. | Obscenity |
| Sep 07, 2015 | 1 | Hutchinson Correctional Fac. - Central | Threaten or Intim Any Person |
| Sep 07, 2015 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Sep 02, 2015 | 1 | Hutchinson Correctional Fac. - Central | Bodily Waste |
| Aug 31, 2015 | 1 | Hutchinson Correctional Fac. - Central | Threaten or Intim Any Person |
| Aug 31, 2015 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Aug 31, 2015 | 2 | Hutchinson Correctional Fac. - Central | Disruptive Behavior |
| Aug 20, 2015 | 1 | Hutchinson Correctional Fac. - Central | Threaten or Intim Any Person |
| Aug 20, 2015 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Aug 10, 2015 | 1 | Hutchinson Correctional Fac. - Central | Threaten or Intim Any Person |
| May 31, 2015 | 2 | Hutchinson Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| May 30, 2015 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Dec 05, 2014 | 1 | Hutchinson Correctional Fac. - Central | Violation of Published Orders |
| Dec 05, 2014 | 1 | Hutchinson Correctional Fac. - Central | Violation of Published Orders |

EXHIBIT 1