# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NICHOLAS COX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 22-CV-3154-SAC |
| | ) |
| **JEFF ZMUDA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## EXHIBIT 4

Pertinent Medical and Behavioral Health Records of Nicholas Cox (July 8, 2019, to June 9, 2020)

(Filed Conventionally and Under Seal)