**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **NICHOLAS COX,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Case no. 22-CV-3154-JWL-JPO** |
| ) | |
| **JEFF ZMUDA, et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF DARCIE HOLTHAUS

Comes now, Darcie Holthaus, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Corrections Manager in the Division of Facilities Management.

2. Resident Nicholas Cox (KDOC #98253) is known to me.

3. I am aware that Resident Cox has filed a lawsuit regarding restrictive housing at the El Dorado Correctional Facility (EDCF).

4. One of my duties at KDOC includes handling resident grievances submitted to the Secretary of Corrections.

5. I have carefully reviewed the grievance records of Resident Cox and found that he submitted seven grievances related to placement in restrictive housing, yard time, blood clots, weight gain, alopecia, property issues, and restoration of good time. True and correct copies of those grievances are attached hereto as Exhibit A.

6. I found no grievances submitted to the Secretary of Corrections regarding cell size or "double bunking."

EXHIBIT 6

7.  One of my duties is Interstate Compact Administrator for the State of Kansas.

8.  I am not aware of the exact date, but sometime in March 2022 I was asked to initiate contacts pursuant to the Interstate Compact to send Resident Cox out of state. In my understanding as Compact Administrator, residents may be transferred for a variety of reasons within the discretion of the sending state. To my knowledge, Resident Cox has Security Threat Group ("STG") issues that preclude him from placement in general population in KDOC facilities. Gangs such as the Bloods, Surenos, or Crips are example STG's.

9.  As part of the transfer process, I try to inform the state to which the resident is being transferred of the issues that the resident has had while in KDOC custody so that they have the information for classification purposes.

10. I sent Resident Cox's paperwork to multiple states and never received a response. Typically, no response means the receiving state is not interested.

11. I also called a few states to see if they would consider accepting the request and was told not to even send the paperwork as he would be denied due to his STG issues.

12. To date, no state has agreed to take Resident Cox under the Interstate Compact.

Pursuant to 28 U.S.C. § 1746, I declared under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2023.

/s/ Darcie Holthaus

_____

Darcie Holthaus

EXHIBIT 6



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

# Kansas
### Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

December 12, 2022

TO:    0098253 Cox, Nicholas

El Dorado Correctional Facility

RE:    Invalid Grievance

I received your correspondence that included a grievance numbered CA22723.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the classification decision making process. KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

Medical has provided you with appropriate care; they are not a part in the decision for you to remain in RHU.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc:    Warden Williams
       w/attachments
Image: SOCRESP
       w/attachments

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Nicholas Cox_   Facility: _EDCF_

Inmate Number: _98253_   Grievance Serial No.: _CA22732_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: _RECEIVED_

DEC 0 9 2022

DOC Facility Management Area

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _I feel my good time should be fully restored for the damage done to my leg and I should be transferred immediately. This grievance is for state dock action_

Signature of Inmate

---

DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

---

### For D.O.C. Staff Use Only
Type of Response (Item 6b:  Code   01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

EXHIBIT A

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

RECEIVED

## INMATE COMPLAINT

Inmate's Name _Nicholas Cox_ OCT 2 4 2022 Number _99253_

Facility _EDCF_  Housing Unit _A+201_ Medical Records  Work Detail _Seg_

EDCF 04552

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) *Use additional paper if necessary.* ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I have been in seg for over 1200 days. The last 800 have been on Holdover Transfer status. (probably more) Centurion has policy for mental patients to get out of their cell more than non-mental because being confined in seg causes/makes mental illnesses. I have suffered multiple blood clots in my leg because I am in seg, not getting proper exercise time, and there is no reason for me to be in seg per KDOC policy. This is a grievance on medical for not instructing KDOC that seg is exacerbating my

Date this report was given to Unit Team for informal resolution (to be completed by inmate). ___

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

Unit Team Signature  Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ___

_10-31-22_

Inmate Signature  Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _NOV 1 7 2022_  Date of Final Answer _NOV 2 3 2022_  Date Returned to Inmate ___

___

Inmate's Signature  Date  Unit Team Signature  Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

RECEIVED

NOV 1 7 2022

WARDEN'S OFFICE

Grievance Serial Number _CA22732_

Type of Complaint (Item 4: Code 01-75) _02_

Cause of Complaint (Item 5: Code 01-30) _07_

Type of Response (Item 6a: Code 01,02,08 or 09) _08_

EXHIBIT A

blood clot issues which can be fatal. Treating the symptoms and not the root cause is like stabbing me and giving me stitches, over and over." I am asking medical to report to KDOC that segregation is exacerbating my blood clots and recommend me as a priority for release. Thank you.

EXHIBIT A

Form 9
For Cellhouse Transfer
Work Assignment _____ *grievance medical*
Interview Requests

RECEIVED

OCT 2 0 2022

KANSAS DEPARTMENT OF CORRECTIONS
EDCF 04552

*Cox*
Last Name Only

*98253*
Number

## INMATE REQUEST TO STAFF MEMBER

To: *HSA medical,*    Date: *10-15-22*

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I am grieving the lack of policy or practice of evaluating inmates
health during the time of little or no yard during shortages of staff.
You have a policy or practice of prioritizing the release of mental health
patients who deteriorate in seg but not those who physically
deteriorate. If you do, why was I not priority with repeated blood clots.
I am also grieving that you knew I have been on holdover transfer

Work Assignment: _____    Living Unit Assignment: *A201*

*On bunk*

Comment: _____    Unit Team Members Signature: _____

Disposition: _____

To: *Cox 98253  A201*    Date: *10/20/22*

(Name & Number)

Disposition: *Medical is not a part of the process for movement*
*out of Restrictive housing. This is an issue to bring to*
*the cellhouse Unit team.*

_____
Employee's Signature

To be returned to inmate.

P-0009b

for over 450 days and have not told KDOC to prioritize my transfer because the lack of yard and movement in segregation is exacerbating my blood clots. This deliberate indifference and to my medical needs and lack of due care has caused me to have repeated injury in the form of DVT blood clots in my leg causing me to lose feeling in parts of my leg, sharp random pains, swelling that is permanent, varicose veins, and loss of function.

EXHIBIT A

Form 9
For Cellhouse Transfer
Work Assignment ___grievance___ 45B
Interview Requests

RECEIVED

OCT 2 0 2022

KANSAS DEPARTMENT OF CORRECTIONS
Medical Records
EDCF 04552

Cox
Last Name Only

98253
Number

## INMATE REQUEST TO STAFF MEMBER

To: 45B medical                            Date: 10-15-22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I am grieving the fact that every time I have wrote a
grievance to you on a form 9 it takes almost a month to
get a response and the response is back dated at least ten days
from when I get it. This lack of care and adherence to policy
causes a delay in the possible care I could get from my grievance
being redressed. Such delaying is a deliberate indifference.

Work Assignment: _____ Living Unit Assignment: A-201
Comment: _____ Unit Team Members Signature: _____

Disposition: _____

To: Cox 98253 A-201                          Date: 10/20/22
(Name & Number)

Disposition: All correspondence to this office is answered
within the appropriate time frames and returned
back to the mail room. Any delay is outside of the
control of this office.

_____
Employee's Signature

To be returned to inmate.

P-0009b

EXHIBIT A

INMATE REQUEST TO STAFF MEMBER

To: _____                    Date: _____
      (Name and Title of Officer or Department)

_____

      Unit Team Member Signature                  **To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

RECEIVED

OCT 2 0 2022
KANSAS DEPARTMENT OF CORRECTIONS
Medical Records
FDCF 04552
INMATE REQUEST TO STAFF MEMBER

Cox

Last Name Only

98253

Number

To: HSA Medical _____ Date: 10-15-22
    (Name and Title of Officer or Department)
    State completely but briefly the problem on which you desire assistance. (Be specific.)

I would like to know what (if any) recommendations you have
made to KDOC regarding my DVT blood clots and current/segregation
placements that has been Holdover Transfer for 650 days. If
there have been any, when and what?

Work Assignment: _____ Living Unit Assignment: A-201
Comment: _____ Unit Team Members Signature: _____

Disposition: _____

To: Cox 98253    A201 _____ Date: 10/20/22
        (Name & Number)

Disposition: Medical does not have a part in the process
of transfers out of Restrictive Housing. This is a
issue to be addressed with Unit team in the
cell house.

_____
        Employee's Signature

P-0009b                                           **To be returned to inmate.**

EXHIBIT A

## EL DORADO CORRECTIONAL FACILITY
## CENTURION

## INTERDEPARTMENTAL MEMORANDUM

**DATE:** 10.26.2022

**SUBJECT:** Does not think he is medically/mentally cleared to be housed in RH
**INMATE:** Cox 98253
**FROM:** Lindzie Mendoza RN DON

**NATURE OF COMPLAINT**:  Mr. Cox has placed two different grievances, one stating that due to his mental health he cannot be in restrictive housing and the second one to medical stating due to his medical issues he is unable to be housed in RH.

**FINDING OF FACT:**  Mr. Cox is on no mental health medications, nor does he see anyone from mental health on a routine basis that would could possible prevent him from being housed in restrictive housing. Mr. Cox does have a history of a DVT in his lower leg; however, he is prescribed meds to ensure this does not happen again. Mr. Cox was seen by a provider on 10.19.2022 and at this appointment he admitted to refusing all of his medications and when asked why he said, to make KDOC take notice. Mr. Cox is also claiming that he has a hold and this is why he is unable to transfer, which may be true for the DOC side but he has not hold from either medical or mental health at this time.

**CONCLUSIONS MADE:**  Mr. Cox needs to take all of his prescribed medications and to address any restrictive housing issues or concerns with the right staff, KDOC.

**ACTION TAKEN:** None. Continue current plan of care

Lindzie Mendoza RN DON

EXHIBIT A

# Grievance-Response on Appeal

**FACILITY:**        **El Dorado Correctional Facility**

**INMATE:**          0098253 Cox, Nicholas

**GRIEVANCE NO.: CA00022733**

**DATE:**             **December 12, 2022**

<u>**FINDINGS OF FACT**</u>

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

<u>**CONCLUSIONS MADE**</u>

The response rendered to the inmate by staff at the facility is appropriate. Medical has provided you with appropriate care. You may request time to view your medical records by writing to medical staff.

<u>**ACTION TAKEN**</u>

None further.

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: __Nicholas Coa__     Facility: __EDCF__

Inmate Number: __94253__     Grievance Serial No.: __CA 22733__

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:     Kansas Department of Corrections          Date Mailed: __11-29-22__
            714 SW Jackson
            Suite 300
            Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) I feel my good time should be fully restored dued to the damage done to my leg and I should be transferred immediately. These grievance is for State tort action.

Signature of Inmate

---

DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No.: _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____     Date Sent to Inmate: _____

Finding of Fact:

RECEIVED

Conclusions Made:

DEC 0 9 2022

DOC Facility Management Area

Action Taken:

Signature of Secretary of Corrections

---

For D.O.C. Staff Use Only
Type of Response (Item 6b:  Code     01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

EXHIBIT A



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date:      NOV 2 3 2022

To:     Cox, Nicholas #98253 A1-128

Subject: Grievance not dated, CA22733

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by S. Madgwick, Centurion is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTM J. Buchanan
    S. Madgwick, Centurion

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name ___Cox___

RECEIVED

OCT 2 4 2022

Number ___99253___

Facility ___EDCF___          Housing Unit ___A-201___          Work Detail ___Seg___

Medical Records
EDCF 04552

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I am in constant pain and have numbing throughout my entire right leg. This attached request was given to me on 10-5-22 despite it being marked 9-20-22. Stewart said the results were in from the Sonograms and I would like to read them, not be told what they say. I want to read the physicians reports. Further, I want to know why the provider has not contacted KDOC to discuss the root cause of my blood clots which is m y (on back)

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

Unit Team Signature                    Date

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

__10-31-22__

Inmate Signature                    Date

### WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received __NOV 1 7 2022__     Date of Final Answer __NOV 2 3 2022__     Date Returned to Inmate _____

Inmate's Signature                    Date          Unit Team Signature                    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    CAZ2733          RECEIVED

Type of Complaint (Item 4: Code 01-75)          02          NOV 1 7 2022

Cause of Complaint (Item 5: Code 01-30)          07          WARDEN'S OFFICE

Type of Response (Item 6a: Code 01,02,08 or 09)          08          EXHIBIT A

1200 days of segregation (or more actually). To address the subjective claims of mental patients and not the objective ones I am facing do to this extended segregation "amounts" to a practice or policy of deliberate indifference to the physical harm I am suffering. I have made it well known to providers that I am on a Holdover Transfer status and have been since May 2020. I have had blood clot issues since August 2020 or somewhere near there and I am suffering more and more physical harm because the root cause of unnecessary and extensive segregation is not being addressed. It is not your job to house me correct but it is your job to recommend anything that can help me to physically deal with my illness, just as you do with mental health patients

EXHIBIT A

INMATE REQUEST TO STAFF MEMBER

To: _____          Date: _____
   (Name and Title of Officer or Department)

_____
   Unit Team Member Signature                 **To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

RECEIVED

SEP 1 6 2022

Medical Records
EDCF 04552
KANSAS DEPARTMENT OF CORRECTIONS

Co2⁻
_____
Last Name Only

98253
_____
Number

INMATE REQUEST TO STAFF MEMBER

To: Harbes (medical)          Date: 9-14-22
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

I am having clot symptoms in my lower abdomen, outside hip, and lower
back area. Also I have not gotten my sonogram results from a couple
weeks ago yet to see if the warfarin is working. It feels like the clots
are worsening and the pain areas (I stated above) have not been checked
out. I've never came at you on fake shit. Please take me seriously.

Work Assignment: _____          Living Unit Assignment: B1-264

Comment: _____          Unit Team Members Signature: _____

Disposition: _____

To: Cox 98253          Date: 9/20/22
   (Name & Number)

Disposition: I have requested the Ultrasound results
From the August Clinic several times and still have
not received anything. I will be reaching out to
Centurion Regional For assistance at this point. You
need to see an onsite provider
                         need to see an onsite provider
_____          to be assessed regarding the
   Employee's Signature          worsening + new areas
P-0009b                                    To be returned to inmate.

EXHIBIT A

# EL DORADO CORRECTIONAL FACILITY
## CENTURION
## INTERDEPARTMENTAL MEMORANDUM

**DATE:** 29 September 2022

**SUBJECT: Grievance**
**INMATE: Nicholas Cox #98253**
**FROM: Sarah Madgwick, LCMFT Health Services Administrator.**

**NATURE OF COMPLAINT:** Mr. Cox complains he had a sick call in his door that was "never picked up" the night of 9/12/22. Mr. Cox complains he has a 'life-threatening condition" that is not being "adequately assessed and treated". Mr. Cox complains he believes he has blood clots in his abdomen and hip. Mr. Cox complains he is not being properly assessed for the pain he is experiencing that he believes is related to blood clots.

**FINDING OF FACT:** Mr. Cox has a history of Deep Vein Thrombosis of the leg. Mr. Cox was seen in hospital on 7/7/22 for imaging which determine a return of DVT to the leg. Mr. Cox was treated for three days with injectable medication and prescribed oral anticoagulation medication to continue treatment. Mr. Cox remains on the oral medication. Mr. Cox had labs completed to assess the clotting capability of the blood. On 8.18.22, Mr. Cox's INR numbers were within appropriate range. Per file review, Mr. Cox has been educated on the clinical standards for blood clots and the prescribed anti-coagulation medicine. Records for the most recent sonogram were received after Mr. Cox submitted this grievance. Those records show the following:

> "There is no sonographic evidence of deep venous thrombus within the visualized segments of the lower extremity." – Per Offsite Provider

**CONCLUSIONS MADE:** Mr. Cox has been provided appropriate care and treatment for his condition within appropriate times.

**ACTION TAKEN:** None. Continued plan of care.

Sarah Madgwick, LCMFT – Health Services Administrator EDCF

EXHIBIT A

# Grievance-Response on Appeal

**FACILITY:** **El Dorado Correctional Facility**

**INMATE:** **0098253 Cox, Nicholas**

**GRIEVANCE NO.:** CA00022639

**DATE:** **June 1, 2022**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc: Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Qew Nicholas (ox_____ Facility: _EDCF_____

Inmate Number: _96253_____ Grievance Serial No.: _CA 22639_____

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:  Kansas Department of Corrections          Date Mailed: _5-23-22_____
          714 SW Jackson
          Suite 300
          Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) I feel I should be transferred immediately and have a full good time restoral

_____
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

RECEIVED

Conclusions Made:

MAY 2 7 2022

DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code          01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

EXHIBIT A



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Department of Corrections**

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date:   MAY 2 0 2022

To:   Cox, Nicholas #98253 B1-264

Subject:  Grievance not dated, CA22639

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTM J. Hoepner is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
     Offender
     UTM J. Hoepner

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name __Nicholas Cod__          Number __98253__

Facility __EDCF__          Housing Unit __b-264__          Work Detail __Seg__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Attached are two pieces of paper addressing the fact that I have not gotten yard/outside yard in over 7 months. Before that it was sporadic and during the last three years too I have been in seg it has not been regularly scheduled. It has caused me problems with my health including a CPT blood clot, alopacia, and 60 lbs of weight gain. I was able to bear my blood clot because I was afforded a period of single-man cell which allowed me to exercise without complaint of temperature

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

X See Attached X.

_J. Voepne_ utm 5/4/22

Unit Team Signature          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__NLC__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _Voepne_ utm 5/4/22

5-4-22

Inmate Signature          Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __MAY 1 3 2022__   Date of Final Answer __MAY 2 0 2022__   Date Returned to Inmate _____

_____          _____

Inmate's Signature          Date          Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number          CA22639

Type of Complaint (Item 4: Code 01-75)          54

Cause of Complaint (Item 5: Code 01-30)          03

Type of Response (Item 6a: Code 01,02,08 or 09)          08

RECEIVED
MAY 1 3 2022
WARDEN'S OFFICE
EXHIBIT A

hogging the floor but that time is not garanteed and it was few and far between. I have currently submitted a good-time restoral and I feel that this could be redressed by that. The days this facility could not follow the U.S. Constitution in giving us outside yard I could receive back in good time restoral for not following the KAR.. A fair exchange and I will consider this grievance full redressed. I will also note that my behavior has been good during such hardship.

DO NOT WRITE BELOW THIS LINE

EXHIBIT A



Nicholas Long #96953
EDCF
P.O. Box 311
El Dorado, KS 67042

MICHITA KS 670
25 MAY 2022 PM 3 L

Kansas Dept. of Corrections
714 S.W. Jackson Ste. 300
Topeka, KS 66603

66603-GT2275

EXHIBIT A



**NOTICE!** This correspondence was mailed from
an institution operated by the Kansas Department of
Corrections. Its contents are uncensored.

MAY 2 5 2022

EXHIBIT A



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

April 6, 2022


TO:   ·0098253 Cox, Nicholas

El Dorado Correctional Facility

RE:   Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the classification decision making process.  KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.  Your issues are all inter-related and are a matter of classification.


Sincerely,

Darcie Holthaus CMII
Facility Management


cc:    Warden Williams
w/attachments
Image: SOCRESP
w/attachments


EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Nicholas Cook        Facility: EDCF

Inmate Number: 99253        Grievance Serial No.: None given

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections        Date Mailed: 3-29-22
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) Clearly this grievance was not a classification issue solely. It addresses my length of confinement and conditions of confinement - along with a failure to protect claim.        Signature of Inmate
I should be transferred. Immediately.

DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____        Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:        RECEIVED

APR 04 2022

DOC Facility Management Area

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**
Type of Response (Item 6b:  Code    01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

EXHIBIT A



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**KANSAS**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

**Date:** MAR 2 5 2022

**TO:** Cox, Nicholas #98253 B1-264

**Re:** Grievance Concerning: K.A.R. 44-15-101a (d) (2) Grievance Procedures and Alternative K.A.R and/or I.M.P.P.

I have reviewed your complaint along with the response provided by UTS R. Hoover. Based on my review, I feel no further action is necessary. According to KAR 44-15-101a (d) (2): The grievance procedure shall not be used in any way as a substitute for, or as part of; the offender disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure or the procedure for censorship of publications specified in the Secretary's Internal Management Policy and Procedure. The grievance system shall not challenge the decision of these other procedures.

However, the correct procedures are:
➢ Disciplinary Reports-K.A.R. 44-13-701 et seq.
➢ *Classification Decision Making- I.M.P.P. 11-106 section V.*
➢ Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
➢ Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
➢ Censorship-I.M.P.P. 12-134
➢ Custody Classification Appeals – I.M.P.P. 11-106 section III B 3

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1): "If the warden's answer is not satisfactory, the offender may appeal to the secretary's office by indicating on the grievance appeal form exactly what the offender is displeased with and what action the offender believes the secretary should take. The offender's appeal shall be made within three calendar days of receipt of the warden's decision or within three calendar days of the deadline for that decision, whichever is earlier.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: Offender
      File
      UTS R. Hoover

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name _Nicholus Cox_   Number _98253_

Facility _EDCF_   Housing Unit _B1-264_   Work Detail _Seu_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member.) On May 2020 I was attacked by a person and EDF believed it to be SEG related. Poor me, that person. I was put on holdover and kept on holdover transfer until August 2021 and released again and attacked. Being her out here I was told was my only option to as I was having major health issues I tried it. I was placed back on holdover transfer and told by deputy warden Call he talked to Ellsworth and they would take me. That was the plan up until now all the sudden. I was to be given medium on education and stranstred to Ellsworth. Now that is not happening. I have done

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attached response.

_WTS R. Hoover_   _3/11/22_
Unit Team Signature   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_NC_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_3-11-22_
Inmate Signature   Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _MAR 1 8 2022_   Date of Final Answer _MAR 2 5 2022_   Date Returned to Inmate _3-25-2022_

_Unit Team Signature_   _3-25-22_
Inmate's Signature   Date   Unit Team Signature   Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

RECEIVED

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75)   _Classification_ MAR 1 8 2022

Cause of Complaint (Item 5: Code 01-30)   _Issue_

Type of Response (Item 6a: Code 01,02,08 or 09)   WARDEN'S OFFICE

EXHIBIT A

nothing wrong and I feel that the holdover transfer status is being used as a defacto punishment and this facility is not trying to transfer me as evidence of repeated lies and being on holdover transfer since May 2020. Unit team Hoepner said everyone was on board with me getting medium by exception now he writes it is not an option at this time. My family has recorded calls of all this. I have even had an attorney try and resolve this matter. I have not had a D.R. in a very long time. I'm getting treated unfairly and in a manner not consistent with holdover transfer protocols along with being fed false information repeatedly and I have taken all the lies without losing patience or my cool as I would have in the past. My family has even been in contact with Melissa Waldock in Topeka through phone calls and numerous emails trying to get this almost two year "holdover transfer" resolved. I have no central monitors. Only "STG issues" because I refuse to bend to the will of your gangs. You have let over run your many prisons. I don't need an interstate compact, just a custody exception that I have earned.



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Department of Corrections**

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

TO: Resident Nicholas Cox

FROM: UTS R. Hoover

SUBJECT:  Grievance Response

DATE: March 11, 2022

Dear Resident Cox:

I received your grievance concerning your segregation placement.  Resident placement is a classification issue and is not a part of the grievance procedure pursuant to K.A.R. 44-15-101 a (d) 2.  Please contact the Classification Administrator Ms. Bos via form 9 with any other questions you have about your placement.

Should you need further clarification feel free to contact me.

Richard Hoover, UTS
El Dorado Correctional Facility

EXHIBIT A

INMATE REQUEST TO STAFF MEMBER

To: _____        Date: _____
    (Name and Title of Officer or Department)

_____
    Unit Team Member Signature                      **To be retained by Inmate**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 9
For Cellhouse Transfer
Work Assignment _____          Cox
Interview Requests                                        Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

99253
                                                         Number

### INMATE REQUEST TO STAFF MEMBER

To: unit team _____   Date: 3-1-22
    (Name and Title of Officer or Department)
    State completely but briefly the problem on which you desire assistance. (Be specific.)

Have you put me in for medium-by-exception? Has it been approved?

What about minimum by exception?

_____

_____

Work Assignment: _____ Living Unit Assignment: B1-264

Comment: _____ Unit Team Members Signature: _____

===============================================================

Disposition:
No. Medium by exception is not
an option at this time. —
                              UTM Hoefner

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To: _____        Date: _____
    (Name & Number)

Disposition: _____

_____

_____

_____

_____
    Employee's Signature                            **To be returned to inmate.**
P-0009b
                                                    EXHIBIT A

INMATE REQUEST TO STAFF MEMBER

To: _____                          Date: _____
     (Name and Title of Officer or Department)

_____

     Unit Team Member Signature                      **To be retained by Inmate**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Form 9**
For Cellhouse Transfer                               Cox
Work Assignment  Informal Grievance              _____
Interview Requests                                        Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**
                                                     99253
**INMATE REQUEST TO STAFF MEMBER**                _____
                                                         Number

To: Unit team                     Date: 3-1-22
     (Name and Title of Officer or Department)
     State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been in ad-seg on hold over transfer status for over 23 months.
My status is being used as punishment and no real effort is being made to
house me in General Population per IMPP.. I am not being afforded N/ard and
the showers are covered in black mold. These conditions are a violation of my
eighth amendment and fourteenth amendment to the U.S. constitution.
I have suffered a DVT blood clot and high blood pressure from such conditions.

Work Assignment: _____ Living Unit Assignment: B1-264

Comment: _____ Unit Team Members Signature: _____

Disposition: You have been on seg status sence 8/3/2022
you were place on Holdover on 8/5/2022. you
were release from our RHU and Attacked the same
Day. This is why you are on hold over. Due to the Low

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To: _____                          Date: 8-2-2022
     (Name & Number)

Disposition: Staffing Levels and High Cases of Covid over the past
several month for the safety of staff and Residents that was
suspended. Out side schedule is being worked and should be
present soon. per Admin. you have been submitted for Transfer
to EcF.

_____
     Employee's Signature                      **To be returned to inmate.**

P-0009b

EXHIBIT A

INMATE REQUEST TO STAFF MEMBER

To: _____
(Name and Title of Officer or Department)

Date: _____

_____
Unit Team Member Signature

**To be retained by Inmate**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Cox
Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

94253
Number

### INMATE REQUEST TO STAFF MEMBER

To: Unit team                                    Date: 3-1-22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I would like to request an interstate compact to Nebraska, Montana, or Iowa if Ellsworth will not take me. Can you put me in for this and I would like a copy of the paperwork if possible, and or confirmation that this request is being processed all the way to Topeka.

Work Assignment: _____  Living Unit Assignment: B1-264

Comment: _____  Unit Team Members Signature: _____

Disposition:
An interstate Compact will be submitted. However there is no guarantee on where you are placed. — UTM Hoepner

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To: _____
(Name & Number)

Date: _____

Disposition: _____
_____
_____
_____

_____
Employee's Signature

**To be returned to inmate.**

P-0009b

EXHIBIT A

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Cox
_____
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

94253
_____
Number

### INMATE REQUEST TO STAFF MEMBER

To: Deputy Warden Call                    Date: 11-25-21
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

Dear Mr. Call, I am writing you because you have been very kind
and helpful to me and my family and the one thing I have been
working on with you seems to have stalled out. After I wrote you
had a stabbing attempt on me, you wrote me and said you spoke
with Ellsworth and got me relocated there. I was very grateful.
It is now 6 months later and I have passed the 300 days SER.

Work Assignment: _____ Living Unit Assignment: A-145

Comment: _____ Unit Team Members Signature: _____

Disposition: _____
_____
_____
_____

To: _____                    Date: 12/6/21
        (Name & Number)

Disposition: We are trying to get you moved. But Ecf has had bed
space issues. Like every facility in KDOC. I think we would like to
get you moved. We Understand their issues so We have to Same.

_____
Employee's Signature

**To be returned to inmate.**

P-0009b

EXHIBIT A

Form 9

For Cellhouse Transfer

Work Assignment _____

Interview Requests

Col

_____

Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

98253

_____

Number

### INMATE REQUEST TO STAFF MEMBER

To: __Hoegner__   Date: __1-4-21__

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I was inquiring if you have figured out what's going on with my transfer. If not, can you do the paperwork for my high medium by exception. I am asking because Melissa Wallock in Topeka said once that is done, she will handle the transfer. Hoegner, I can't do anymore seg. I've been given false out dates several times and I've been down here over 1000 days. I'm also behaving and maintaining for myself and you. Lemme know what you got. Thanks.

Work Assignment: _____   Living Unit Assignment: __B-264__

Comment: _____   Unit Team Members Signature: _____

Disposition: I have not heard any updates regarding your transfer! I will get with administration regarding your

To: _____   Date: _____

(Name & Number)

Disposition: __HMD by exception. Last directive was to hold off on the exception, until you were approved for transfer.__

_____

UTM Hoepner

Employee's Signature

**To be returned to inmate.**

P-0009b

EXHIBIT A



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

March 29, 2022

TO:     0098253 Cox, Nicholas

        El Dorado Correctional Facility

RE:     Emergency Grievance

We received your inmate grievance report form with written arguments. You directed this grievance to the Secretary as an emergency grievance pursuant to KAR 44-15-106. It is the conclusion of this office that the matters raised in your grievance form do not constitute an emergency. Disposition of your grievance according to the regular time limits and procedures will not subject you to a substantial risk of personal injury or cause you other serious and irreparable harm. Thus, we have concluded that you should not be permitted to bypass efforts to resolve this grievance at the facility level.

Your grievance is being forwarded to the Warden of the facility where you are now housed for review and response in accordance with KAR's 44-15-106, 44-15-101(d)(1) and 44-15-102(b). We have asked that the facility process your grievance as a regular grievance.

If you have questions or require assistance about the status of your grievance, please contact your unit team. Otherwise, you can expect to hear from the Warden in reply to your grievance in the near future.

Sincerely,

Darcie Holthaus
Corrections Manager, Facility Management

cc:     Warden Williams
        w/attachments
Image:  SOCRESP
        w/attachments

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Nicholas Cox_ Facility: _E.D.C.F._

Inmate Number: _99253_ Grievance Serial No.: _None given / Grievance went unanswered._

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator
is bypassed.)

MAIL TO:   Kansas Department of Corrections       Date Mailed: _3-23-22_
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you
believe the Secretary should take. (Use extra paper as needed.)

Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____     Date Sent to Inmate: _____

Finding of Fact:                    RECEIVED

MAR 28 2022

Conclusions Made:
DOC Facility Management Area

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**
Type of Response (Item 6b: Code     01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

EXHIBIT A

Attached are the receipts from the unit team and C.O. from the grievance I wrote along with a form 9 receipt to the grievance officer asking for a response.

This grievance was grieving the fact that I have been in segregation for 1100 days and counting on holdover transfer. I am still in segregation so whatever response they give I am finding not satisfactory which is why I write this appeal. I feel that I should be transferred without delay to a general population that can house me which doesn't include Lansing, El Dorado, or Hutchinson.

Grievance overview. My family has been in contact for years trying to get a transfer out of segregation. I am grieving the fact that El Dorado uses the holdover transfer status on me and many others as an additional punishment to keep people in seg indefinitely. I am also grieving the black mold covering the shower walls. I am also grieving the fact that we have not been afforded outside yard in over 6 months. These conditions and length of my confinement amount to cruel and unusual punishment. Melissa Waldock has been in contact with the facility and is not making any headway.

EXHIBIT A

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Cox_____

Receiving Staff Signature _____ CO1

Number _98253_

Date _3/3/22_

**Effective Date (3-18-96) P-157**

transfer

---

Tear off and give to inmate when submitted to Warden through Unit Team.

Inmate Name _Cox_____

Unit Team Staff Signature _____

Number _98253_

Date _3-11-22_

---

INMATE REQUEST TO STAFF MEMBER

To: _J. Powell Grievance officer_

(Name and Title of Officer or Department)

_CO1 Starnes_

Unit Team Member Signature

Date: _3-22-22_

**To be retained by Inmate**

EXHIBIT A

# Grievance-Response on Appeal

**FACILITY:** **El Dorado Correctional Facility**

**INMATE:** **0098253 Cox, Nicholas**

**GRIEVANCE NO.: CA00022248**

**DATE:** **June 8, 2021**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

**Darcie Holthaus CMII**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc: Warden Butler
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: __Nicholas Cox__       Facility: __EDCF__

Inmate Number: __98153__       Grievance Serial No.: __CA 02244__

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections       Date Mailed: __5-28-RECEIVED__
           714 SW Jackson
           Suite 300                      JUN 01 2021
           Topeka, KS 66603

DOC Facility Management Area

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) I was denied seg review due to my holdover status is all I would like to add. I want a transfer to Larned or a medium by exception transfer to Ellsworth, Dodson, or Winfield. I cannot go to Lansing Hutch or Eldorado for safety reasons. Thank you

Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____       Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

### For D.O.C. Staff Use Only
Type of Response (Item 6b: Code    01, 02, 08 or 09) : _____

DC 090, Effective May 1, 1988

EXHIBIT A

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Jeff Butler, Warden

Date:    MAY 2 1 2021

To:    Cox, Nicholas #98253 B1-254

Subject:  Grievance not dated, CA22248

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTS L. Johnson is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Jeff Butler, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTS L. Johnson

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name __Nicholas Cox__          Number __96253__

Facility __EDCF__          Housing Unit __B1-254__          Work Detail __Seg__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I have filed on this previously. It was not exhausted because my grievance to the Secretary disappeared after I sent it so I am simultaneously having my family send this grievance to the KDOC website which is in direct contact with the Secretary because I plan to follow with a 1943 lawsuit. The new policy IMPP 12-120A with attachment J is a

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

ATTACHED

__UTS  Johnson, L__          __5/11/21__
Unit Team Signature          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

☐ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__NC__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____          __5-13-21__
Inmate Signature          Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __MAY 1 9 2021__          Date of Final Answer __MAY 2 1 2021__          Date Returned to Inmate _____

_____          _____          _____          _____
Inmate's Signature          Date          Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number          __CA22248__

Type of Complaint (Item 4: Code 01-75)          __54__

Cause of Complaint (Item 5: Code 01-30)          __03__

Type of Response (Item 6a: Code 01,02,08 or 09)          __08__          __UT__

RECEIVED
MAY 1 9 2021
WARDEN'S OFFICE
EXHIBIT A

violation of the equal protection act and cruel and unusual punishment. Inmates in administrative segregation per the constitution and KDOC policy are to be afforded as many privileges as possible as general population.

Secondly, I have been on holdover transfer status for over a year. RDU inmates who are classified and been through diagnostics are no different than me and have been getting transferred throughout this pandemic so it is no excuse to hold me indefinitely in seg. El Dorado has been using holdover transfer status as a means of indefinitely segregating inmates since I arrived pre-pandemic as can be proved through document acquisition and interrogatories. It is cruel and unusual punishment to unjustly seg inmates for years w/out cause and a violation of equal protection to treat inmates who are in ad-seg on holdover transfer different than those in RDU and even more so because most of us in ad seg have already spent months or years on segregation. The unjust and extended segregation has caused me to lose facial hair getting diagnosed with alopacia and get a serious blood clot I still suffer from. These medical problems were a direct cause of the extended segregation. I have tried to grieve these problems regarding seg allowable property in the past, as you can see from prior grievances attached.

EXHIBIT A



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Jeff Butler, Warden

Laura Kelly, Governor.

**Date:** 05/11/2021

**To:** Resident Cox, Nicholas #0098253

**Subject:** Grievance Response

**Finding Facts:** Resident Cox you filed a grievance on 5/7/2021 expressing your concerns regarding the latest changes in IMPP 12-120A stating the changes are unconstitutional. Additionally you expressed concerns about the length of your hold over status. You also expressed concerns about your medical issues, which you feel are a result of your incarceration.

**Conclusion:** It is unclear if you attempted to follow the steps outlined in 44-15-102 (a) grievance procedure and attempt an informal resolution to these matters. However, I have responded to your concerns as follows. The latest change to IMPP 12-120A is an agency wide implementation/update and not a facility level decision. Regarding the length of your hold over status, I encourage you to attend your segregation review meetings, which occur the second Monday of each month. These meeting are a time to express concerns and get much-needed timely updates on your status. These reviews will assist you with your transfer because when opportunities arise for transfer or release to general population your input is important to the process. Regarding your medical issues, Medical is working with you on your ailments and no direct link between segregation placement and your ailments have been established per medical. I encourage you to continue working with our Medical staff to address any and all of your medical concerns.

**Actions taken:** Explained to Resident the appropriate IMPP outlining grievance procedures and information provided to follow current standard practices to address Facility Transfer and Medical concerns.

Sincerely,

UTS Johnson, L

5-18-2115

EXHIBIT A

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary.
Sam Cline, Warden

Laura Kelly, Governor

**Date:**   ｜SEP 1 8 2020

**TO:** Cox, Nicholas #98253 B2-221

**Re:** Grievance Concerning: K.A.R. 44-15-101a (d) (2) Grievance Procedures and Alternative K.A.R and/or I.M.P.P.

I have reviewed your complaint along with the response provided by CCI S. Holland. Based on my review, I feel no further action is necessary. According to KAR 44-15-101a (d) (2): The grievance procedure shall not be used in any way as a substitute for, or as part of, the offender disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure or the procedure for censorship of publications specified in the Secretary's Internal Management Policy and Procedure. The grievance system shall not challenge the decision of these other procedures.

   However, the correct procedures are:
➤  Disciplinary Reports-K.A.R. 44-13-701 et seq.
➤  *Classification Decision Making- I.M.P.P. 11-106 section V.*
➤  Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
➤  Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
➤  Censorship-I.M.P.P. 12-134
➤  Custody Classification Appeals – I.M.P.P. 11-106 section III B 3

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1): "If the warden's answer is not satisfactory, the offender may appeal to the secretary's office by indicating on the grievance appeal form exactly what the offender is displeased with and what action the offender believes the secretary should take. The offender's appeal shall be made within three calendar days of receipt of the warden's decision or within three calendar days of the deadline for that decision, whichever is earlier.

Sam Cline, Warden
El Dorado Correctional Facility

Cc: Offender
    File
    CCI S. Holland

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name _Nicholas Lon_          Number _98253_

Facility _EDCF_          Housing Unit _B2-221_          Work Detail _Seg_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _Attached is an informal resolution. I am not satisfied with the response. I am at four months awaiting a transfer and counting. DR;s have a process for hearings at your transfer facility. I feel that I have been through RDU and have no hold ups so my transfer time should be at least in order with RDU._

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

Attached

given to offender 9/16/20 - cc1 stHolland

_CCl StHolland_          _9.11.2020_
Unit Team Signature          Date

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_NL_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _9-16-20_

_____          _____
Inmate Signature          Date

### WARDEN RESPONSE (Complete, attach response and return to Unit Team within 10 Working days.)

Date Received _SEP 1 7 2020_   Date of Final Answer _SEP 1 8 2020_   Date Returned to Inmate _____

_____          _____          _____
Inmate's Signature          Date    Unit Team Signature          Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY                RECEIVED

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75) _Classification_    SEP 1 7 2020

Cause of Complaint (Item 5: Code 01-30) _Issue_    WARDEN'S OFFICE

Type of Response (Item 6a: Code 01,02,08 or 09) _____    EXHIBIT A

Many individuals await years for a transfer on hold over, and I feel the holdover process is being used as a tool to systematically keep people in long term segregation. When I conduct discovery in this class action the evidence will be uncontroverted to support this claim. I want out of this facility and I will dismiss this lawsuit. We are also not allowed property like headphones, extensions, light bulbs, but not allowed to buy them. That is a violation of equal protection and cruel and unusual punishment

DO NOT WRITE BELOW THIS LINE

EXHIBIT A

May 29, 2021

DOC Facility Management Area

Mr. Jeff Zmuda
Kansas Secretary of Corrections
714 SW Jackson
Suite 300
Topeka, Kansas 66603

JUN 0 1 2021

RECEIVED

Re: Attached paperwork from EDCF resident Nicholas A. Cox #98253.

Dear Mr. Zmuda:

Before I start through all of this, let me say as a grandparent of an inmate through the past 14 months of Covid-19, I am grateful to you and your staff, not only for keeping family and friends informed, but for the way the pandemic was handled throughout your system. While it was bad, it could have been so much worse.

You are receiving this paperwork from me at the request of Nicholas, because he says he tried to do this back in September and his letter to you was apparently never received. It would not be the first thing that has been 'lost' in the system.

Nick has been in segregation (I was told protective) now starting the third year, of course the pandemic accounted for a year of it and I do understand that. He apparently made a mistake a number of years ago with a bad group and has been in danger since. He was put in general population a while back for less than one day and ended up with stitches in his head from being hit with something heavy and of course put back in segregation. Apparently, this gang has long arms throughout Hutchinson, Lansing and El Dorado (I'm sure you know more about it than I do) and Nick feels unsafe going to any of those places. He has been trying hard to stay out of trouble even though uncomfortable with a couple of cellies he has had. He has been on holdover transfer for a long time now, he is fully vaccinated and he has been hoping to get moved some place where he can be in general population and SAFE.

He has developed a couple of serious medical conditions, we think both related to stress and lack of meaningful yard time and exercise. And as you are probably well aware, the low bid contract for medical treatment does not offer the best care. His deep vein thrombosis scared me to death because I could not get anybody to do something in a timely manner even after diagnosis. The sonogram to diagnose took several days to get done. Out in the real world this is serious enough condition that you head for the nearest emergency room because of the danger of the clot or part of it ending up in either the heart, lung or the brain.

Nick was not a model prisoner but we think has turned himself around in the last couple of years. He was just so angry. I did talk to a classification person down there and she said by September he might even be eligible for a classification override so he can get somewhere safe. We know he needs to be safe but he also needs to be out of segregation so he can get a job and do something meaningful. Nick is not a bad person, he did something really awful, but something really awful was done to him. He did not have the means to defend himself and because it appeared that his court appointed attorney really didn't care he was slammed with a maximum sentence and an upward departure. Seventeen years for aggravated battery, I have seen a lot of murders get less time. People with means to a good defense really get the breaks. The attorneys in Johnson County want a $50,000 retainer to even take your case.

EXHIBIT A

His biggest fear now, is that if he agrees to get out of segregation, he thinks it is a sure thing he will get hurt again (in Lansing, Hutchinson or El Dorado) and be right back in segregation and because of the new rules about no electronics and commissary in segregation he is really stuck even without his tv to help pass the time. Since I have never been confined that way and I seldom watch tv, I'm not sure what it would be like, but the tv seems real important.

I have spoken with Deputy Warden Dale Call (he sure seems to be a helpful person) down at EDCF) and he has tried to explain all the ins and outs of the system to me and even if I don't agree with them all the time, he makes them make sense to me.

I hope you will take a look at Nicks issues and see if there is anything that can or should be done.

Sincerely,

Mary Farrar

Mary Farrar
mhfarrar@gmail.com
(913) 915-5589

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Nicholas Cox_                    Facility: _EDCF_

Inmate Number: _94253_          Grievance Serial No.: _CA22244_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:        Kansas Department of Corrections          Date Mailed: _5-13-21_
                714 SW Jackson
                Suite 300
                Topeka, KS 66603

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you
believe the Secretary should take. (Use extra paper as needed.) I was denied Say review due to my
hildover status is all I would like to add. I want a transfer to Larned, or
a medium by edception transfer to Ellsworth, _____
norton, or winfield. I cannot go to Lansing, Hutch,   Signature of Inmate
or Park, El Dorado for safety reasons. Thank you.

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:


Conclusions Made:


Action Taken:




                                                    _____
                                                    Signature of Secretary of Corrections

---

Type of Response (Item 6b: Code        01, 02, 08 or 09) _____

DC 090, Effective May 1, 1988

EXHIBIT A

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Jeff Butler, Warden

Laura Kelly, Governor

Date:     ɪMAY 2 1 2021

To:     Cox, Nicholas #98253 B1-254

Subject: Grievance not dated, CA22248

Findings of Facts: Your grievance was received and a review into your allegations has
been completed.

Conclusion Made: After a review of the applicable documentation, it was determined
the response provided by UTS L. Johnson is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been
properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the
appropriate form to the Secretary of Corrections by mail.

Jeff Butler, Warden
El Dorado Correctional Facility

Cc: file
     Offender
     UTS L. Johnson

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name _Nicholas Cox_          Number _96253_

Facility _EDCF_          Housing Unit _B1-254_          Work Detail _Seg_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I have filed on this previously. It was not exhausted because my grievance to the Secretary disappeared after I sent it so I am simultaneously having my family send this grievance to the KDOC website which is in direct contact with the Secretary because I plan to follow with a 1983 lawsuit. The new policy IMPP 12-120A with attachment J is a

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

ATTACHED

_UTS  Johnson, L_          _5/11/2_
Unit Team Signature          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_NC_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____ _5-13-21_

_[signature]_
Inmate Signature          Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received **MAY 1 9 2021**    Date of Final Answer **MAY 2 1 2021**    Date Returned to Inmate _____

Inmate's Signature          Date          Unit Team Signature          Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number          _CA22248_

Type of Complaint (Item 4: Code 01-75)          _51_

Cause of Complaint (Item 5: Code 01-30)          _03_

Type of Response (Item 6a: Code 01,02,08 or 09)          _08_

RECEIVED
MAY 19 2021
WARDEN'S OFFICE
UT          EXHIBIT A

violation of "the cruel protecting on cruel and unusual punishment. Inmates in administrative segregation yet the constitution and KDOC policies are to be afforded as many privileges as possible as of genl. population.

Secondly, I have been on holdover transit status for over a year. Still, inmates who are classified and "seen through" transit are no different than me and have been getting transferred throughout this pandemic so it is no excuse to hold me indefinitely in seg. Colorado has been using holdover/transit status as a means of indefinitely segregating inmates since I arrived preformed which is can be proved through document and requisition and investigation. It is cruel and unusual punishment to unjustly seg inmates for years where cause and a violation of equal protection to treat inmates who are in ad-seg on holdover transit different than those in RDU and even more so because most of us in ad-seg have already spent months or years in segregation. The unjust and continued segregation has caused me to lose facial hair, getting diagnosed with arthritis, and yes a serious blood clot I still suffer from. These medical positions are a direct cause to the extended segregation. I have tried to resolve these problems through seg allowable proper institutional procedures and see from prior grievances attached.



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

# Kansas
### Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Jeff Butler, Warden

Laura Kelly, Governor

**Date:** 05/11/2021

**To:** Resident Cox, Nicholas #0098253

**Subject:** Grievance Response

**Finding Facts:** Resident Cox you filed a grievance on 5/7/2021 expressing your concerns regarding the latest changes in IMPP 12-120A stating the changes are unconstitutional. Additionally you expressed concerns about the length of your hold over status. You also expressed concerns about your medical issues, which you feel are a result of your incarceration.

**Conclusion:** It is unclear if you attempted to follow the steps outlined in 44-15-102 (a) grievance procedure and attempt an informal resolution to these matters. However, I have responded to your concerns as follows. The latest change to IMPP 12-120A is an agency wide implementation/update and not a facility level decision. Regarding the length of your hold over status, I encourage you to attend your segregation review meetings, which occur the second Monday of each month. These meeting are a time to express concerns and get much-needed timely updates on your status. These reviews will assist you with your transfer because when opportunities arise for transfer or release to general population your input is important to the process. Regarding your medical issues, Medical is working with you on your ailments and no direct link between segregation placement and your ailments have been established per medical. I encourage you to continue working with our Medical staff to address any and all of your medical concerns.

**Actions taken:** Explained to Resident the appropriate IMPP outlining grievance procedures and information provided to follow current standard practices to address Facility Transfer and Medical concerns.

**Sincerely,**

**UTS Johnson, L**

5-18-21/KS

EXHIBIT A

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042


KANSAS
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Sam Cline, Warden

Date:   ¡SEP 1 8 2020

TO:  Cox, Nicholas #98253 B2-221

Re:  Grievance Concerning: K.A.R. 44-15-101a (d) (2) Grievance Procedures and Alternative K.A.R and/or
I.M.P.P.

I have reviewed your complaint along with the response provided by CCI S. Holland. Based on my review,
I feel no further action is necessary. According to KAR 44-15-101a (d) (2): The grievance procedure shall
not be used in any way as a substitute for, or as part of; the offender disciplinary procedure, the
classification-making process, or the property loss or personal injury claims procedure or the procedure
for censorship of publications specified in the Secretary's Internal Management Policy and Procedure.
The grievance system shall not challenge the decision of these other procedures.

    However, the correct procedures are:
➢  Disciplinary Reports-K.A.R. 44-13-701 et seq.
➢  *Classification Decision Making- I.M.P.P. 11-106 section V.*
➢  Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
➢  Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
➢  Censorship-I.M.P.P. 12-134
➢  Custody Classification Appeals – I.M.P.P. 11-106 section III B 3

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1): "If the warden's answer is not satisfactory, the
offender may appeal to the secretary's office by indicating on the grievance appeal form exactly what the
offender is displeased with and what action the offender believes the secretary should take.  The
offender's appeal shall be made within three calendar days of receipt of the warden's decision or within
three calendar days of the deadline for that decision, whichever is earlier.

Sam Clin

Sam Cline, Warden
El Dorado Correctional Facility

Cc: .Offender   7
    File
    CCI S. Holland

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name __Nicholas Cox__          Number __98253__

Facility __EDCF__     Housing Unit __B2-221__     Work Detail __Seg__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Attached is an informal resolution. I am not satisfied with the response. I am at four months awaiting a transfer and counting. DR's have a process for hearings at your transfer facility. I feel that I have been through RDU and have no hold ups so my transfer time should be at least in order with RDU.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Attached

given to offender 9/16/20 - cci stHolland

__CCI StHolland__                    __9·11·2020__
Unit Team Signature                    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

☐ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

☑ NC I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____                    __9-16-20__
Inmate Signature                              Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __SEP 17 2020__     Date of Final Answer __SEP 18 2020__     Date Returned to Inmate _____

_____          Date     Unit Team Signature          Date
Inmate's Signature
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75)

Cause of Complaint (Item 5: Code 01-30)

Type of Response (Item 6a: Code 01,02,08 or 09)

RECEIVED

Classification     SEP 17 2020

Issue     WARDEN'S OFFICE

EXHIBIT A

Many individuals await years for a transfer on hold over, and I feel the holdover process is being used as a tool to systematically keep people in long term segregation. When I conduct discovery in this class action the evidence will be uncontroverted to support this claim. I want out of this facility and I will dismiss this lawsuit. We are also not allowed property like headphones, extensions, light bulbs, but not allowed to buy them. That is a violation of equal protection and cruel and unusual punishment

EXHIBIT A

MARY FARRAR
P.O. Box 6044
K.C. Ks. 66106

KANSAS CITY 64
29 MAY 2021 PM 5

Mr. Jeff Zmuda
Ks. Secretary of Corrections
714 SW Jackson
Suite 300
Topeka, Ks. 66603

66603-372275

EXHIBIT A



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

September 25, 2020


TO:     0098253 COX, NICHOLAS

        El Dorado Correctional Facility

RE:    Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the classification decision making process. KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.


Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management


cc:     Warden Cline
        w/attachments
Image:  SOCRESP
        w/attachments

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

| | |
|---|---|
| Inmate Name: _Nicholas Cox_ | Facility: _EDCF_ |

Inmate Number: _96253_          Grievance Serial No.: _None given_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:     Kansas Department of Corrections          Date Mailed: _9-22-20_ RECEIVED
714 SW Jackson
Suite 300                                                    ·SEP 2.5 2020
Topeka, KS 66603

DOC Facility Management Area

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) This issue was not answered because it says its classification based and not allowed.
(The rest on back of page)

Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____          Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**
Type of Response (Item 6b:  Code      01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014                                        EXHIBIT A

EDCF uses holdover status and P.C. as an excuse to keep a large number of offenders in segregation long term. Instead of transferring inmates on holdover transfer to a facility that fits their general population needs they keep offenders for sometimes years in segregation creating constitutional ramifications of cruel and unusual punishment and equal protection of the law. ~~Because~~ The cruel and unusual punishment lies with the unnecessary, extended long-term segregation and the equal protection violation lies with the fact that being on "holdover transfer" status (that's I'm on), I should be having a transfer time similar to those exiting R.D.U.. I was attacked by the gangs your facility lets run their penitentiary. Send me to a facility that is safe for me like harned. That's all I ask. I've been in seg. 19 months. Thanks.

EXHIBIT A



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

**Date:** SEP 1 8 2020

**TO:** Cox, Nicholas #98253 B2-221

**Re:** Grievance Concerning: K.A.R. 44-15-101a (d) (2) Grievance Procedures and Alternative K.A.R and/or I.M.P.P.

I have reviewed your complaint along with the response provided by CCI S. Holland. Based on my review, I feel no further action is necessary. According to KAR 44-15-101a (d) (2): The grievance procedure shall not be used in any way as a substitute for, or as part of; the offender disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure or the procedure for censorship of publications specified in the Secretary's Internal Management Policy and Procedure. The grievance system shall not challenge the decision of these other procedures.

However, the correct procedures are:
➢ Disciplinary Reports-K.A.R. 44-13-701 et seq.
➢ *Classification Decision Making- I.M.P.P. 11-106 section V.*
➢ Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118
➢ Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
➢ Censorship-I.M.P.P. 12-134
➢ Custody Classification Appeals – I.M.P.P. 11-106 section III B 3

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1): "If the warden's answer is not satisfactory, the offender may appeal to the secretary's office by indicating on the grievance appeal form exactly what the offender is displeased with and what action the offender believes the secretary should take. The offender's appeal shall be made within three calendar days of receipt of the warden's decision or within three calendar days of the deadline for that decision, whichever is earlier."

Sam Cline, Warden
El Dorado Correctional Facility

Cc: Offender
    File
    CCI S. Holland

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name __Nicholas    Cox__                    Number __98253__

Facility __EDCF__          Housing Unit __B2-221__    Work Detail __Seg__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). Attached is an informal resolution. I am not satisfied with the response. I am at four months awaiting a transfer and counting. DR's have a process for hearings at your transfer facility. I feel that I have been through RDU and have no hold ups so my transfer time should be at least in order with RDU.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Attached

given to offender 9/16/20 - cci stHolland

_____CCI  StHolland_____          __9·11·2020__
Unit Team Signature                Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__NC__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____          __9-16-20__
Inmate Signature                      Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __SEP 1 7 2020__   Date of Final Answer __SEP 1 8 2020__   Date Returned to Inmate _____

_____          _____
Inmate's Signature        Date     Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75)        __Classification__

Cause of Complaint (Item 5: Code 01-30)        __Issue__

Type of Response (Item 6a: Code 01,02,08 or 09)

RECEIVED
SEP 1 7 2020
WARDEN'S OFFICE
EXHIBIT A

Many individuals await years for a transfer on hold over and I feel the holdover process is being used as a tool to systematically keep people in long term segregation. When I conduct discovery in this class action the evidence will be uncontroverted to support this claim. I want out of this facility and I will dismiss this lawsuit.

DO NOT WRITE BELOW THIS LINE

EXHIBIT A


INMATE REQUEST TO STAFF MEMBER

To: _____
(Name and Title of Officer or Department)

Date: _____

_____
Unit Team Member Signature

**To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____ Informal Class action grievance
Interview Requests

Cox
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

94253

Number

**INMATE REQUEST TO STAFF MEMBER**

To: Unit team                                    Date: 9-8-20
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

This grievance is for all administratively segregated Inmates who are
housed holdover, transfer or protective custody. I am currently holdover
transfer. I have been off of disciplinary administrative segregation
since May. This grievance is because this facility makes little or
no attempt to find general population housing for the staged class
and instead uses long-term segregation placement when a simple (on back)

Work Assignment: _____     Living Unit Assignment: B2-221

Comment: _____     Unit Team Members Signature: CO Chustian

Disposition: _____

To: _____     Date: 9·10·2020
(Name & Number)

Disposition: Every offender is looked at individually for their classification
and transfer process. The individual you mentioned was on hold over
for a long time and was transfered early during Covid 19. We
have Communicated with you that transfers are being delayed due to
Covid 19. Your pending DRs will also delay this process.

CCI Stolland
Employee's Signature

To be returned to inmate.
P-0009b

EXHIBIT A

transfer to a facility that could accomodate their general population placement needs for safety, security, or other. I personally am willing to sign a "P.C. Waiver" for placement here or any facility and am not being allowed general population here nor is a transfer being made. The reasoning is that they are not transferring due to covid, however, this argument falls flat because Laughin (who slept in the bed I am in now) was transferred only a couple months ago. Also R.D.U. is transferring inmates. My unit is not on quarantine and I should be afforded a transfer, preferably to Larned.

EXHIBIT A



El Dorado Correctional Facility
1737 SE Highway 54
PO Box 311
El Dorado, KS 67042

**Kansas**
Department of Corrections
*El Dorado Correctional Facility*

Phone: (316) 321-7284
Fax: (316) 322-2018

Jeff, Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

Date: 09/11/2020
To: Cox Nicholas 98253

Subject: Grievance Response

**Grievance Claim:** In your grievance, you state that you are on holdover segregation status and have been awaiting transfer since May with the facility not attempting to find general population housing for you.

**Finding of Facts:** Offender is on Holdover status pending transfer

**Conclusion Made:** According to KAR 44-15-101 (a)(B)(2) "The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision-making process, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."

**Action Taken:** none

*CCI S. Holland*

_____

**BCH Unit Team**

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Nicholas Cox_ Facility: _EDCF_

Inmate Number: _98253_ Grievance Serial No.: _CA-21898_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:  Kansas Department of Corrections   Date Mailed: _9-22-20_
714 SW Jackson
Suite 300
Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _Allow seg. items like remotes, coaxial cable connectors, tablets, and too many other things to be purchased in seg like all the other prisons in Kansas and general population_

Signature of Inmate

---

DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code   01, 02, 08 or 09) _____

EXHIBIT A

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



**KANSAS**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

Date:    SEP 1 8 2020

To:    I/M Cox, Nicholas #98253 B2-221

Subject: Grievance not dated, CA21898

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by UTS S. Holland is appropriate regarding your issues.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Sam Cline, Warden
El Dorado Correctional Facility


Cc: file
    Offender
    UTS S. Holland

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _Nicholas Cox_   Number _98253_

Facility _EDCF_   Housing Unit _B2-221_   Work Detail _Seg_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member.) On my form 9 (attached) response it says that property claims are processed in the order they were received. This is not according to policy and is a deprivation of property in and of itself. They are specific timelines and extension policies in the property claim IMPP and they are being broken for me and everyone else.   9-11-2020

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _9-11-2020_

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Please see attached.
given to offender 9-16-2020-cci Stollard

_UTS_   Unit Team Signature   _9-11-20_   Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_NC_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature   _9-16-20_ Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _SEP 17 2020_   Date of Final Answer _SEP 18 2020_   Date Returned to Inmate _____

_____
Inmate's Signature   Date   Unit Team Signature   Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

RECEIVED

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75)   _Property Issue_   SEP 17 2020

Cause of Complaint (Item 5: Code 01-30)   WARDEN'S OFFICE

Type of Response (Item 6a: Code 01,02,08 or 09)   _____

EXHIBIT A

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Nicholas Coa_ Facility: _EDCF_

Inmate Number: _99253_ Grievance Serial No.: _None given_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:     Kansas Department of Corrections          Date Mailed: _9-22-20_
             714 SW Jackson
             Suite 300
             Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _This grievance was not responded to due to it being property related. The problem is, property is not following it's procedures. (On back)_

_____
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____     Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code     01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

**EXHIBIT A**

If property is not following its own procedures I cannot operate within the parameters of the procedures, hence the grievance. My claim is five months old and not responding to it has led to a deprivation of property and violation of due process



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

**Date:**   SEP 1 8 2020

**TO:** Cox, Nicholas #98253 B2-221

**Re:** Grievance Concerning: K.A.R. 44-15-101a (d) (2) Grievance Procedures and Alternative K.A.R and/or I.M.P.P.

I have reviewed your complaint along with the response provided by UTS M. Horsch. Based on my review, I feel no further action is necessary. According to KAR 44-15-101a (d) (2): The grievance procedure shall not be used in any way as a substitute for, or as part of; the offender disciplinary procedure, the classification-making process, or the property loss or personal injury claims procedure or the procedure for censorship of publications specified in the Secretary's Internal Management Policy and Procedure. The grievance system shall not challenge the decision of these other procedures.

    However, the correct procedures are:
➢ Disciplinary Reports-K.A.R. 44-13-701 et seq.
➢ Classification Decision Making- I.M.P.P. 11-106 section V.
➢ *Property Loss-K.A.R. 44-16-102 and I.M.P.P. 01-118*
➢ Personal Injury-K.A.R. 44-16-104a and I.M.P.P. 01-118
➢ Censorship-I.M.P.P. 12-134
➢ Custody Classification Appeals – I.M.P.P. 11-106 section III B 3

Furthermore, as stated in K.A.R. 44-15-102 (G)(C)(1): "If the warden's answer is not satisfactory, the offender may appeal to the secretary's office by indicating on the grievance appeal form exactly what the offender is displeased with and what action the offender believes the secretary should take. The offender's appeal shall be made within three calendar days of receipt of the warden's decision or within three calendar days of the deadline for that decision, whichever is earlier.

Sam Cline, Warden
El Dorado Correctional Facility

Cc: Offender
    File
    UTS M. Horsch

EXHIBIT A

INMATE REQUEST TO STAFF MEMBER

To: _____                    Date: _____
        (Name and Title of Officer or Department)

_____                    **To be retained by Inmate**
        Unit Team Member Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 9
For Cellhouse Transfer
Work Assignment ___Informal class action grievance___
Interview Requests

                                                -Cox
                                                Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

                                                99253
                                                **Number**

**INMATE REQUEST TO STAFF MEMBER**

To: __unit team__                    Date: _9-9-20_
        (Name and Title of Officer or Department)
        State completely but briefly the problem on which you desire assistance. (Be specific.)

This grievance is to grieve the fact that since I have been here
(April 2019) I have been in seg and not allowed to buy basic
electronic items such as remote controls and coaxial cable connectors
that are able to be purchased by general population inmates. Further,
we are not allowed to plug Mp4/tablets in to be updated by the Kiosks
and if we have one it shuts off after 30 days per the software.

Work Assignment: _____ Living Unit Assignment: _B2-221_

Comment: _____ Unit Team Members Signature: _____

Disposition: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To: _____                    Date: _9-10-2020_
        (Name & Number)

Disposition: __Privileges are restricted in Segregation per Warden Cline.
Mp4 players will not be plugged into the Kiosks and certain
electronics will not be allowed. Tablets are on order for Segregation.
We are currently working out a schedule and awaiting chargers.__

        CCI Holland
        Employee's Signature                    **To be returned to inmate.**
P-0009b                                          **EXHIBIT A**



El Dorado Correctional Facility
1737 SE Highway 54
PO Box 311
El Dorado, KS 67042

**Kansas**
Department of Corrections
*El Dorado Correctional Facility*

Phone: (316) 321-7284
Fax: (316) 322-2018

Jeff, Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

Date: 09/11/2020
To: Cox Nicholas 98253

Subject: Grievance Response

**Grievance Claim:** In your grievance, you state that you are not able to order electronics that are available to general population. MP4 players cannot be plugged into Kiosks and that segregation does not have tablets available.

**Finding of Facts:** Tablets have been addressed in the informal grievance as something segregation is currently working on bringing into the Unit. Use of music Kiosk and other electronics is a privilege not a right. Being placed in segregation has many restrictions on property, activities and privileges. There is currently no way to accommodate this with available infrastructure. This may be addressed in the future as more resources become available.

**Conclusion Made:** The offender's demands are either not applicable, impractical or would lessen the safety practices in place

**Action Taken:** None.

*CCI S. Holland*

**BCH Unit Team**

EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name __Nicholas Cox__    Number __98253__

Facility __EDCF__    Housing Unit __B2-221__    Work Detail __Seg__

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On my form 9 (attached) response it

says that property claims are processed in the order they were received. This is not according to policy and is a deprivation of property in and of itself. They are specific timelines and extension policies in the property claim IMPP and they are being broken for me and everyone else. __9-11-2020__

Date this report was given to Unit Team for informal resolution (to be completed by inmate). __9-11-2020__

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Please see attached. 9-16-2020-CC1 Stoland
given to offender 9.16.2020-CC1 Stoland

__WTS__ ___(signature)___    __9-11-20__
Unit Team Signature    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__NC__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

__(signature)__    __9-16-20__
Inmate Signature    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received __SEP 17 2020__    Date of Final Answer __SEP 18 2020__    Date Returned to Inmate _____

_____    _____
Inmate's Signature    Date    Unit Team Signature    Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) __Property__

Cause of Complaint (Item 5: Code 01-30) __Issue__

Type of Response (Item 6a: Code 01,02,08 or 09) _____

RECEIVED
SEP 17 2020
WARDEN'S OFFICE
EXHIBIT A

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _Nicholas Cox_                                      Number _99253_

Facility _EDCF_                    Housing Unit _B2-221_          Work Detail _Seg_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). The problems I wrote in

the form 9 have been going on since I arrived 18 months ago. They can be reasonably accomodated for safety and security and the length of time shows lack of care. I maintain my claim that this is a lack of equal protection.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Attached

sent to offender.  9-16-2020  -cc1 Stottland

_CCI Sttland_                    _9-11-2020_
Unit Team Signature                    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_NC_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

                                                      _9-16-20_
Inmate Signature                                      Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _SEP 17 2020_   Date of Final Answer _SEP 18 2020_   Date Returned to Inmate _____

_____                    _____
Inmate's Signature                    Date        Unit Team Signature                    Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

RECEIVED

**TO BE COMPLETED BY STAFF ONLY**                    _CA21898_        SEP 17 2020

Grievance Serial Number                                      WARDEN'S OFFICE

Type of Complaint (Item 4: Code 01-75)               _11_

Cause of Complaint (Item 5: Code 01-30)              _03_

Type of Response (Item 6a: Code 01,02,08 or 09)      _88_        _UT_   EXHIBIT A

Inmates in ad-seg are to be reasonably afforded the same privileges as that of gen-pop, when reasonable and not affecting safety and security.

EXHIBIT A

INMATE REQUEST TO STAFF MEMBER

To: _____
(Name and Title of Officer or Department)

Date: _____

_____
Unit Team Member Signature

**To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment _Informal grievance_
Interview Requests

_Cox_
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

_96253_
Number

UTM Perkins

INMATE REQUEST TO STAFF MEMBER

To: _Property_                          Date: _9-9-20_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I had over 400 dollars in property lost on a pending property claim. This property all has receipts and was purchased legitimately. It is far past the deadline for a response. What is the final outcome? Any denial of the claim will resort in a State tort action for deprivation of property.

Work Assignment: _____ Living Unit Assignment: _B2-220_

Comment: _____ Unit Team Members Signature: _____

Disposition: _Your claim number is CA0706549. Claims are being processed in the order they were received_

_Fowler  9-10-20_

To: _____
(Name & Number)

Date: _____

Disposition: _____

_____
Employee's Signature

**To be returned to inmate.**

P-0009b

**EXHIBIT A**

# Kansas

*AD ASTRA PER ASPERA*

Department of Corrections
*El Dorado Correctional Facility*

P.O. Box 311
El Dorado, KS 67042

Phone: (316) 321-7284
Fax: (316) 322-2018
kdocpub@doc.ks.gov
www.doc.ks.gov/facilities/edcf

Jeffery Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

Date: 09/11/2020

To: Cox, Nicholas KDOC# 0098253

Subject: Grievance dated 9/11/2020, submitted to this office 09/11/2020

In your claim, you state that you are being deprived of property.

**Finding Facts:**
        You submitted a property claim, that property claim is currently being processed. You are aware that this is being processed. You cannot grieve property loss or personal injury claims procedure.

**Conclusion:**
According to KAR 44-15-101 (a)(B)(2) "The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the classification decision-making process, the **property loss or personal injury claims procedure**, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure."

**Actions taken:**
        No further actions are required.

UTS Horsch, M.
B2 Unit Team

# EXHIBIT A



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Sam Cline, Warden

Laura Kelly, Governor

To: Cox, Nicolas #98253 B2-221                Date: 09/14/2020

I have received your grievance about your property claim. I understand your frustration
with the time it has taken. I want to ensure that staff are working diligently to research
and solve all outstanding property claims. Thank you for your patience in this matter.

Matthew Moore
Deputy Warden

EXHIBIT A