IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NICHOLAS COX, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case no. 22-CV-3154-JWL-JPO |
| ) | |
| JEFF ZMUDA, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SPECIAL AGENT BRETT SISSELL

Comes now, Brett Sissell, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Special Agent in the Enforcement, Apprehension, & Investigations Unit ("EAI") and I have knowledge of the facts stated herein.

2. I serve a Security Threat Group Intelligence Officer for the KDOC. In that role, I have gained extensive knowledge of Security Threat Groups ("STG") inside Kansas prisons. I attended the Kansas Gang Investigators Association Conference from 2018-2022. I have received certifications in multiple other Security Threat Group/Gang classes.

3. Resident Cox is a suspected Sureno. Surenos and Nortenos have an ongoing rivalry, which has led to ongoing violence between the two STG's. This rivalry resulting in violence has been occurring for many years in the KDOC.

4. I was a Special Agent assigned to El Dorado Correctional Facility on both dates when Resident Cox was attacked by members of STG's.

EXHIBIT 8

5. Resident Cox has been in the Restricted Housing Unit (RHU) while being housed at EDCF due to issues related to STG's.

6. On May 20, 2020, Resident Cox was talking to another resident and was hit in the head from behind in E1 Cellhouse at the officer's station. Resident Cox was moved back to the RHU immediately after the incident for his own safety, and for the safety and security of the EDCF.

7. On August 3, 2021, Resident Cox was released to general population. Within an hour after returning to general population, he was attacked in the E Cellhouse dayroom by members of a STG. As before, Resident Cox was immediately placed back into the RHU for his own safety, and for the safety and security of the EDCF.

8. Based on the two prior STG related attacks and prior affiliation, Resident Cox should not be housed in general population at any max facility at this time. Specifically, Resident Cox indicated that he had distanced himself from Surenos. If someone associates with the Surenos and later chooses to distance themselves, there is concern that other Surenos would attack that individual.

9. Further, Hutchinson Correctional Facility, Lansing Correctional Facility, and EDCF have all had multiple Nortenos or Surenos in their general population, which would have concerned me for the safety of Resident Cox in those general populations.

Pursuant to 28 U.S.C. § 1746, I declared under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2023.

Brett Sissell, Special Agent
Kansas Department of Corrections

EXHIBIT 8