IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NICHOLAS COX,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )  Case No. 22-CV-3154-JWL-JPO |
| | ) |
| **JEFF ZMUDA, et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## DECLARATION OF MATTHEW MOORE

I, Matthew Moore, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-entitled matter.

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Deputy Warden of Operations at the El Dorado Correctional Facility ("EDCF") and have been so employed since June 2022. I have previously held the positions of Unit Team Manager and Deputy Warden of Support Services at the EDCF.

2. I am familiar with the procedures for managing and housing residents at the EDCF, including restricted housing residents. These procedures are outlined, in relevant part, in IMPP 20-104A and 20-101A.

3. Resident Cox has been housed at the El Dorado Correctional Facility ("EDCF") since April 4, 2019, with the exception of a few days when he was released to a county jail for a court appearance.

EXHIBIT 9

4. In the past several years, the EDCF has had to implement reduced movement schedules on a few different occasions.

5. In April of 2020, the facility initiated partial lock-down status to help contain the spread of the Covid 19 virus. At that time, all residents remained in their cells except for being let out for showers at least 3 days per week. The facility moved normal day-to-day programming and activities into the individual cellhouses as much as possible.

6. On October 4, 2021, EDCF again went to a reduced movement schedule due to emergency staffing levels. A true and correct copy of the Facility Operation plan sent to EDCF staff is attached hereto as Exhibit A.

7. By early May 2022, EDCF's staffing levels increased to a sufficient level to begin offering the exercise yard on a reduced basis. On May 9, 2022, the exercise yard schedule was resumed on a modified basis.

8. All residents are offered at least two days of exercise yard time per week.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2023.

*/s/ Matthew Moore*

_____
Matthew Moore
Deputy Warden of Operations
Kansas Department of Corrections

EXHIBIT 9

## Matthew Moore [KDOC]

| | |
|---|---|
| **From:** | Dustin M. Randolph [KDOC] |
| **Sent:** | Tuesday, October 5, 2021 8:24 AM |
| **To:** | KDOC_EDCF_10_6_Shift_Supervisors; KDOC_EDCF_2_10_Shift_Supervisors; KDOC_EDCF_6_2_ Shift_Supervisors_DL |
| **Cc:** | Phillip A. Patterson [KDOC]; Brandon Walmsley [KDOC]; Dale Call [KDOC]; Fara Carson [KDOC]; Janie Powell [KDOC]; Jarris Perkins [KDOC]; Jeff Butler [KDOC]; John Cannon2 [KDOC]; Kirbie R. Todd [KDOC]; Kristi Miller [KDOC]; Marsha Bos [KDOC]; Matthew Moore [KDOC]; Rod Lowe [KDOC]; Tina R. Jehner [KDOC]; Tommy Williams [KDOC]; Trudi Temple [KDOC] |
| **Subject:** | FW: Facility Operations |

Effective 10/4/2021 at 2200 the facility was locked down and the following will be enforced due to staffing.

- A,B,C will have no yard and the offenders will only come out for showers and medical.
- CCH will have six staff members and will be the last to be collapsed on days.
    - C1 will continue programs as they can at the direction of the UT and when staffing allows.
    - C2 will have a modified schedule to be put out by Walmsley
- DCH will be on lockdown
    - Modified phone, schedule shower time
    - Only workers who can come out will be designated by UT.
- ECH Dayroom will continue as it currently is due to private industry workers, FS, Laundry.
- RDU will continue as normal
    - UT conducting escorts during the day M-F unless an officer is available.
    - There will be no dayroom only a modified shower schedule in RDU ¼ at a time.
- The dining hall will be shut down.
    - Workers will be fed at their job with sack lunches.
    - All units will feed in house.
- No Yard, Visitation, activities or SLC call outs.
    - Chaplin's will go to the unit
    - Re-Entry will go to the units or escort the offenders up if needed
    - Re-Entry will escort the college offenders up and back until the end of class.
    - Law Library will be ran via form 9
    - Gym and Yard will detach to Canteen and library to help out.
    - Medical is conducted in the units except for tasks that can't be.
    - Insulin done in units.

EXHIBIT A

- o  MH will see offenders in the unit.
- o  Will still conduct Kiosk video visits.
- o  Tablets will be handed out every day.
- o  UT to pick up property on a schedule.
- o  Maint. workers can do after hour calls under escort.
- o  No companion program.
- o  Programs can be conducted however the programs staff will have to do them in the unit or escort them to programs and back.

It is imperative that the shift supervisors provide an escort officer for LCH so UT can focus on RDU tasks. Also if possible, keep CCH at six and follow the collapsible number list on the OSP sheet.

**From:** Jeff Butler [KDOC] <Jeff.Butler@ks.gov>
**Sent:** Tuesday, October 5, 2021 7:46 AM
**To:** KDOC_EDCF_Everyone_Users <KDOC_EDCF_Everyone_Users@ks.gov>; DL KS EDCF Centurion All Users <DLKSEDCFCenturionAllUsers@TeamCenturion.com>
**Subject:** Facility Operations

Effective this morning, I am directing that the facility move to a modified lock-down status.  This move is prompted as a result of our continued, declining numbers of uniformed vacancies.  I want to be clear this action is not due to any pending disruption, nor is it intended as punitive for the resident population.  Our Security staff continue to perform under extraordinary circumstances, often requiring them to work an average of two 16 hour shifts per week.  It is our hope that moving to this status will allow us to re-allocate Security staff more evenly, and reduce the amount of mandatory overtime.  Additionally, it will ensure we have adequate staff available for emergency response.

We began to implement this plan yesterday evening at 10:00pm.  At this time, Aramark was provided direction, and our Private Industry partners were notified.  This morning, PI workers will not be released until approximately 0900.  This will allow time for us to move mission-critical resident workers into one cellhouse.

Essentially, this modified lock-down will entail nearly all activities occurring within the individual units.  There will not be a mainline, and most of the feeding will take place in the cellhouses.  For the time being, PI workers will still be allowed to work, and they will be provided a sack lunch to be consumed at their workplace.  There will be no outside yard, programs, or SLC call-outs.  RDU will continue as normal.  For further details on the specifics of our plan, please contact the shift supervisors.

Again, I want to reiterate this lock-down was implemented to provide support & relief to our security staff, as a result of declining numbers of uniformed staff.  The Central Office is well aware of our situation, and I have asked for any assistance available.  Discussions are currently underway to possibly supplement our Security force with Officers from Winfield.

We will continue to monitor our vacancy rates very carefully, and make further adjustments as needed.  As you are aware, most communities and businesses are struggling with a declining work force.  This situation is not unique to us.

Thanks to each and every one of you for what you do.  Your dedication during these trying times is commendable.

2

EXHIBIT A