IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NICHOLAS COX,

    **Plaintiff,**

    v.                                          CASE NO. 22-3154-JWL-JPO

JEFF ZMUDA, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas ("EDCF"). Plaintiff has paid the filing fee. The Court screened Plaintiff's Second Amended Complaint (Doc. 11) and ordered the officials responsible for the operation of EDCF to prepare a *Martinez* Report. (Docs. 12, 13.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978). The *Martinez* Report has now been filed (Docs. 34–43). This matter is before the Court on Plaintiff's Motion for Rule 35 Examination (Doc. 30).

Plaintiff seeks a Rule 35 physical examination "for the purpose of obtaining a protective order and treatment for the ongoing injury in [this case]." (Doc. 30, at 1.) Plaintiff alleges that he has sought treatment for his blood clots, and although he is told to continue with his blood thinners, he alleges that the blood thinners are not working. *Id*. Plaintiff alleges that the doctor told him that he does not have blood clots anymore, but the doctor "used a sonogram machine she could barely use and she definitely isn't a radiologist qualified to read the sonogram." *Id*. at 2. Plaintiff alleges that a Rule 35 examination would aid the Court in evaluating the *Martinez* Report. *Id*.

Defendants have filed a Response in Opposition (Doc. 31), noting that this Court's September 14, 2022 Memorandum and Order provides that "[d]iscovery by Plaintiff shall not commence until Plaintiff has received and reviewed any Court-ordered answer or response to the Second Amended Complaint." (Doc. 12, at 3.) The Court agrees that discovery is premature at this time. The Court denies the motion without prejudice to Plaintiff refiling the motion if his Second Amended Complaint survives screening.

The *Martinez* Report addresses Plaintiff's medical care regarding his blood clots. The Court will grant Plaintiff an opportunity to respond to the *Martinez* Report.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Rule 35 Examination (Doc. 30) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff is granted until **February 21, 2023,** in which to respond to the *Martinez* Report.

**IT IS SO ORDERED**.

**Dated January 20, 2023, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
