In the United States District Court for the District of Kansas

Nicholas Cox,
    Plaintiff,

V.                                    Case No.: 22-CV-3154

Jeff Zmuda, et seq.,
    Defendants.

<u>Plaintiff's Response to "Report in "Martinez VS Aaron" Investigation Civil Rights Complaint"</u>

    The defendants have tried to muddy waters in this report, make false accusations, inaccurate accounts they call facts, and many other low tactics of Democratic administrative agencies. This case is simple, rooted in Federal law, and they are to this day, destroying the minds and bodies of inmates in their custody, most of whom are returning to society far worse off than if the defendants just followed the law. The true summary of this case is that their are almost a thousand inmates in segregation at EDCF and EDCF doesn't feel yard is a priority. They would rather give UAis, pass out color pencils, and do shakedowns instead of muster up two staff members to walk people to outside yard which takes 2 hours to run. It's just not a priority because Democrats know best and they say we don't need yard and to hell with Federal Law. At EDCF the gang members that attack people are the victims and the victims

3.) Affidavit of Darcie Holthaus - My family was in contact with Melissa Waldock long before Mrs. Holthaus became involved. Waldock is the classification administrator of KDOC in charge of transfers. In Holthaus affidavit it states she was assigned to me in March 2022. I was on holdover transfer status since May of 2020. Why was nothing done in the 22 months between then? Nothing other than let out on the same compound I was attacked by gang members. Further, I know of people with STG issues that have been accepted by states, I know people who kill C.O.'s who are accepted by states, and I know I am not a horrible inmate. I am almost three years D.R. free, have no gang tatoos, don't claim any affiliation, and have medium custody. I'm not Hanibal Lector or Michael Myers. I'm one of the many inmates who have been attacked off max yards due to KDOC letting gangs get away with far too much power. They are the true victims remember. I will also sign a waiver to go to any medium compound like Ellsworth or Norton consistent with my custody.

4.) Affidavit of Brett Sissell - The Surenos have been removed from EDCF yard long before I was let out of seg in May 2020 when I was attacked. IF I was a suspected sureno; why was I let out. Twice. I was let out again August 3, 2021 and attacked. Apparently he had information I was not privy to and decided to put me in a violent situation. I was never told such information so I went out blind. This failure to protect from harm

Since KDOC seems intent on fighting this clearly established law, I feel the Court should appoint a special masters or let me commence the discovery process. There are many unanswered questions I have and I'm sure the Court does too. Since KDOC is still only taking inmates to yard once a week, it seems not to be a pandemic staffing level, but an andemic one. My case is more extraordinary than most, but it's still bad for all. I've watched the destruction done to myself and those around me and it's plain and simple not right. If EDCF can't house people Constitutionally, then they need to transfer people to facilities that can. A Special Master can not only look into my file, keep things under seal that need to be instead having discovery bickering, but he can also look into solutions to the EDCF andemic.

Respectfully Submitted By,

*[signature]*

P.O. Box 311
El Dorado, KS 67042