In the United States District Court for the District of Kansas

Nicholas Cox,
  Plaintiff,

v.                                          Case No.: 22-cv-3154

Jeff Zmuda, et seq.,
  Defendants.

## Affidavit of Nicholas Cox

Comes Now, Nicholas Cox, and declares under the penalty of perjury the following:

1.) I have been in segregation in EDCF for 45 months. I have been disciplinary report free since September 2020.

2.) I am not a member of the Surenos gang. I never have been. I am caucasian, 39 years old, the only two tatoos I have is my daughters names and an eagle.

3.) I have seen many inmates like myself who have been attacked off max yards by gangs such as surenos and given custody overrides to go to medium yards where it is safe. I dont need a custody override, I have medium custody. I have stated I am willing to sign any waiver they require to go to Ellsworth or Norton.

10.) An inmate with gang ties or influence could have spread that rumor because he didn't like me and didn't want me on the yard. Prison is stupid and so are gang members. I don't let them bully me.

11.) I have never refused any medication or medical care aside from one sonogram because my cuffed arm went numb from the 40 minutes wait because of prior injury. I had it rescheduled and went.

12.) My family, girlfriend, and myself have been in contact constantly for two years trying to facilitate a transfer.

13.) I am not the only inmate suffering from medical and physical ailments from lack of yard.

14.) Everything that I wrote in my "Plaintiff's Response to Report in Martinez vs. Aaron Investigation Civil Rights Complaint" is true and correct, including the disputed facts with witnesses Holthaus, Sissell, and Moore.

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2023

*Nicholas Cox*