IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NICHOLAS COX,

    **Plaintiff,**

    v.                                                                      CASE NO. 22-3154-JWL-JPO

JEFF ZMUDA, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights case under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas ("EDCF"). Plaintiff has paid the filing fee. The Court screened Plaintiff's Second Amended Complaint (Doc. 11) and ordered the officials responsible for the operation of EDCF to prepare a *Martinez* Report. (Docs. 12, 13.) *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978). The *Martinez* Report has now been filed (Docs. 34–43). This matter is before the Court on Plaintiff's Motion for Special Master and Leave to Allow Additional Response and Affidavit to the Defendant's Martinez Report (Doc. 48).

Plaintiff asks the Court to appoint a special master to "look into the [e]ndemic problem at El Dorado prison in staffing and affording basic constitutional rights set forth in this case." (Doc. 48, at 1.) Plaintiff states that a special master can look into the hiring practices and ensure that the KDOC follows yard and holdover policies. *Id*. at 2.

The Court denies Plaintiff's request for the appointment of a special master. The Court is still in the process of screening Plaintiff's Second Amended Complaint. However, the Court will grant Plaintiff additional time to supplement his response to the *Martinez* Report.

1

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion for Special Master and Leave to Allow Additional Response and Affidavit to the Defendant's Martinez Report (Doc. 48) is **granted in part.** The Court will grant Plaintiff's request to allow an additional response and affidavit to the *Martinez* Report. The Court denies Plaintiff's request for the appointment of a special master.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **March 21, 2023,** in which to supplement his response to the *Martinez* Report.

**IT IS SO ORDERED**.

**Dated February 22, 2023, in Kansas City, Kansas.**

> S/ John W. Lungstrum
> JOHN W. LUNGSTRUM
> UNITED STATES DISTRICT JUDGE