# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NICHOLAS COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case no. 22-3154-JWL |
| | ) | |
| JEFF ZMUDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INTERESTED PARTY KDOC'S RESPONSE TO ORDER

The Kansas Department of Corrections (KDOC) as an Interested Party, by and through

Natasha Carter, submits this response to the Court's Order. Doc. 50, filed April 6, 2023.

### Procedural Posture and Background

Plaintiff Nicholas Cox, a state prisoner appearing *pro se*, filed this civil rights complaint

pursuant to 42 U.S.C. § 1983 alleging, among other things, cruel and unusual punishment and a

significant and atypical hardship based on his placement in restrictive housing.

In its Order dated September 14, 2022 [Doc. 12 at 2] the Court stated that it needed

additional information in order to perform the statutorily required screening of this case as per 28

U.S.C. 1915A(a). For purposes of conducting the required screening, the Court ordered KDOC, as

an interested party, to conduct a *Martinez* investigation and file the report with the Court. KDOC

complied and filed the report on January 17, 2023. Doc. 34. In conjunction with the report and as

per the Court's Order, KDOC sought leave to file Exhibit 4 to the report under seal. Doc. 32.  The

Court granted the request for leave to file Exhibit 4 under seal. Doc. 33.

**Resident Cox is Currently Classified as Low-Medium Custody**

Upon review by undersigned counsel, KDOC confirms that Plaintiff's current custody level is low-medium. April 19, 2023, Declaration of David Lewis, attached hereto as Exhibit 1, at ¶ 7. Plaintiff's change in custody level was uploaded into KDOC's disciplinary system just after the initial *Martinez* Report was filed. April 19, 2023, Lewis Declaration at ¶ 6.

**Cox's Security Threat Group Issues Continue to preclude Transfer**

Despite Cox's change in custody, he remains unable to be transferred to general population within KDOC at this time due to the presence of Surenos and/or Nortenos on the yards of the medium custody facilities he wishes to transfer to. April 19, 2023, Lewis Declaration at ¶ 8.

Respectfully submitted,

*/s  Natasha M. Carter*
Natasha M. Carter, KS No. 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: natasha.carter@ks.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 21st day of April 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Nicholas Cox #98253
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

Kansas Attorney General
120 SW 10th Ave., #2
Topeka, KS 66612

/s *Natasha M. Carter*
Natasha M. Carter, SC# 26074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NICHOLAS COX,                          )
                                       )
          Plaintiff                    )
                                       )
     v.                                )        Case no. 22-CV-3154-JWL-JPO
                                       )
JEFF ZMUDA, et al.,                    )
                                       )
                                       )
          Defendants.                  )

---

## DECLARATION OF DAVID LEWIS

I, David Lewis, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-entitled matter.

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as the Restricted Housing Unit ("RHU") Administrator at the El Dorado Correctional Facility ("EDCF") and have been so employed since 2020.

2. I am familiar with the procedures for managing and housing restricted housing residents. These procedures are outlined, in part, in IMPP 20-104A and 20-101A.

3. Resident Nicholas Cox, #98253, is known to me. He has been housed at the EDCF since April 4, 2019, with the exception of a few days when he was released to a county jail for a court appearance.

4. I previously submitted a declaration in this matter on January 13, 2023.

5. At the time of the prior declaration, Resident Cox had a pending disciplinary matter for Dangerous Contraband that resulted in a max custody level. Although the original

1

EXHIBIT 1

disciplinary report was from November, disposition of the matter was continued while awaiting test results which were received sometime in January.

6. The final step in the disciplinary process wasn't completed until January 12, 2023. The dismissal would not have been known to me at the time the prior declaration was signed because the results must be entered into the disciplinary system which can take several days during which time the disciplinary charge would still have remained as pending.

7. Resident Cox is now low-medium custody.

8. It is my understanding that despite the change in his custody level, Resident Cox is unable to be transferred at this time due to the presence of Surenos and/or Nortenos on the yards of the KDOC facilities he wishes to transfer to.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2023.

David Lewis
RHU Administrator
Kansas Department of Corrections

2

EXHIBIT 1