In the United States District Court for the District of Kansas

Nicholas Cox,
   Plaintiff,

v,

Case No.: 22-3154-JWL

Jeff Zmuda, et seq.,
   Defendant.

<u>Response to KDOC's 2nd Martinez Report</u>

   Comes Now, the plaintiff, Nicholas Cox pro se and submits the following:

   I know I'm not gonna get anywhere calling KDOC out on obvious Malarky. In there initial report they attempted to use the fact that I lost custody as a reason I'm still stuck in seg and now since that's not the case, they are just running the blanket safety/security excuse.
   The problem is, I can't prove my argument without being able to gather evidence so I ask the Court for permission to prove KDOC a liar by getting me the rosters of Ellsworth, Norton, and

1

Larned and have KDOC highlight suspected or validated Surenos and provide their DR records and and conflicts they have been involved in.

Also, I am not a sureno. I had one inmate in EDCF I had issues with and a couple in Lansing. They sent gang members to attack me. In the original Martinez report EAI Sissell said I was a suspected sureno. I was told by Lewis I was a sureno in a one-on-one meeting he had with me in January 2023 and since I can't go anywhere in Kansas and no states will take me I am being switched from hold over transfer to protective custody. This was done for reasons to protect themselves. Then I grieved what he said and he switched it up because he opened the door for a whole new claim. One I haven't filed yet that I will if KDOC does not want to quit treating me unfairly, unconstitutionally, and different than literally everyone. I have offered a non-monetary, fair, settlement. All I ask for is good-time restoral for the damage done to my leg and a transfer to a medium camp like Oswego.

Respectfully Submitted By,

Nicholas Cox 98253

2