# INMATE REQUEST TO STAFF MEMBER

Date: _____

_____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by Inmate**

Cox
Inmate's Last Name Only

96253
Inmate Number

orm 9
or Cellhouse Transfer
Work Assignment
nterview Requests  Informal Grievance

# KANSAS DEPARTMENT OF CORRECTIONS

# INMATE REQUEST TO STAFF MEMBER

Date: 1-18-23

To: Unit team

This grievance is for failure to protect against harm. Lewis notified me that I was a validated Sureno. I had no idea that this was the case or where it came from. The Surenos were removed from El Dorado and I was put out on the yard twice since then. Both times I was attacked. I have done nothing to get validated since I have been in El Dorado. Why was I never notified of this validation and why was I put on a yard where Surenos would be attacked. This was an obvious intentional, wanton, and deliberate failure to protect.

Living Unit Assignment: A-214

Work Assignment: _____

Detail or C.H. Officer: _____

Comment: _____

Disposition: I misspoke using the term "Validated." I apologize for that. You were released from RHU at the request of you and your family. Both times ending in physical assaults. We will not be doing that again

Date: _____

To: _____
(Name & Number)

Disposition:
for your safety. [signature]

Employee's Signature                           To be returned to inmate