In the United States District Court for the District of Kansas

Nicholas Cox,
    Plaintiff,

v.                         Case No.: 22-3154-JWL

Jeff Zmuda, et seq.,
    Respondent,

## Affidavit of Nicholas Cox

Nicholas Cox hereby states:

1.) I only received the second page of the second affidavit from Lewis in the mail.

2.) It is common practice that inmates who are attacked on max yards by Surenos and nortenos to go to medium yards.

3.) My situation is not unique or uncommon. I am willing to sign a waiver to go to a low medium yard in accordance with my custody.

1

4.) Interstate compacts for inmates who are attacked is very rare. I have never seen it. As I stated, most inmates are over-ride to medium or have to sit in seg and get medium custody and then transferred to medium yards.

5.) Ellsworth, Larned, Norton, and other medium yards have both Norteños and Surenos on the yards that have been attacked off may yards.

6.) I have no central monitors with any inmate in KDOC.

7.) I was originally told by UTM Hoepner that I couldn't go to Ellsworth because they didn't want me.

8.) There are small prisons like Oswego and Larned that KDOC could send me to if they had actual worry.

2