In the United States District Court for Kansas

Nicholas Cox,
    Plaintiff,

v.

Case No.: 22-cv-3154

Jeff Zmuda, et seq,
    Defendants

## Notice of Intent to File Seperate Petitions

Comes Now, the plaintiff, Nicholas Cox pro se and submits this Notice to the Court of intent to file two additional petitions arising partially out of the same mistreatment. They are as follows:

1. An additional 1983 claim for failure to protect and the utilization of indoor yard as a legal substitute for yard.

2. A Chapter 60 petition and 60-3502 Medical Malpractice Liability Panel for negligent care and policies and procedures of Corizons, Centurion, and KDOC.

All issues are fully grieved and both will

1

be filed by the end of June. My family and I have reached out to KDOC staff and counsel to ou try and peacably reach outcome which is a simple good-time restoral and transfer within policy. I have no desire to prosecute these suits but I will not idly let them damage my body, mind, relationships, and loved ones without one helluva fight. And here it comes.

Respectfully Submitted By,

*[signature]*

Nicholas Cod 98253
P.O. Box 311
El Dorado, KS 67042

2