**INMATE REQUEST TO STAFF MEMBER**

To: _____   Date: _____
(Name and Title of Officer or Department)

Unit Team Member Signature _____   **To be retained by Inmate**

---

**Form 9**
**For Cellhouse Transfer**
**Work Assignment**
**Interview Requests**

Cox _____ Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

98253 _____ Number

**INMATE REQUEST TO STAFF MEMBER**

To: Unit team manager   Date: 5-24-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

My cellmate and I are in a hostile living situation. I have told mental health this, multiple CO's, and they have assured me they told you. My celly gave you a person to live with and I will let you choose mine. I am not racist but I do not want to live with gang members. My girlfriend is half black and I am being forced to live with an AB

Work Assignment: _____ Living Unit Assignment: A-214
Comment: _____ Unit Team Members Signature: _____

Disposition: _____

To: _____   Date: _____
(Name & Number)

Disposition: _____

Employee's Signature                                    **To be returned to inmate.**
P-0009b