In the United States District Court for the District of Kansas

Nicholas Cox,
   Plaintiff,

v,                                     Case No.: 22-co-3154 JWL

Jeff Zmuda, et seq,
   Defendants.

## Plaintiff's Response to "Memorandum And Order to Show Cause

Comes Now, the plaintiff Nicholas Cox and submits this response to the Court's order to show cause why my Count II should not be dismissed.

1.) The defendants have not produced evidence of what states they have tried to send me to, if they followed policy, or any thing other than an assertion that they tried to interstate compact me. This is the <u>most bogus assertion ever</u> that no state will accept a non-affiliated, no tatoos that are gang related, caucasian, Disciplinary free for 3 years, and Low medium custody male with three years left to interstate compact and to let a stand alone affidavit be their sole piece of evidence that they tried is unjust.

2.) The <u>Jamerson v. Heimgartner</u>, 304 Kan. 678 (2016) was made for cases like me. While it is not identical because of the assertions (naked as they may be), it is in principal similiar. I don't have visitation, the same commissary, yard privileges, program opportunities, religious opportunities, or any of the things general population has and my segregation time has crossed 1500 days, not just 1000.

3.) While the defendants had a full opportunity to use discovery, mine was non-existent. I ask the Court for an opportunity to do a limited discovery to not only show the hundreds of inmates who sat for years on Hold over transfer status, but to identify all the Surenos, affiliates, or people like me who have been at odds with them over the years who were transferred to medium compounds or minimums to get away from the violence that the max yards enforce. I could do this by simply looking at pictures of the inmates. I know nicknames which is what people like them go by. If you look at my Kasper you will see no alias for me. I know few by name but I can point out hundreds to the Court. Virtually every Sureno on medium and minimum yards can't walk a max yard. Also, I never was affiliated. I sat at tables that had non gang affiliated mexicans, natives, and I sat their as native because I was a member of the religious callout. When the Surenos tried to assert their dominance I left the tables and became a target., I don't appreciate this

stuff being put on the Ledis Nedis database as it is untrue and could make me a future target if I'm interstate compacted to another state. It was unneccesary I feel but since it's been done, I can't do anything. The manner in which KDOC is handling me is illegal, unfair, and unjust. I've been in a box with another man for 1500 days, no yard, and they could easily send me to Norton, Ellsworth, Oswego, Winfield, or Larned. I can show the Court this by pointing out the hundreds of other Sureno victims who have cases similiar to mine. It will take limited discovery. One name is my old cellmate Carrera. I just need to go through pictures of inmates at KDOC medium and minimum prisons to show you they are treating me differently than those similiarly situated. I will sign a waiver to go to any of the camps I listed. If this wasn't so serious as to how it's destroying my body, mind, family ties, and relationship I would say this is ridiculous but the situation is serious. Prison has risks. I'm not gonna hide from them and have never asked to, But this cell is destroying me. To allow KDOC to continue this path of unjustified solitary confinement is a path to destruction of many men that go through this system. At one time there were 230 some odd people in seg. just like me.

Respectfully Submitted By,

Nicholas God 99253