In the United States District Court for the District of Kansas

Nicholas Cox,
    Plaintiff,

v.

Jeff Zmuda, et seq,
    Defendants.

Case No.: 22-cv-3154 JWL

## Affidavit of Nicholas Cox

Nicholas Cox hereby states:

1. Holdover inmates at El Dorado were not allowed to buy cable cords, batteries, big boxes of Q-tips, light bulbs for our lamps, laundry detergent, dish soap, t-shirts, and many other non-security related items that you are allowed to have if you already have them but cannot purchase. This is still the case as of today

2. Holdover inmates are not allowed to go to callouts (religious).

3. I have not been allowed to take my batterer's intervention program nor any other programs that are offered to general population to get a program credit release date. I have

1

applied several times to the program they offer which is substance abuse.

4.) I have finally been accepted for a job. I have watched several inmates be fired and rehired during my four years of segregation. This job is going to delay the filing of my additional suits and I will not be filing for the screening panel most likely.

5.) I know of ~~several~~ dozens of surenos and people who have been taken off of yards by surenos like myself who have been given opportunities to go to other camps in Kansas and interstate compacts. I know most of them by nickname but a few names ~~are~~ are Carrera, Duran, Perez, Ruhl, and Molina. I could point out many others if I had pictures of inmates in KDOC. My case is not unique but my treatment is.

6.) My girlfriend of six years has just recently left me. This segregation is killing off every thing I love.

Pursuant to 28 USC Section 1746, I declare under the penalty of perjury the foregoing is true and correct.

2      Nicholas Cox