## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NICHOLAS COX,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case. No. 22-3154-JWL |
| | ) |
| **JEFF ZMUDA,** *et al.*, | ) |
| Defendants. | ) |
| | ) |

### CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2 of the United States District Court, District of Kansas, it is hereby ordered that the Defendants, Tommy Williams and Jeff Zmuda, be given an additional fourteen (14) days in which to answer or otherwise plead to Count I of Plaintiffs Second Amended Complaint (Doc. 11). This is Defendants' first request for an extension with respect to Count I of Plaintiff's Second Amended Complaint. Defendants' time to answer or otherwise plead has not expired. Pursuant to the Court's order on May 30, 2023 (Doc. 56), Defendants' current deadline to answer or otherwise plead is June 26, 2023. The answer or other responsive pleading for Defendants is now due on or before July 10, 2023.

IT IS SO ORDERED.

Dated:  this   20th   day of June, 2023.

                                                  Clerk of the U.S. District Court
                                                For the District of Kansas

                                                 s/ N. Overstreet - Deputy Clerk
                                                By:  Deputy Clerk

Prepared by:

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Nicholas Cox, #98253
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, Kansas 67042
*Plaintiff, pro se*

                                                          */s/ Matthew L. Shoger*
                                                          Matthew L. Shoger
                                                          Assistant Attorney General