IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NICHOLAS COX,

    Plaintiff,

v.

JEFF ZMUDA, *et al.*,

    Defendants.

Case. No. 22-3154-JWL

## DECLARATION OF MARIA BOS

I, Maria Bos, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently the Deputy Warden of Support Services at El Dorado Correctional Facility (EDCF) for the Kansas Department of Corrections (KDOC).

2. As part of my official duties, I have access to and am familiar with KDOC's policies and practices regarding health care services.

3. KDOC covers the cost for nearly all medical expenses for inmates. In order to do this, KDOC spend tens of millions of dollars annually on medical expenses for inmates.

4. Inmates pay only a $2 charge for sick calls. Inmates pay no charge at all for follow-up calls.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July \_\_\_\_\_, 2023.

_____
Maria Bos, Deputy Warden of Support Services
El Dorado Correctional Facility
Kansas Department of Corrections