In the United States District Court for Kansas

Nicholas Cox,
   Plaintiff,

v.                                   Case No.: 22-cv-3154

Jeff Zmuda, et seq.,
   Defendants.

## Motion for Continuance and Stay

Comes Now, the plaintiff, Nicholas Cox and moves the Court to continue the defendants motion to dismiss and stay their request for summary judgement. The reasons are as follows:

1.) I never received the two affidavits that were supposed to be with the motion to dismiss/summary judgement from Bos and Brewer.

2.) I have not been afforded to pursue any discovery so dismissal and summary judgement is premature as their is an abundance of case law from every district supporting my claim.

I request the court to continue my response until I have received the affidavits discussed in the motion and to stay

(2) summary judgement until I have had a chance to pursue discovery and not just the defendants naked assertions and lies.

Respectfully Submitted By,

[signature]