**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| NICHOLAS COX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFF ZMUDA, *et al.*, )<br>)<br>Defendants. )<br>) | Case. No. 22-3154-JWB-TJJ |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendants Jeff Zmuda, Jeff Butler, and Tommy Williams ("Defendants"), submit this Response to Plaintiff's Motion for Continuance and Stay (Doc. 66) (hereinafter "Motion for Extension of Time"). Defendants take no position on Plaintiff's request for an extension of time. But Defendants oppose opening discovery because: (1) it would be inappropriate at this stage of litigation, and (2) Plaintiff has not specified reasons why discovery is necessary to present facts essential to justify his opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. 59). *See* Fed. R. Civ. P. 56(d).

Although Defendants believe they already mailed to Plaintiff the exhibits in question – the two declarations that were attached as exhibits to their Memorandum in Support (Docs. 60-1, 60-2) – Defendants re-mailed these exhibits to Plaintiff on July 27, 2023. In addition, KDOC staff hand-delivered the exhibits to Plaintiff on July 28, 2023, at 12:30 PM central time. (Exhibit 1.) Therefore, at the very latest, Plaintiff received the two exhibits on July 28, 2023.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 31st day of July, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Nicholas Cox, #98253
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, Kansas 67042
*Plaintiff, pro se*

              */s/ Matthew L. Shoger*
              Matthew L. Shoger
              Assistant Attorney General