## HAND DELIVERY AFFIDAVIT

I, __Nicole Scolari__, of lawful age and duly sworn on oath state as follows:

1. I am employed by the Kansas Department of Corrections ("KDOC") at:

    - ☒ El Dorado Correctional Facility (EDCF)
    - ☐ Ellsworth Correctional Facility (ECF)
    - ☐ Hutchinson Correctional Facility (HCF)
    - ☐ Lansing Correctional Facility (LCF)
    - ☐ Larned State Correctional Facility (LSCF)
    - ☐ Norton Correctional Facility (NCF)
    - ☐ Topeka Correctional Facility (TCF)
    - ☐ Winfield Correctional Facility (WCF)
    - ☐ Wichita Work Release Facility (WWRF)

    as a __Corrections Counselor I__
    *(title)*

2. I hand delivered the following attached documents:

    __Declaration of Craig A. Brewer, Declaration of Maria Bos__
    *(document names)*

    to __Nicholas Cox__, # __98253__, on __7-28-2023__ at __12:30 pm__
    *(resident name)   (resident #)   (delivery date)   (time)*

    __Nicholas Cox__
    Printed Name

    _____
    Signature

State of __Kansas__
County of __Butler__

Signed and sworn to (or affirmed) before me on this __28__ day of __July__, 2023.

NOTARY PUBLIC - State of Kansas
JENNELL BUCHANAN
My Appt Expires 10-10-26

Notary Public

My commission expires: 10-10-26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NICHOLAS COX, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case. No. 22-3154-JWL |
| JEFF ZMUDA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### DECLARATION OF CRAIG A. BREWER

I, Craig A. Brewer, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently the Unit Team Supervisor at El Dorado Correctional Facility (EDCF) for the Kansas Department of Corrections (KDOC).

2. As part of my official duties, I have access to and am familiar with KDOC's policies and practices regarding restrictive housing (RH) (also known as segregation).

3. I am familiar with resident Nicholas Cox (#98253).

4. I attest that EDCF has been following and currently follows the Kansas Department of Corrections (KDOC) Internal Management Policies and Procedures (IMPP's) relevant to this case: 20-101A and 20-104A.

5. Inmates can be placed in Restrictive Housing (RH) for reasons including disciplinary segregation (limited to 15 days), protective custody, active investigation, other security risk, and consistent bad behavior.

6. RH units at EDCF limit interactions of RH residents with other individuals primarily to prevent violence and contraband.

7. The phrase "Special Management" generally refers to RH. It can also refer to a crisis-level placement, such as when an inmate poses a heightened risk of self-harm.

8. Because of the heightened risks associated with RH residents, they must be handcuffed when transported. They use enclosed showers, have enclosed yard time, and must be in their Program cells while attending any classes.

9. The RH cells are 7.6 feet by 12 feet, for a total of 91.2 square feet.

10. Indoor yard time for RH residents takes place in another indoor cell that is equipped with a pull-up bar.

11. Outdoor yard time for RH residents takes place in covered outdoor cells that are approximately 8 feet by 20 feet, for a total of 160 square feet.

12. RH residents share the indoor or outdoor yard cells with their cellmate. If the resident does not have a cellmate, they will be placed in the cell individually; however, the outdoor yard cells are adjacent to each other so the resident may communicate with other residents while outside.

13. Since April 2023, resident Cox has served as a custodian for the A2 RH cellhouse. He works every evening outside his cell doing a variety of custodial duties. Hours vary. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July __7__, 2023.

*[signature]* UTS
Craig A. Brewer, Unit Team Supervisor
El Dorado Correctional Facility
Kansas Department of Corrections

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NICHOLAS COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 22-3154-JWL |
| ) | |
| JEFF ZMUDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MARIA BOS

I, Maria Bos, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently the Deputy Warden of Support Services at El Dorado Correctional Facility (EDCF) for the Kansas Department of Corrections (KDOC).

2. As part of my official duties, I have access to and am familiar with KDOC's policies and practices regarding health care services.

3. KDOC covers the cost for nearly all medical expenses for inmates. In order to do this, KDOC spend tens of millions of dollars annually on medical expenses for inmates.

4. Inmates pay only a $2 charge for sick calls. Inmates pay no charge at all for follow-up calls.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July _____, 2023.

*Maria Bos* (signature)

Maria Bos, Deputy Warden of Support Services
El Dorado Correctional Facility
Kansas Department of Corrections

2