In the United States District Court for the District of Kansas

Nicholas Cox,
 Plaintiff,

v.

Case No.: 22-cv-3154

Jeff Zmuda, et al.,
 Defendants.

### Plaintiff's Response in Opposition to Defendants Motion to Stay Discovery and Memorandum in Support

Comes Now, the plaintiff, Nicholas Cox pro se and submits this response in opposition to the defendants motion to stay discovery and memorandum in support.

### I. Discovery

I feel that the Court has been extremely unfair in allowing the defendants to put forth affidavits alleging things but not allowing me to run discovery seeking proof of such as the most bogus assertion in the history of affidavits that no other state will accept me. This is a formal request to reconsider dismissal of Count II done on 7/14/23 that

1.

I still have not received. I ask that because dozens of inmates are taken of max yards every week by gangs and it would subject thousands of inmates to indefinite segregation without proof of trying to find general population by KDOC. The Court is literally just letting KDOC say whatever without backing it up. Show me the files you sent to other states. Show me the emails. Oh wait, I can't get em because I've been stayed while KDOC feeds lies to the Court. This isn't just affecting me, it's affecting hundred if not thousands like me. This was not just an equal protection claim it was also cruel and unusual punishment for leaving me stuck in segregation unjustifiably for over four years now. And now they ask to stay discovery because we have no right to yard. Every district across the country including ours in the tenth circuit says otherwise. What KDOC is doing lacks decency and humanity.

## II. Nature of the Cases

I was sent to El Dorado in April 2019 after being attacked in Lansing and defending myself. This is on tape. I spent a year OSR. During that year of OSR segregation the surenos and the OLB gangs had a violent interaction that led El Dorado to remove all suspected surenos from general population because they were being attacked. I had previous adverse interaction with

2

one member of the VLB's who was running their gang at the time. When they let me out in May 2020 I was attacked. I was put on holdover transfer and waited for transfer for 2 1/2 years. Instead of transfering me, they used my desperation from sitting in segregation for over 2 years in which I developed blood clots because we didn't have yard for most of the time and put me back out in population here instead of transfering me despite many requests from me and my family. I was attacked again. I have since filed a failure to protect lawsuit and am working on getting the filing fee paid. Hundreds of inmates were on holdover transfer when I filed this lawsuit here at El Dorado for fear of gang violence from the facility or themselves. El Dorado was using it as a way to indefinitely segregate people because locking people in a box is easier than trying to find suitable general population. All the while, they weren't giving us yard because it's also easier not to. Then they invented "indoor yard". It's another cell the same size or smaller than our own with no fresh air, no sunlight, and only a pull up bar in it. To this day we still only go outside once a week. The Court may not like me or my slick mouth or whatever the reason is that I am getting adverse rulings but what is going on in my case and hundreds of others is plain wrong and to condone it sets prisoners up for a really hard time in the State of Kansas. One that doesn't align with anywhere in the country.

3

## III. Material Facts

1.) Uncontroverted

2.) Uncontroverted

3.) Uncontroverted

4.) Uncontroverted

5.) Controverted. I am not a sureno, however, the surenos were removed from El Dorado general population prior to April 2020 so I should never have been allowed in general population which this statement supports my recent lawsuit for failure to protect.

6.) Controverted. I don't have STG issues. I only have problems at maximum facilities. I have medium custody and could be released to general population in Ellsworth, Larned, Norton, ~~Wich~~ Winfield, Hutch East, and Oswego.

7.) Controverted. I had problems with one individual who has since been released from KDOC. Josh Martin.

8.) Controverted. I quit sitting at the "tables" in Lansing to distance myself from all things associated with the "tables".

4

9) Controverted. I was told I have no STGs.

10) Uncontroverted.

11) Uncontroverted. I do not know the exact dimensions though this seems somewhat accurate.

12.) Uncontroverted.

13) Uncontroverted.

14) Uncontroverted.

15) Uncontroverted.

16) Uncontroverted.

17) Uncontroverted.

18) Uncontroverted.

19.) Uncontroverted.

20) Controverted. These packets were not given to us. They showed up on the tablet after my lawsuit.

5

21.) Controverted. We were getting not getting yard prior to that but that is when it was officially cancelled.

22.) Uncontroverted.

23) Controverted. I do not know of this.

24) Controverted. I do not know of this.

25) Controverted. I do not know KDOC's mindset.

26.) Controverted. I do not know of this.

27) Controverted. I do not know of this.

28.) Controverted. I do not know of this.

29) Controverted. General population had some of these things.

30) Uncontroverd.

31) Uncontroverted.

32.) Controverted. It is still only one day of yard per week. This is going on almost two years.

6

33. Controverted. One day is outdoor. One day is indoor. That one day outdoor is often times cancelled for various reasons.

34. Controverted. The one day outdoors is often cancelled for various reasons.

35. Uncontroverted. Many times I was not woke up and I had a single man cell for some of the time after this suit. I would never refuse yard if I didn't have a single man cell or the current job I have now.

36. Uncontroverted. I work six days a week.

37. Uncontroverted.

38. Uncontroverted.

39. Uncontroverted.

40. Uncontroverted

41. Uncontroverted

42. Controverted. I never told the nurse that.

7

43.) Uncontroverted.

44.) Uncontroverted.

45.) Uncontroverted.

46.) Uncontroverted.

47.) Uncontroverted.

48.) Controverted. I told them I would stop. I never stopped taking the xarelto. They ran out and it frequently happens for days at a time they run out of xarelto. I've never refused medical care.

49. Uncontroverted. Why would I quit a day earlier? Makes no sense other than to try and paint a picture.

50. Controverted. I wrote the sick call stating I wasn't going to take my xarelto anymore unless they started treating the root causes of my clots (lack of yard and indefinite segregation). I took it anyways when it was offered. Never have I refused it.

51. Uncontroverted.

8

52.) Controverted. I came to El Dorado weighing 209.

53.) Uncontroverted. I have also never been evaluated by a doctor.

54.) Uncontroverted.

55.) Controverted. We discussed it once.

56.) Controverted. I have never refused care related to clots. I have never been offered a cardiology follow up. I do my lab draws when offered. I still feel clots in my thigh that medical says is nothing

57.) Controverted. They cuts were scratches from a staple and the ankle swelling had no corelation to clots. The self-harm was depression from segregation.

## II Summary Judgement

I. Official Capacity

The defendants Butler and Williams implemented policy that denied my rights in their official capacities as Wardens. Jeff Zmuda knew or should have known this was happening as he is the secretary charged with overseeing KDOC.

9

I. Count one for Zmuda

A.) In the defendants own motion they state the wardens were reaching out throughout KDOC for option for staff. To claim that didn't reach him is ridiculous.

B.) Yard has been a part of prison segregation for years and there is caselaw in every district supporting it.

II. Failure to exhaust

A. This isn't a double bunk or cell size claim

B. The defendants are trying to highlight obscure, unpublished caselaw to negate their constitutional responsibility to provide yard to segregation inmates.

III. Remedies

A. Fine, no injunction.

B. I have permanent, serious damage to my leg. The defendants like to highlight how we get yard now. FOR ONE DAY A WEEK!

10

## V. Conclusion

I feel that these claims are as obvious as open wounds. However, I feel that the Court and KDOC are going to fancifully throw them out because they can, so therefore I say this. My new lawsuit will stick. I have others I can pursue and will pursue unless, this is the big unless, KDOC comes to the table and works with me. My suits and filings won't be legally or technically malicious, just like this segregation. Come to the table before you waste anymore 300 dollar an hour lawyers time times 100. I'm not asking for much. A good time restoral that KDOC can do per IMPP. Finally, this suit was legit and valid. It doesn't take 30 pages to explain how wrong they are, despite their confusing my claims.

Respectfully Submitted By,

Nicholas Cox 98253
P.O. Box 311
El Dorado, KS 67042

11