In the United States District Court for the District of Kansas

Nicholas Cox,
    Plaintiff,

v.                                             Case No.: 22-CV-3154

Jeff Zmuda, et al.,
    Defendants.

## Affidavit of Nicholas Cox

Nicholas A. Cox hereby states:

1. I am not a Sureno, however, the Surenos were removed from El Dorado general population prior to April 2020 so I should never have been allowed in general population, if KDOC believed such to be true.

2. I don't have STG issues. I only have problems at maximum facilities like hundreds of other prisoners. I have medium custody and could be released to general population in Ellsworth, Larned, Norton, Winfield, Hutch East, and Oswego. I will sign a waiver to go to any camp.

3. I only have problems with one individual and he's been released

1

from custody. Josh Martin.

4. I quit sitting at the tables in Lansing after only a few months and distanced myself from everyone at the tables, including Surenos, natives, and hispanics. I sat there as part of the native american callout.

5. I was told I have no STG's.

6. I never received an exercise packet. The exercises showed up on my tablet after my suit.

7. We were not getting steady consistent yard prior to October 7, 2021 but that is when it was officially cancelled.

8. We still only get one day outside per week almost two years later.

9. We get one day outdoor and one day indoor yard per week but the one day outdoors is often cancelled for various reasons.

10. I missed yard for various reasons including not hearing it called or if I had a one man cell I wouldn't go.

11. I've never refused any medical care.

2

Pursuant to 27 USC Section 1746 I declare under perjury the foregoing true and correct.

*Nicholas Cox*

3