## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NICHOLAS COX,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case. No. 22-3154-JWB-TJJ** |
| ) | |
| **JEFF ZMUDA,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants Jeff Zmuda, Jeff Butler, and Tommy Williams ("Defendants"), submit this Reply in further support of their Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. 59). Defendants assert that Plaintiff Nicholas Cox does not overcome their legal arguments. Accordingly, Defendants' motion should be granted in its entirety. Defendants incorporates herein, as if set forth in full, the arguments and authorities in their Memorandum in Support. (Doc. 60.) Defendants' motion should be granted for the reasons previously stated.

Defendants attach three exhibits, outlined in the table below.

### INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| B2 | Declaration of Maria Bos  -  *identical in content to the earlier Exhibit B (Doc. 60-2) but re-signed with the date fully filled out this time* |
| C | 2nd Declaration of Craig Brewer |
| D | KASPER Information Sheets  -  *for inmates mentioned in Exhibit C* |

.

### STATEMENT OF FACTS

Cox does not controvert paragraphs 1-4, 10-19, 22, 30-31, 35-41, 43-47, 49, 51, 53-54 in Defendants' statement of material facts, so those facts are treated as true for purposes of the summary judgment motion. Cox purports to controvert paragraphs 5-9, 20-21, 23-29, 32-34, 42,

48, 50, 52, and 55-57. But with regard to paragraphs 23-29, 42, 48, 50, 52, 55, and 57, Cox fails

to support his assertions with citations to admissible evidence in the record as required by D.

Kan. Rule 56.1. His attached declaration (Doc. 68-1) also does not provide evidence to support

these assertions. Cox has no excuse for this, as he was served with the required "Notice to Pro Se

Litigant" for summary judgment motions (Doc. 61) and pro se litigants are expected to follow

the same rules of procedure as other litigants in this circuit. *Garrett v. Selby Connor Maddux &*

*Janer*, 425 F.3d 836, 840 (10th Cir. 2005). So he fails to establish a genuine dispute regarding

those paragraphs, and the corresponding paragraphs in Defendants' statement of facts should be

treated as true for purposes of the summary judgment motion. In paragraphs 23-28, Cox also

suggests he controverts the facts because he lacks sufficient knowledge, but that does not provide

valid grounds to controvert a fact for summary judgment. *Brigance v. Vail Summit Resorts, Inc.*,

No. 15-cv-1394, 2017 WL 131797, at *3 n.1 (D. Colo. Jan. 13, 2017) ("a mere lack of personal

knowledge is insufficient to demonstrate a genuine dispute at the summary judgment phase

where Plaintiff has identified no contradictory evidence or factual inference"). Defendants

address Cox's responses to other and specific paragraphs as follows:

5. Cox disputes whether he is in fact a Sureno. (Doc. 68-1 at ¶ 1.) Although he has not been
   validated as a Sureno through a formal process (Exhibit C at ¶ 4), that does not change
   that he is reasonably *suspected* to be a Sureno by KDOC and that and other residents
   perceive him as a Sureno due to past incidents (Doc. 42 at ¶¶ 3, 8; Doc. 40 at ¶ 8; Exhibit
   C at ¶ 4). Although Cox is correct that the *majority* of Surenos were removed from
   general population at EDCF prior to April 2020 (Doc. 68-1 at ¶ 1; Exhibit C at ¶ 5), that
   does not change that he was attacked upon being released to general population in May
   2020 and August 2021 because other residents perceive him to be a Sureno. (Doc. 42 at

¶¶ 3, 5-9; Exhibit C at ¶¶ 4, 6.)

6. Cox states in a conclusory and self-serving manner that he does not have STG-related issues and that he only has problems at maximum facilities. (Doc. 68-1 at ¶ 2.) Regardless of Cox's conclusory, self-serving statements, it is reasonable for KDOC to suspect him of having STG-related issues, especially in light of the past attacks. (Doc. 42 at ¶¶ 3, 5-9; Exhibit C at ¶¶ 4, 6.) Although Cox's custody status of low-medium would normally permit a transfer to one of KDOC's smaller facilities, Cox's STG-related issues (as reasonably perceived by KDOC) have prevented those transfers. (Exhibit C at ¶¶ 14-15; Doc. 42 at ¶ 8; Doc. 40 at ¶ 8.) Cox suggests in his declaration that he will sign a waiver to be transferred (Doc. 68-1 at ¶ 2), but signing a release or waiver does not protect Cox from attacks (Doc. 41 at ¶ 7; Exhibit C at ¶¶ 6, 16) and KDOC also has concerns that a release or waiver may not necessarily protect KDOC from liability for any attacks that may occur (Exhibit C at ¶¶ 6, 17). Cox too apparently believes that signing a release or waiver may not necessarily protect KDOC from liability for attacks that may occur as he has filed a "failure to protect lawsuit," alleging that it was wrongful for KDOC officials to allow him out of restrictive housing and into general population at EDCF, where he was attacked, after he signed a waiver. (Doc. 68 at 3; *see also* Doc. 41 at ¶ 7; Exhibit C at ¶ 6.)

7. Cox says he only had problems with one other inmate, Josh Martin (#105177) (Doc. 68-1 at ¶ 3), who has since been released from KDOC (Exhibit D at 13-14). Cox does not specify and it is unclear what problems, if any, Cox had with Martin. (Exhibit C at ¶ 11.) But different inmates were involved in the attacks on Cox. Brandon Hayes (#113424) was party to the May 2020 attack. (Exhibit C at ¶ 8, pg. 5.) Steven Tolliver (#113497)

and Michael Blake Layne (#104696) were parties to the August 2021 attack. (Exhibit C at ¶ 9.) In August 2021, Cox was only in general population for 12 minutes before being attacked. (Exhibit C at ¶ 7.) Although Martin may not be in general population at EDCF (Exhibit D at 13-14), Layne, who was actually party to the August 2021 attack, is currently in general population at EDCF (Exhibit C at ¶ 10; Exhibit D at 8-9).

8. Cox admits that he distanced himself from Surenos. (Doc. 68-1 at ¶ 4.) While he suggests that he did so for reasons unrelated to the Surenos themselves (Doc. 68-1 at ¶ 4), even if this is true, KDOC could still reasonably suspect that he has been affiliated with the Surenos and that other residents perceive him as a Sureno due to this along with past incidents, such as the attacks in May 2020 and August 2021. (Doc. 42 at ¶¶ 3, 5-9; Exhibit C at ¶¶ 4, 12.)

9. Cox has failed to specify *who* told him he has no STG's, including whether it was even a KDOC staff member, and he has failed to specify *what* exactly it was he was told. (*See* Doc. 68-1 at ¶ 5 ("I was told I have no STG's.").) Even assuming that Cox is referring to KDOC *staff* telling him something, and even assuming that they told him he had no *suspected* STG affiliations, past or present, that would not change whether KDOC does in fact suspect him of having a past STG affiliation. And if they told him that he had no *validated* STG affiliations, that would be accurate and would not change that he remains a suspected Sureno. (Doc. 42 at ¶¶ 3, 5-9; Exhibit C at ¶¶ 4, 12-13.)

20. Although the packets were uploaded onto the tablets later (Doc. 68-1 at ¶ 6; Exhibit C at ¶ 19), they were provided to the residents in paper form when COVID-19 first came about (Exhibit C at ¶ 18). Cox does not submit any evidence to support that others did not receive the packet. (*Compare* Doc. 68 at 5 *with* Doc. 68-1 at ¶ 6.) If for some reason Cox

did not receive one, that does not mean that KDOC staff did not make efforts to provide
him with one.

21. Leading up to October 7, 2021, ongoing issues with COVID-19 and increasing issues
with staff shortages resulted in occasional inconsistencies with providing yard time.
(Exhibit C at ¶ 20.) Cox does not provide evidence for his statement that he was "not
getting yard prior to" October 7, 2021 (*compare* Doc. 68 at 6 *with* Doc. 68-1 at ¶ 7), but
only provides evidence that he was "not getting steady consistent yard" (Doc. 68-1 at ¶ 7)
due to these occasional issues. Regardless, Cox does not dispute that the Complaint only
contests the yard restrictions during the period of the staffing shortage from October 2021
to May 2022. (*See* Doc. 60 at 20-22.)

29. As stated above, Cox fails to cite admissible evidence in the record with regard to this
paragraph. Specifically, Cox fails to support his assertion that "[g]eneral population had
some of these things" (Doc. 68 at 6). Even if he had said this in his attached declaration,
that would still fail for lack of establishing a foundation of personal knowledge. This is
even more clear because Cox does not specify *which* of these "things" general population
had.

32. Cox only disputes semantics here and does not truly controvert the material facts in this
paragraph. He simply disputes that "inside yard" is "yard." So he says he only gets
"yard" one day a week, only counting outside yard and not inside yard. (*Compare* Doc.
68 at 6 *with* Doc. 68-1 at ¶¶ 8-9 *and* Doc. 68 at 7; *see also* Doc. 68 at 3.)

33. Cox does not contest that the current norm is two days of exercise yard time per week.
He only contests that it is "at least two days . . . per week" because he says that outdoor
yard is sometimes cancelled. (Doc. 68-1 at ¶ 9.)

34. Cox does not contest that the current norm is one day of outdoor yard for one hour and one day of indoor yard for one hour, and he does not contest that indoor yard occurs at least once per week. He only contests the phrase "at least once per week" specifically with regard to outdoor yard in Defendant's paragraph by adding that outdoor yard is sometimes cancelled. (Doc. 68-1 at ¶ 9.)

56. The only statement Cox makes here that he supports in his declaration is "I have never refused care." (*Compare* Doc. 68 at 9 *with* Doc. 68-1 at ¶ 11.) Cox cites no evidence for any of his other statements here. Further, his statement in his declaration that, according to his subjective interpretation of his actions, he has never refused medical care, is conclusory, self-serving, and does not truly controvert that multiple medical professionals have on numerous occasions documented that his observable actions reasonably appeared as refusal of medical care. (Doc. 39 at ¶¶ 11, 19, 22; Sealed Doc. 44 at 24, 60, 64, 87, 101, 104, 110, 120-21, 194, 204-05, 210, 258, 393, 398, 528, 562, 571, 602, 633-34, 863, 919.) Where specific actions are mentioned in the record that caused a reasonable appearance of refusal, Cox has not denied any of those specific actions. (*See* Doc. 39 at ¶ 11; Sealed Doc. 44 at 110, 205, 528, 562, 571, 602, 633, 863, 919.) To the extent Cox's subjective interpretation of his actions may call into question whether he reasonably appeared to refuse care, Cox does not truly controvert the clear weight of the evidence here. *See Scott v. Harris*, 550 U.S. 372, 378-81 (2007) ("When opposing parties tell two different stories, one of which is blatantly contradicted by the record, so that no reasonable jury could believe it, a court should not adopt that version of the facts for purposes of ruling on a motion for summary judgment."). What is more, Cox's statement (unsupported by evidence) that he subjectively believes that he currently has blood clots,

even if his statement of subjective belief was supported by the record, would not create a genuine dispute of material fact on his diagnosis, which is a matter of expert medical judgment. *Estate of Beauford v. Mesa Cnty.*, 35 F.4th 1248, 1271 (10th Cir. 2022) ("a "mere difference of opinion over matters of expert medical judgment or a course of medical treatment fails to rise to the level of a constitutional violation").

Although Cox did not controvert paragraphs 35-36 and 53, he added some assertions regarding those paragraphs. Cox does not cite any admissible evidence to support these assertions. Alternatively, the Defendants address those new assertions as follows.

35. Cox admits that yard does not allow exercise that he cannot already do. Cox apparently considers a single man cell to provide sufficient exercise opportunities (*see* Doc. 68-1 at ¶ 10), and single man cells are not any bigger than other cells in restrictive housing (*see* Doc. 60-1 (Exhibit A) at ¶ 9). Cox also apparently considers his current job to provide sufficient exercise opportunities. (*See* Doc. 68 at 7.) Cox's job duties involve cleaning the inside yard room unrestrained. (Exhibit C at ¶¶ 22-23.) Yard is announced by intercom at least 10 minutes prior to commencing. (Exhibit C at ¶ 24.) Cox says he sometimes does not hear it (Doc. 68-1 at ¶ 10) apparently because he sleeps through it (Doc. 68 at 7; *see also* Exhibit C at ¶ 23.) Staff does not go door to door to wake up residents. (Exhibit C at ¶ 25.) If residents wish to participate in yard, they must be dressed appropriately, have their light on, and be sitting on their bed or standing in their cell. (Exhibit C at ¶ 25.) Staff will then proceed to restrain the resident and escort to yard. (Exhibit C at ¶ 25.)

36. Defendants do not dispute that Cox works six days of the week. (Doc. 68 at 7.)

53. Cox says he has never been evaluated by a "doctor" (Doc 68 at 9), which is ultimately irrelevant. For example, Cox has been evaluated by a Licensed Specialist Clinical Social

Worker (LSCSW) who has authority under Kansas law to diagnose mental disorders,

K.S.A. 65-6319(a), and who did in fact diagnose Cox with certain mental disorders

(Sealed Doc. 44 at 4644). According to his medical record, Cox has also been evaluated

by a Medical Doctor (MD) – with the assistance of others, such as a Licensed Master's

Level Psychologist (LMLP), *see* K.S.A. 74-5362(a) – who diagnosed Cox with certain

medical disorders. (*See, e.g.,* Sealed Doc. 44 at 2386-89, 2396-2400, 2405-07, 2414-18,

2492-94.)

Although Cox did not controvert paragraph 22, the Defendants wish to correct an obvious

typo. The date in paragraph 22 should read October 5, 2021, just as the evidence cited does.

(Doc. 43 at 3-4; *see also id.* at ¶ 6; Doc. 11 at 3.)

## ARGUMENTS AND AUTHORITIES

Cox does not even address Eleventh Amendment immunity or qualified immunity at all.

Cox agrees that he has brought no injunction with regard to Count I. (Doc. 68 at 10.) Cox admits

that "[t]his isn't a double bunk or cell size claim" (Doc. 68 at 10), essentially agreeing that

"those issues are not . . . before this Court" (Doc. 60 at 24). Cox fails to contest that Defendants'

actions and any constitutional violation were not the proximate cause of Cox's blood clots. Cox

does not argue that his alleged depression, weight gain, or any lack of fresh air count as physical

injuries. Cox does not argue that he is entitled to punitive damages. What is more, Cox does not

cite to any legal authority or evidence anywhere in his entire response.

Cox's argument structure, with the roman numerals and capital letters, follows

Defendants' argument structure. (*Compare* Doc. 68 at 9-10 *with* Doc. 60 at 15-30.) Regarding

his official capacity claims in section I, Cox does not address or even mention Eleventh

Amendment immunity but merely states that Defendants Butler and Williams acted under color

of state law (by acting in their official capacities as wardens) and says Zmuda "should have known this was happening." (Doc. 68 at 9.) He does not explain how these official capacity claims could survive the Eleventh Amendment bar here.

Cox has still not stated the requisite personal participation of Defendant Zmuda. In sections I and II(A), Cox suggests Zmuda is liable because "he is the secretary charged with overseeing KDOC" (Doc. 68 at 9), which is a blatant attempt to apply vicarious liability, which is inapplicable to § 1983 actions. *See Schneider v. City of Grand Junction Police Dep't*, 717 F.3d 760, 767 (10th Cir. 2013). Although Cox suggests that news of EDCF requesting to borrow staff must have reached Zmuda and that Zmuda "should have known" that Defendants Butler and Williams were suspending Cox's yard time and that this had allegedly denied Cox's rights (Doc. 68 at 9-10), Cox still does not establish that Zmuda participated in or ratified any decisions to suspend yard time.

Regarding section II(B), Cox does not address or even mention qualified immunity. Defendants do not contest Cox's statement that "[y]ard has been a part of prison segregation for years" (Doc. 68 at 10). In fact, yard continues to be part of prison segregation for Cox currently. (Doc. 68-1 at ¶¶ 8-9; Doc. 43 at ¶ 8; Doc. 41 at ¶ 17.) Cox misconstrues Defendants' arguments as if Defendants are claiming that inmates in segregation "have no right to yard" (Doc. 68 at 2). Rather, Defendants have argued that even if the objective and subjective components of a deliberate indifference claim are met, a constitutionally legitimate justification exists here and no clearly established law demonstrates otherwise. (Doc. 60 at 20-23.) Defendants pointed to case law showing that "the practical realities of low staffing levels can provide a legitimate justification for temporary prison procedures that would otherwise violate constitutional rights." (Doc. 60 at 21.) And Cox does not dispute that the Complaint only contests the yard restrictions

during the period of the staffing shortage from October 2021 to May 2022. (*See* Doc. 60 at 20-22.)

Regarding section III(A), as stated in the beginning of the "Arguments and Authorities" section above, Cox admits that "[t]his isn't a double bunk or cell size claim" (Doc. 68 at 10), essentially agreeing that "those issues are not . . . before this Court" (Doc. 60 at 24).

Regarding section III(B), Cox does not address the substance of Defendants' arguments regarding how the record further supports qualified immunity. Rather, Cox, who himself cites to no legal authority whatsoever, suggests that Defendants "highlight obscure, unpublished case law." (Doc. 68 at 10.) By "obscure," Cox appears to simply mean outside of the District of Kansas. While unpublished case law from outside the District of Kansas may not be binding on this Court, it can still be persuasive authority. Cox does not argue why the case law cited by Defendants is not persuasive. Further, Cox makes this statement with regard to section III(B). (*See* Doc. 68 at 10.) Defendants cite only one case in that section (Doc. 60 at 24-25) – *Ramirez v. Knutson*, No. CIV-18-1085-SLP, 2020 WL 6834228, at *5 (W.D. Okla. Aug. 19, 2020) – which is the case the Court's earlier opinion spent almost three whole pages quoting and discussing (Doc. 56 at 13-15).

Regarding section IV(A), as stated in the beginning of the "Arguments and Authorities" section above, Cox agrees that he has brought no injunction with regard to Count I. (Doc. 68 at 10.)

Regarding section IV(B), Although Cox states in a conclusory manner that he has "permanent, serious damage to [his] leg," he does not allege specific facts or provide evidence showing causation. Specifically, as argued in Defendants' memorandum in support, he has not shown that Defendants' challenged actions or any constitutional violation were the proximate

cause of Cox's blood clots.[1] And, as stated in the beginning of the "Arguments and Authorities" section above, Cox does not argue that his alleged depression, weight gain, or any lack of fresh air count as physical injuries. (*See* Doc. 60 at 29-30.)

Cox omits section IV(C) and – as stated in the beginning of the "Arguments and Authorities" section above – he does not argue that he is entitled to punitive damages. (*See* Doc. 60 at 30-31.)

Cox also attempts to request that the Court reconsider dismissal of Count II. (Doc. 68 at 1-2.) No response to this request for reconsideration is necessary. D. Kan. Rule 7.3. Defendants merely point out that Cox's is motion is outside the fourteen-day deadline for motions to reconsider, and he does not establish "an intervening change in controlling law," "the availability of new evidence," or "the need to correct clear error or prevent manifest injustice" as required by D. Kan. Rule 7.3. And Cox has already been granted a sufficient opportunity to show cause why Count II should not be dismissed. (Doc. 57; *see also* Doc. 64.)

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

---

[1] He also does not allege that any third party's actions are involved such that might preclude the Defendants from contesting whether any constitutional violation was the proximate cause of any blood clots. (*See* Doc. 60 at 26-27 & n.5.)

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 14th day of August, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

       Natasha Carter
       Kansas Department of Corrections
       714 SW Jackson, Suite 300
       Topeka, KS 66603
       natasha.carter@ks.gov
       *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

       Nicholas Cox, #98253
       El Dorado Correctional Facility-Central
       P.O. Box 311
       El Dorado, Kansas 67042
       *Plaintiff, pro se*

              */s/ Matthew L. Shoger*
              Matthew L. Shoger
              Assistant Attorney General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NICHOLAS COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case. No. 22-3154-JWL |
| | ) |
| JEFF ZMUDA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF MARIA BOS

I, Maria Bos, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I am currently the Deputy Warden of Support Services at the El Dorado Correctional Facility (EDCF) for the Kansas Department of Corrections (KDOC).

2. As part of my official duties, I have access to and am familiar with KDOC's policies and practices regarding health care services.

3. KDOC covers the cost for nearly all medical expenses for inmates. In order to do this, KDOC spend tens of millions of dollars annually on medical expenses for inmates.

4. Inmates pay only a $2 charge for sick calls. Inmates pay no charge at all for follow-up calls.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of August, 2023.

Maria Bos, Deputy Warden of Support Services
El Dorado Correctional Facility
Kansas Department of Corrections

**EXHIBIT C**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NICHOLAS COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. 22-3154-JWB |
| | ) | |
| JEFF ZMUDA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DECLARATION OF CRAIG BREWER

I, Craig Brewer, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1.  I am currently the Unit Team Supervisor at the El Dorado Correctional Facility (EDCF).

2.  As part of my official duties, I have access to and am familiar with KDOC's policies and practices regarding security threat groups (STGs) and restrictive housing (RH) (also known as segregation).

3.  I am familiar with inmate Nicholas Cox (#98253).

4.  Although Cox is not a validated Sureno (which requires a formal process), he is a suspected Sureno, and other residents perceive him as a Sureno due to past incidents.

5.  The majority of the Surenos in KDOC facilities were moved to Hutchinson Correctional Facility (HCF) starting in December 2019 to February 2020. EDCF did

house Surenos and Nortenos, but due to being rivals the Surenos were moved to HCF, leaving the Nortenos at EDCF.

6.  It is my understanding that Cox signed a release to be moved to general population in May 2020 and August 2021. Both times he was released he was physically attacked because others perceive him to be a Sureno.

7.  In August 2021, Cox was only in general population for 12 minutes before being attacked.

8.  Brandon Hayes (#113424) was party to the May 2020 attack. See attached Exhibit 1, which is an administrative segregation report for Hayes from May 20, 2020, that discusses the attack on Cox.

9.  Steven Tolliver (#113497) and Michael Blake Layne (#104696) were parties to the August 2021 attack.

10. Layne is currently in general population at EDCF.

11. I am not sure what problems, if any, Cox had with Josh Martin (#105177).

12. Past incidents, including the past attacks in May 2020 and August 2021, demonstrate that Cox has STG-related issues.

13. I am not aware of any staff members telling Cox that he has "no STG's." If staff told Cox that he is not a validated member of an STG, however, that would be accurate.

14. Cox has a custody status of low-medium.

15. Cox's custody status would normally permit a transfer to one of KDOC's smaller facilities, but his STG-related issues have prevented those transfers.

16. Signing a release or waiver does not protect Cox from attacks.

17. KDOC also has concerns that a release or waiver may not necessarily protect KDOC from liability for any attacks that may occur.

18. Each resident received a paper copy of the In-Cell Exercise packet (attached as Exhibit 2) when COVID-19 first came about.

19. Later the packets were uploaded onto the tablets.

20. Leading up to October 7, 2021, ongoing issues with COVID-19 and increasing issues with staff shortages resulted in occasional inconsistencies with providing yard time.

21. Under the current, modified practice of two days of yard per week, which is due to a staff shortage, yard is occasionally cancelled due to more acute issues with staff shortages that occur from time to time.

22. Cox has a custodian job. He is unrestrained while performing his duties as a dayroom custodian. Cox works approximately six days a week.

23. Cox works early in the morning.

24. Yard is announced by intercom at least 10 minutes prior to commencing.

25. Staff does not go door to door to wake up residents. If residents wish to participate in yard, they must be dressed appropriately, have their light on and be sitting on their bed or standing in their cell. Staff will then proceed to restrain the resident and escort to yard.

26. Cox has the opportunity to meet with mental health staff every Monday, Tuesday, Wednesday, Friday and Saturday. Mental health staff stop by each door to see if the resident would like to talk or if anything is needed.

27. If mental health staff is not in the cellhouse, Cox may submit a Form 9 request to mental health staff regarding any concerns he may have.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on August ⅙, 2023.

_Craig Brewer_     U Ts

Craig Brewer, Unit Team Supervisor
El Dorado Correctional Facility
Kansas Department of Corrections

Attachment B, IMPP 20-105
Effective 07-08-14

## Kansas Department of Corrections          **EXHIBIT 1**
## Administrative Segregation Report

TO: _Warden Sam Cline_                                   Report Number: _20-0735_
FROM: _K.Shearburn UTM_

Date This Report Filed                 5/202020      Time of Placement          _1:15 pm_
Date of Segregation placement          5/20/2020      Time of Placement          _1:15 pm_

Offender Name: _Hayes, Brandon #113424_                Reason(S) For Segregation (Including Rule No. and Title)
Moved from Cell E1-218___to Segregation Cell A2-103     _20-104 I.B (4) PHD_

[x]    Pre-Segregation hearing conducted

[ ]    Pre-Segregation hearing NOT conducted (Explain) _____

Facts: On 5/20/2020 at approximately 1:15 pm Offender Hayes went after Offender Cox 98253 with a lock attached to a belt in the E1 dayroom. Offender will receive disciplinary report for this offence. Per IMPP 20 104 I.B (4), this movement and placement is made for the safety and security of EDCF.

_This_ placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two
_____
_____
_____

What is the reason no alternative means of separation can be arranged? _____
_____
_____
_____
_____

                                                     Approved By:

_____Date _5/29/2020_      _____   Date _5/20/2020_
Signature and Title of Reporting Officer          Shift Supervisor or Seg Unit Mgr.

                                                 _____Date _/ /_
                                                  Warden Authorization (If Needed)

OFFENDER ACKNOWLEDGMENT:

I received a copy of this report on:  Date _5/20/2020_ Time: _4:34 pm_

_Hayes_                          # _113424_      _____
Offender Signature and Number                     Staff Witness and Title
Record this Document in Imaging
Original to Master File
Copy to: Warden
         Offender
         PMC

## Doorknob Curls

Crouch down so that you're facing the knob-side of a door. Grab each handle with a palms-up grip and lean back so your arms are extended. Bend from the elbow down, drawing yourself toward the door. Slowly return yourself to the starting position.



## Towel Curls

From a seated position on the floor, place a towel around the underside of one foot, gripping the towel on either side with an underhand grip. Lift the leg to a "two o'clock" position and lean back until your arms are extended. Without allowing the knee to bend, curl your arms to draw your body forward. You will know you are doing this properly when you feel the burn in your arms, and not in your abs.



## Hammer Towel Curls

This exercise can be done with a towel or even an old shirt and is particularly effective if the item of clothing is made out of a bit of nylon or polyester to allow for a little bit of give (but is also why you want to use an *old* shirt).

Hold one end of the material in one hand at your side. Cross the other arm in front of your body and grab the other end. Using the arm that is crossing your body and leaving the elbow in place, draw ("curl") the hand upward. You will be curling against resistance you create, so make it reasonably challenging. The stretching material becomes beneficial here because it takes a little of the human element out while still allowing you to control the difficulty.



## Triceps Push-up

A simple tweak on the standard push-up allows you to go from targeting the chest to working your triceps with a phenomenal exercise. Instead of placing your arms outside of your body, bring them closer together so that they extend straight down from your shoulders. From here, move your hands back until they are lined up under your pecs. Slowly lower yourself to the same height above the ground as on a standard push-up, and also maintain a slight bend in your elbow at the top of the push-up.

*Tip:* When doing this exercise, do not allow your elbows to flare out. Doing so will take the tension off of the triceps and also create the potential for injury.





## Triceps Extensions

This is best done with a couch or solid chair after you remove the cushions. Face the piece of furniture and place your hands evenly over its exposed edge. Then create a "V" shape with the rest of your body where your hips are the highest point of your body and your legs are straight. Slowly lower yourself so that your head passes down between your arms, and then press yourself back to the starting position.





## Finger Flicks

With your hands out in front of you—you can be sitting or standing—make a pair of fists. Then explode your entire hand out and extend all of your fingers and thumb completely. Then quickly make fists and "squeeze" each tightly. Repeat this exercise quickly for sets of 20 to 30 and your forearms will begin to grow with haste.





## The Decline

Find an object that allows you to lift your feet 6 to 12 inches higher off the ground than your head and do push-ups from this position.





## Platform Push-up

Find two objects of equal height and place them under your hands when you're doing the traditional push-up. Allow your chest to dip between the objects when lowering yourself toward the ground.



## Sliding Press

Start in a traditional push-up position. Start by sliding one arm out to the side and then follow it with the upper body, bending at the elbow and doing a push-up off to that side. Return the body and arm to the original, traditional position, and alternate to the other side. This will make you feel a good bit of tension in the outer region of the pectoral muscle on the side you're bending on, and is a building exercise toward being able to do one-arm push-ups.



72          Gym-Free and Ripped

## One-Arm Push-up

Position your legs a bit wider than normal to do this one-arm push-up properly. Secure the hand not being used by setting it against your lower back and push up using the other arm.

Alternatively, you can start training for this by doing it from your knees.



## Flyes

For this particular chest exercise, you will need a smooth floor (hardwood floors are perfect). Start in the traditional push-up position but place folded-up washcloths between your palms and the floor.

Slowly allow your hands to slide out from the body until your chest is just a couple of inches off the floor, then slide your arms back to the starting position, keeping your arms slightly bent at the elbow throughout the exercise.



## Shoulders

When looking at the shoulders, the main muscles you see are the trapezius and the deltoids. While not strictly a muscle of the shoulder, the trapezius extends from the shoulder to the neck and is functionally involved in every shoulder movement. The deltoids, which when developed are the nice, round muscles at the top of your arms, consist of three "heads," which are different sets of muscle fibers. They consist of the lateral deltoid heads (those on the sides of you), the posterior (those on the back side of the deltoid), and the anterior (those on the front side). For the most power, strength, safety, and appeal, it's important to work all three deltoid heads for complete shoulder development.

### Handstand Press



You may want to place a small pillow on the floor under your head for this exercise.

Start facing a sturdy wall or closed (and locked) door. Squat down and place your hands on the ground a couple of inches away from the wall. Lean forward and put your head on the ground so that you are looking at your legs. Kick off with your legs until they touch the wall and you are upside down against the wall. Push with your arms to slowly raise and lower yourself.

In time, after you've developed balance, try doing this exercise without the aid of a wall!

76        Gym-Free and Ripped

## Half-Over Press

If you aren't quite ready to do handstand presses yet, this exercise will help you while still sculpting your shoulders. Find a solid object with a relatively high platform (the arm of a couch may work for you). Place your body over the edge until you are able to bend forward and place your hands on the ground while leaving your back as vertical as possible. Press your body up in the same manner as the handstand press.



## Back

Guys always get asked, "How much do you bench?" but when you're talking about stretching a t-shirt to impressive proportion, a well-developed back is what you're really looking for. The back consists of large, powerful muscles that affect everything you can do with your body. From proper posture and seated comfort to impressive musculature, working out your back is vital.

### Pull-ups on Doorframes

Hang yourself from a doorframe or other elevated, stable, sturdy object. Place your arms just beyond shoulder-width and lift yourself as high as possible. Slowly lower yourself to the starting position, leaving your arms slightly bent.



## Lifted Waves

Lie on the floor facedown with your arms extended out to your sides and your palms open and flat on the ground. Lift your chest and arms as far off the ground as possible while the rest of your body maintains contact with the floor.

Keeping your arms straight and off the ground, slowly draw them back as far as possible before returning to the starting position. Do not allow your arms to touch the ground in between repetitions.





## Post Rows

Depending on what's available to you, you can use a variety of different things to conduct this exercise. Anything that allows you to grip in front of you and secures your feet (such as stair railings or some pillars) will suffice. Grab a railing or post(s) in front of you (if you don't have adjoining grip options in front of you, you can place one hand above the other). Place your toes up against the object and allow your hips to drop back until both your arms and legs are extended. Pulling with your arms, bring yourself forward, focusing on using your back, not your arms, to create the motion. Your elbows should go out toward the sides rather than point toward the ground.





## Ground Pull-ups

Set two chairs (or other equal-height objects) on either side of you while you are on the ground, flat on your back. Take a solid bar or pole and set it across the chairs. Grip the bar outside of your shoulder-width with both hands and pull yourself upward. Your body should be rigid other than your arms, and when you're in the "up" position, only your heels should be touching the ground.

Alternatively, you can do this with any two solid objects placed at your sides that you can use to reach and pull yourself up with. This can be two tables, couch or chair ends, or folding chairs (just ensure they won't fold with your weight).



## Table Pull-ups

This can be done as an alternative to the Ground Pull-ups, or, because the positioning requires an underhand grip instead of an overhand option, can be done as a separate exercise.

Lie on your back so that your chest is underneath the edge of a sturdy table (or similar object) with the rest of your body out away from the table. Reach up and grip the edge underhanded so that your fingers are on the table/surface top. Pull yourself up toward the underside of the table.

*Ripped addition*: Try elevating your feet.



# Lower Body Exercises

The legs are the driving force of your entire body. Having powerful legs makes everything else you do, from walking upstairs to carrying something heavy, easier.

Traditionally, legs have unfortunately been an afterthought by guys just wanting big chests and large arms. Those with truly impressive physiques are well balanced and have filled-out legs to match wide shoulders and arms, giving that "X-Frame" look. And you can build great legs right from home.

## Quadriceps, Hamstrings, and Hips

The main components of the upper leg are your quadriceps—the muscles on the front of your thigh—and the hamstrings, which are the muscles on the back side of your thigh. It's important to develop these muscles together rather than focusing on one or the other, because they have a very synergistic relationship. Not only will you be more comfortable when giving each group proper attention, but your legs will also come to look more complete and detailed.

## Squats

Easily the most basic leg exercise out there, squats have a huge number of variations you can use to attack your legs from new angles and inspire new growth. Even so, you'd be hard pressed to beat the traditional squat in effectiveness.

Start by standing with your legs just outside shoulder-width. You may keep your hands at your hips, across your chest, or even extended out in front of you, if you'd like. Keeping your feet flat on the ground, bend at the knees and lower your hips—keeping your back straight—until your hips reach about the height of the knees. Pushing from the bottom of your feet, drive yourself back to the standing position.

*Ripped addition:* Take dumbbells or equal weights in either hand and rest them on/against your shoulders during your squats. You can also add weight to a backpack for increased resistance, but wear the backpack on the front of your body to ensure the weight doesn't throw you off balance.




92        Gym-Free and Ripped

## Lunges

Lunges are a classic and extremely effective leg exercise. Start by standing normally with your hands on your hips (alternatively, you can do this with weights in each hand and your arms at your side). Take a big step forward with one foot and bend at that knee, keeping the shin vertical, until the knee of your opposite leg almost touches the ground. From here, you can either step back to the starting position, or you can push off with the front leg and into the next step and repeat the technique with your opposite leg.



## Knee Drop

This exercise is a cross between a squat and a lunge, but it targets muscles in your legs in a unique way that makes this a great addition to any leg workout, even if you're already doing squats and lunges.

Start standing up straight with your feet together. Place one leg about one foot forward and slide the other back until it's far enough that bending that knee would place it next to and just behind the rear of your forward foot. That motion is actually what you will be doing. Bend the rear leg until it hovers just above the ground, pause briefly, then using only the strength from that leg, press yourself back up to starting position. Repeat this for a complete set before switching and rotating sides.





THIS BOOK IS PROPERTY OF STATE LIBRARY OF KANSAS

## Riding Stance

This is an endurance-based exercise that will make your quads burn. Stand with your feet a few inches outside of shoulder-width and "sit" down until your quadriceps are parallel with the ground. Make sure that you keep your back straight and don't lean forward.

*Ripped addition:* To really test yourself, get a paper or plastic cup and set it on the top of your leg once you get into position. It will keep you honest because the cup will tip if you begin to cheat and start standing up.



## Slow Stepping

For a fantastic way to build your legs, find a set of stairs or a raised platform that is wide and sturdy. Place one foot on the platform and keep your hands on your hips. While maintaining solid footing, slowly lift yourself up until you are able to touch the toe of your free-hanging leg to the heel of the foot on the platform. Then, slowly lower yourself to your starting point. Rather than alternating legs by repetition, perform your full set of one leg before switching to the other.



## Platform Lift

Set a solid, flat object—such as a bench—at your side. Try to make the level of the object about even with your knee, although a little higher or a little lower is feasible as well.

Standing sideways to the bench, place the bottom of one foot on the center of the bench and lift yourself up. The foot not balancing on the bench should gently touch the inside of the balancing foot and then return to the ground. Return to the starting position and repeat.

 

96        Gym-Free and Ripped

## Single-Leg Straight Bend

Similar to the slow bends done in the warm-up, this exercise uses leverage to put more tension on the hamstrings, resulting in a greater workout.

Start with your legs lined up with your shoulders and a slight bend in the knees. Select a leg to begin with and gently lean forward, keeping that leg on the ground and moving the hand of the same side toward the top of the foot. Allow the other leg to lift as your upper body moves forward, keeping it on the same plane as your upper body (when your upper body is parallel to the floor, your opposite leg should be as well). When you have bent as far as is comfortable and feel your hamstrings flex, pause briefly and return to your starting position. Complete your set with each individual leg before switching sides.



## Roman Deadlift

Take two equally weighted objects in your hands and keep the hands just in front of your thighs as you stand tall with a slight bend in your knees. Keeping your back straight and your weight over your hips, lean forward, keeping the weights as close to your legs as possible as you descend. Pause when you just about reach your feet and return to the standing position.



## One-Leg Squat

Few exercises are as impressive as a properly conducted one-leg squat. Some of the best athletes in the world are unable to do even a single rep of this exercise, let alone a full set. In time, though, you'll not only be able to do these, you'll be the envy of your friends with a pair of muscular legs to go along with it.

Stand with your knees slightly bent and your arms straight out in front of you (this is to act as a counterbalance). Lift one leg off the ground and place it as far out in front of you as possible while keeping it straight (don't worry, you'll get better in time). Then, slowly lower yourself as far as possible on your balancing leg. When your hamstring touches your calf (or as far as you can go in the beginning stages), push yourself back up to the starting position.



## V Dips

Make your body into a V-like shape by leaning forward and placing your hands flat on the ground and placing your legs behind you enough so that you are up on the balls of your feet. From here, bend and dip your knees forward until they are just off the ground, and then return to full extension, staying on your toes the entire repetition.





100        Gym-Free and Ripped

## Wall Squats

Place your back against a flat, smooth wall and set your feet out slightly in front of you. Slide yourself down the wall until your hips pass slightly below your knees and then push against the bottoms of your feet until you return to the top.

*Ripped addition:* Prop yourself up on the balls of your feet while doing these squats.



## Wall Sits

This is just like a wall squat, only you hold your lowered stance for a set period of time. Start with repeats of 20-second holds and increase as able.



## Front Kicks

For this quadriceps-strengthening exercise, stand straight up with your legs in line with your body. Place your hands on your hips and raise one leg, bent at the knee, until your quadriceps is parallel to the floor. Then, extend the leg from the knee down until it is straight in front of you. Bend back to the raised position, then lower the leg. To work your balance, don't allow your foot to touch the floor in between repetitions.





102        Gym-Free and Ripped

## Chair Squats

You can do this with a chair or any other solid surface about the same height. Start standing in front of the object, facing away from it, and slowly lower yourself onto it in a seated position. Then, try to return to the standing position while keeping your back as straight as possible.

*Ripped addition:* Do it with just one leg!

 

## Standing Rear Leg Extensions

Standing up straight, place your hands on your hips. Select a leg to start with and raise it slightly off the ground. While maintaining as upright a posture as possible, draw the leg up behind you as high as possible with your toes pointed.

*Ripped addition:* Start in a push-up position with your feet elevated to nearly the same height, or the same height, as your upper body. Raise one leg at a time as high as possible.



104     Gym-Free and Ripped

## Standing Side Leg Extensions

From a standing position with your legs in line with your body, shift your weight onto one leg and lift the other out to the side as high as possible. Return to the starting position. Try not to allow your active leg to touch the ground in between repetitions.



## Hip Lifts

Lie on your side propped up on an elbow and with your legs extended and on top of one another. Lift your top leg while keeping it in line with the leg that is remaining stationary. Pause when you reach the height of your ability and then lower your leg back *near* your starting position. During the course of your set, don't allow your feet or ankles to touch and always keep your active leg hovering above the stationary one in between reps.

*Ripped addition:* Use an exercise cord or an ankle weight to add tension and increase the difficulty of this exercise.



## One-Leg Hip Lifts

Lie on your back with one leg bent and your knee pointing upward. Set the ankle of your opposite leg above the knee of the bent leg so that your knee is pointing out toward the side. Drive down with the foot on the ground, lifting your hips as high as possible. Pause at the top before lowering yourself nearly to the starting position, but remaining just a bit off the ground.



## Hamstring Leg Raise

Lie with your stomach on the floor and prop yourself up on your elbows and one knee. Extend the opposite leg, point your toe, and lift the leg skyward as high as possible.



106       Gym-Free and Ripped

## Reverse Leg-ups

Start lying face down on the floor with your arms bent out in front of you or crossed over one another. Point your toes and lift your legs as high as possible.



## Rocking Push-ups

Start with your feet in the traditional push-up position but your upper body balancing on your elbows and forearms with your palms flat on the floor. Maintaining your arms in their current position, use your hamstrings and arms to create a 'V' shape with your body, lifting your hips as high as you can. Slowly return to the starting position.




## Merry-Go-Round

Stand up with your feet spread apart comfortably. With your arms extended and palms open, lean down so that your hands are touching the outside of your left ankle. Now in a rainbow-like motion, slowly raise your arms up above and over your body until they assume the same position outside of your right ankle. Repeat back and forth.







# Core Exercises and Full Body Fun

You can follow a strict diet and burn away all the body fat you want, but the bottom line is if you want ripped abs, you have to have some muscle to show once the top layers have been "removed," so to speak. Getting that much-desired six pack requires diligence in the kitchen, but also with your core training. And strengthening your abdominals and lower back muscles also makes everything from sitting to standing, walking to running, easier and more comfortable.

## Traditional Crunch

Cross your arms over your chest (*not* behind your head). This is your traditional, old-school crunch. The thing to focus on here is to raise your body *up* and not *forward,* which is where most people go wrong with this exercise.



## Oblique Twist

With your feet securely under a solid object to hold your lower body steady, lift your body *upward* until your back is just off the ground and extend your arms out to their respective sides. Start rotating to one side, bringing with you the arm from the side you're turning away from. Rotate your core until that hand touches the other hand, which should remain in place. Return to your starting position and rotate to the opposite side.



## Elbow Hold

Place your body and feet facing down as if you are going to do a traditional push-up, but prop yourself up on your elbows instead. Your elbows should be under your chest, and your hands should be pointing forward, ending up under your face. Hold this position for varied amounts of time. If you're new to training, start with 15 to 20 seconds and increase incrementally as you improve.



## Side Plank

Lie on the floor on your side and prop yourself up so that only your forearm is on the ground. Place your legs atop one another and lift yourself up so that you are in a straight line from the feet all the way up your body. As with the elbow and push-up holds, start with brief holds of 15 to 20 seconds and increase the amount of time as you get stronger. Alternate sides for equal lengths of time.



## Abdominal Flutter Kick

Lie on the floor flat on your back and place your hands, palms down, beneath your butt. Lift your heels slightly off the ground and point your toes. Kick your legs up and down slightly as if you are swimming.



## Abdominal Leg Raises

Lie on the floor flat on your back and bring your heels off the ground. If you find it more comfortable, you may place your hands beneath your lower back or butt. Raise your legs until you feel the whole of your abdominals contracting, then lower them to the starting position. Never allow your heels to touch the ground during this exercise.





## Good Mornings

This is a great exercise for your lower back.

Stand up tall with your legs nearly straight and bend your elbows to place your hands behind your head, interlocking your fingers. Bending only at the waist, lean forward until your upper body becomes flat. Pause in that position just briefly before slowly returning to your starting position.





Case 5:22-cv-03154-JWB-TJJ   Document 70   Filed 08/14/23   Page 59 of 86

## Full Bridge

With your back on the floor, bend at the knees until your feet are flat on the ground. Place your arms so that your elbows are pointing to the ceiling and your palms are flat on either side of your head. In one smooth motion, push from your palms and heels and lift yourself off the ground.



## Hands-Under-Butt Bridge

Lie on your back with your hands under your butt and your knees bent up so that your feet are flat on the floor and positioned just outside of your shoulders. Push from the bottoms of your hands and feet until your hips are lifted as high as possible. Hold briefly in this position and return to the starting position.



*Ripped alternative:* Do the same exercise using only one leg.



## Overhead Leg Extensions

From the floor, roll onto your back until your legs are hanging over your head. Keep your arms extended down the length of your body and flat. Using your core, extend your legs straight above you as you try to position your torso as vertical as possible.





THIS BOOK IS PROPERTY OF
ED OF LIBRARY
STATE OF KANSAS

## Overhead Towers

Sit on the floor and roll backward until your knees are above your face.
Place your elbows on the ground at your sides and your hands lightly on
your lower back. Extend the body as if you're trying to touch your pointed
toes to the ceiling, then slowly lower back to the starting position.




type of cardio on Friday (or any variation thereof),. But if, based on your work schedule, travel, or even weather, you have to do one type of exercise for a couple of days straight, feel free. Just make sure you switch it up when it becomes possible to do so.

# Need-to-Know Cardio Exercises

Some simple exercises make for exceptional cardio training. The movements described in the following sections work a variety of muscles, which is what makes them so valuable for getting your heart rate up. Some are great additions to interval training, and some are great on their own, but like everything covered thus far, they are all, first and foremost, additional tools you can make work for you.

## Burpees ☆

The funny name belies incredible results: Burpees. They're used in just about every training program you'll ever find—in the military, in martial arts, all around the world. Few exercises are so universally accepted as effective, but this one is king. It's like a total body workout in a single exercise. Start standing with your feet shoulder-width apart. Squat down quickly and put your hands on the ground just out in front of you. Support your weight on your hands and kick your feet back, putting you in the traditional "push-up position." Do a single push-up and then push off your feet to return to the squat-down position. From here you conduct the final piece, which is a vertical jump, lifting your arms straight up above you as you do. Remember that all of these pieces are done in rapid succession.



Now that you know how to do Burpces, you can put them to use.

## Animal Crawls

We can take a lot from the animal kingdom when it comes to fitness. After all, the creatures in the wild have to adapt their physiologies to a myriad of terrain and obstacles. We've found over time if we mimic their motions, we can get a great workout. Here's a trio of crawls you are sure to enjoy.

**Bear.** Place your hands on the ground, keep your hips high, and get up on the balls of your feet. Move along the ground in this pattern which, as you'd guess, is similar to how you'd see a bear travel.



**Crab.** Start seated on the floor. Bend at the knees and place your feet flat on the floor. Reach behind you and place your palms on the floor as well, then lift your hips up and hold yourself off the ground. Now crawl forward and back for a set number of "laps" of your course or for a set period of time.



**Crocodile.** The "croc crawl" looks easy but it's anything but. Think of how you'd see a crocodile move over land (feel free to YouTube it if you want a real idea!) and try to do the same. Keep your body as low to the ground as possible and move one arm at the same time as the opposite leg, then move your opposite arm and leg, and see how far you can go.



# In-Home Cardio

The exercises described in this section are designed to be done indoors.
While you certainly can put them to use outdoors or in a gymnasium-
like setting, they're great to have in your arsenal for when the weather is
bad or other facilities aren't available. That said, use them where you can
and where you want to.

## Mountain Climbers

Get into the traditional push-up position and then bring your hips up
slightly. Alternate bringing your knees, one at a time, up to your chest.
Do this quickly for a great cardiovascular workout.



# @BEACH

## NEILA REY WORKOUT   neilarey.com



**round 1**   **10** push-ups   **50m** jog   **10** lunges

**round 2**   **10** push-ups   **50** stroke swim   **10** squats

**round 3**   **10** push ups   **20m** water jog [ knee deep ]   **10** jumping jacks

**round 4**   **10** push-ups   **50** stroke swim   **10** mountain climbers

# 1&1 WORKOUT

## 1 minute each exercise / 1 minute rest after each exercise





**1.** high knees    **2.** jumping jacks    **3.** squats



**4.** lunges   **5.** plank leg raises   **6.** climbers   **7.** bicycle crunches





**8.** leg raises    **9.** knee pull-ins    **10.** push-ups

sets  level I 3 sets  level II 4 sets  level III 6 sets  rest between sets  up to 3 minutes

© Neila Rey                                        neilarey.com



# Names

| Name Type | Name |
|---|---|
| Conviction | HAYES, BRANDON X |
| True | HAYES, BRANDON XAVIER |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Apr 03, 1990 | 33 |



(/kasper/search/image?
kdocNumber=0113424&imageNumber=1)

**HAYES, BRANDON X**

**Approx Picture Date**

2021-07-29

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 6'-2" | 213 | Male | Black |

# Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** Dec 16, 2027

**Current Status** Incarcerated

**Admission Date** May 04, 2016

**Current Location (2)** **Larned Correctional Mental Health Facility (http://www.doc.ks.gov/facilities/lcmhf)**

**Custody Level** LMD Low Medium

**(1) This date could be affected by a parole board decision or good time and/or program credit.**
**(2) Click on Location for the Facility web site.**

8/11/23, 5:28 PM                                    Kansas Department of Corrections

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 15CR2306 | Aug 05, 2015 | Apr 14, 2016 | N/A | Assault on a Law Enforcement Officer | 1 | Class C Misdemeanor | Active | KS |
| Sedgwick | 15CR2306 | Aug 05, 2015 | Apr 14, 2016 | N/A | Battery phys.cont.rude, insul. or angry manner | 1 | Class B Misdemeanor | Active | KS |
| Sedgwick | 15CR2306 | Aug 05, 2015 | Apr 14, 2016 | N/A | Obstruct Legal Process or Official Duty - felony | 1 | Non Drug-Grid Severity Level 9 | Active | KS |
| Sedgwick | 14CR1590 | Jun 18, 2014 | Oct 09, 2014 | N/A | Agg Battery-Int, Grt Bodly Hrm | 1 | Non Drug-Grid Severity Level 4 | Active | KS |

(I) If Number includes  JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Larned Correctional Mental Health Facility | Jul 13, 2021 | Inter-Facility Movement |
| El Dorado CF-Central | May 12, 2020 | Inter-Facility Movement |
| Norton CF-Central | Jan 15, 2019 | Inter-Facility Movement |
| El Dorado CF-Central | Oct 10, 2017 | Inter-Facility Movement |
| Lansing CF-Central | Jun 14, 2016 | Inter-Facility Movement |
| El Dorado CF-RDU | May 04, 2016 | Probation Viol. New Sentence |

## Completed Programs

| Name | Completion Date |
|------|-----------------|
| SAP  | Nov 18, 2022    |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| May 15, 2023 | 1 | Larned Correctional Mental Health Fac. | Fighting |
| Jan 12, 2023 | 1 | Larned Correctional Mental Health Fac. | Dangerous Contraband |
| Aug 03, 2021 | 1 | Larned Correctional Mental Health Fac. | Tobacco Contraband Trafficking |
| Nov 12, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| May 20, 2020 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| May 20, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Mar 24, 2020 | 1 | Norton Correctional Facility - Central | Disobeying Orders |
| Mar 24, 2020 | 1 | Norton Correctional Facility - Central | Threaten or Intim Any Person |
| Mar 24, 2020 | 1 | Norton Correctional Facility - Central | Avoiding an Officer |
| Mar 24, 2020 | 2 | Norton Correctional Facility - Central | Misconduct in Dining Room |
| Nov 08, 2019 | 2 | Norton Correctional Facility - Central | Misuse of State Property |
| Nov 07, 2019 | 2 | Norton Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Nov 07, 2019 | 2 | Norton Correctional Facility - Central | Disruptive Behavior |
| Jun 08, 2019 | 1 | Norton Correctional Facility - Central | Inmate Activity; Limitations |
| Jun 08, 2019 | 2 | Norton Correctional Facility - Central | Tattoos and Body Markings |
| Sep 27, 2016 | 2 | Lansing Correctional Facility - Central | Debt Adj or Collection Proh. |
| Sep 06, 2016 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |

Kansas Department of Corrections

## Names

| Name Type | Name |
|---|---|
| Conviction | TOLLIVER, STEVEN E |
| True | TOLLIVER, STEVEN EDWARD |
| Alias | TOLLIVER, STEVE |



[(/kasper/search/image?kdocNumber=0113497&imageNumber=1)](/kasper/search/image?kdocNumber=0113497&imageNumber=1)

**TOLLIVER, STEVEN E**

**Approx Picture Date**

2021-10-04

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Sep 13, 1990 | 32 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Blue | Brown | 6'-4" | 168 | Male | White |

## Current Status reported by Dept. of Corrections

**Current Status**  Discharged

**Discharged Date**  Jul 04, 2022

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 15CR2621 | Aug 31, 2015 | May 04, 2016 | N/A | Agg Battery - Bodily Harm Ddly Weapon/Manner | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 19CR3748 | Dec 16, 2019 | Apr 05, 2021 | N/A | Theft; Prop/ Serv Poss.stolen prop less than $1500 | 1 | Class A Misdemeanor | Inactive | KS |
| Sedgwick | 19CR3748 | Dec 16, 2019 | Apr 05, 2021 | Attempted | Burglary; Build used as dwell.;excpt thft firearm | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Sedgwick | 15CR2621 | Sep 07, 2015 | May 04, 2016 | N/A | Aggravated Assault | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |
| Sedgwick | 15CR2621 | Sep 07, 2015 | May 04, 2016 | N/A | Criminal Threat | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Unknown or N/A | Jul 04, 2022 | Expiration Of Sentence |
| Sedgwick County | Mar 29, 2022 | Par/CR Returned To KS Supervsn |
| Missouri State | Oct 04, 2021 | Out-of-State Post Release |
| El Dorado CF-Central | Jun 28, 2021 | Inter-Facility Movement |
| El Dorado CF-RDU | May 10, 2021 | New Court Commitment |
| Sedgwick County | May 20, 2020 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | May 20, 2020 | Intra-parole/CR |
| Unknown or N/A | May 20, 2020 | Expiration Of Sentence |
| Sedgwick County | Dec 23, 2019 | DOC Warrant Issued |
| Sedgwick County | Dec 16, 2019 | DOC Warrant Issued |
| Sedgwick County | Dec 16, 2019 | DOC Warrant Issued |
| Sedgwick County | May 20, 2019 | In-State Post Release |

| Location | Movement Date | Movement Reason |
|---|---|---|
| Lansing CF-Central | Mar 20, 2017 | Intra-Facility Movement |
| Lansing CF-Central | Dec 15, 2016 | Inter-Facility Movement |
| Jackson County | Dec 15, 2016 | Contract Jail-KDOC Placement |
| Larned Correctional Mental Health Facility | Nov 10, 2016 | Inter-Facility Movement |
| Rice County | Nov 10, 2016 | Contract Jail-KDOC Placement |
| Ellsworth CF | Jun 09, 2016 | Inter-Facility Movement |
| Rice County | Jun 09, 2016 | Contract Jail-KDOC Placement |
| El Dorado CF-RDU | May 16, 2016 | New Court Commitment |

# Completed Programs

| Name | Completion Date |
|---|---|
| Discharge Planning | Oct 04, 2021 |
| SAP | Nov 07, 2018 |
| Parenting-Inside Out Dads | Oct 24, 2017 |
| High Risk OWDS | Jul 19, 2017 |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Aug 18, 2021 | 1 | El Dorado Correctional Fac. - Central | Tobacco Contraband Possession |
| Aug 03, 2021 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Aug 03, 2021 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Jul 08, 2021 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Jul 08, 2021 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |
| May 13, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| May 11, 2019 | 1 | Lansing Correctional Facility - Central | Bodily Waste |
| May 11, 2019 | 1 | Lansing Correctional Facility - Central | Incitement to Riot |
| May 11, 2019 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |

Kansas Department of Corrections

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| May 08, 2019 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Apr 29, 2019 | 1 | Lansing Correctional Facility - Central | Interfering W/Official Duties |
| Apr 29, 2019 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Apr 29, 2019 | 2 | Lansing Correctional Facility - Central | Disruptive Behavior |
| Apr 13, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 13, 2019 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Apr 06, 2019 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Apr 06, 2019 | 1 | Lansing Correctional Facility - Central | Interfering W/Official Duties |
| Apr 06, 2019 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Apr 02, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 30, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 11, 2019 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Oct 11, 2018 | 1 | Lansing Correctional Facility - Central | Threaten or Intim Any Person |
| Oct 11, 2018 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Jul 16, 2018 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| May 01, 2018 | 1 | Lansing Correctional Facility - Central | Battery |
| Dec 27, 2017 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Nov 22, 2017 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| Nov 21, 2017 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Nov 21, 2017 | 2 | Lansing Correctional Facility - Central | Tattoos and Body Markings |

Kansas Department of Corrections

# Names

| Name Type | Name |
|-----------|------|
| Conviction | LAYNE, MICHAEL BLAKE |
| True | LAYNE, MICHAEL BLAKE |
| Alias | BLAKE, |
| Alias | KILO, |



**(/kasper/search/image?kdocNumber=0104696&imageNumber=1)**

**LAYNE, MICHAEL BLAKE**

**Approx Picture Date**

2017-02-21

# Birthdates

| Birthdate Type | Birthdate | Age |
|----------------|-----------|-----|
| True | Jan 24, 1992 | 31 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|-----------|------------|--------|--------|--------|------|
| Green | Brown | 6'-0" | 215 | Male | White |

# Current Status reported by Dept. of Corrections

**Work or Program Participation** Not Working

**Earliest Possible Release Date (1)** May 04, 2033

**Current Status** Incarcerated

**Admission Date** Jan 15, 2013

**Current Location (2)** **El Dorado CF-Central (http://www.doc.ks.gov/facilities/edcf)**

**Custody Level** LMD Low Medium

**(1) This date could be affected by a parole board decision or good time and/or program credit.**
**(2) Click on Location for the Facility web site.**

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Riley | 11CR895 | Dec 06, 2011 | Dec 20, 2012 | N/A | Aggravated Robbery | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Riley | 11CR895 | Dec 06, 2011 | Dec 20, 2012 | N/A | Murder in the second degree - intent | 1 | Non Drug-Grid Severity Level 1 | Active | KS |
| Riley | 11CR895 | Dec 06, 2011 | Dec 20, 2012 | N/A | Kidnapping | 1 | Non Drug-Grid Severity Level 3 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.

(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | May 26, 2021 | Inter-Facility Movement |
| Hutchinson CF-Central | Mar 20, 2017 | Inter-Facility Movement |
| El Dorado CF-Central | Aug 14, 2014 | Inter-Facility Movement |
| Hutchinson CF-Central | Feb 13, 2013 | Inter-Facility Movement |
| El Dorado CF-RDU | Jan 15, 2013 | New Court Commitment |

# Completed Programs

| Name | Completion Date |
|---|---|
| PELL Associate of Science Liberal Studies | Aug 02, 2023 |
| PELL Associate of Science Liberal Studies | May 12, 2023 |
| High Risk T4C | Nov 24, 2015 |

8/11/23, 5:29 PM                                              Kansas Department of Corrections

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Aug 03, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jun 22, 2023 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Mar 06, 2023 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Dec 08, 2022 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Mar 29, 2022 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Mar 29, 2022 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Aug 03, 2021 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Aug 03, 2021 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Aug 03, 2021 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Mar 20, 2021 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Aug 06, 2020 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Aug 06, 2020 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| Jun 25, 2020 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Apr 23, 2020 | 1 | Hutchinson Correctional Fac. - Central | Mail |
| Apr 20, 2020 | 1 | Hutchinson Correctional Fac. - Central | Mail |
| Mar 05, 2020 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Mar 05, 2020 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Mar 05, 2020 | 1 | Hutchinson Correctional Fac. - Central | Viol Statutes (Felony Crime) |
| Feb 10, 2020 | 1 | Hutchinson Correctional Fac. - Central | Possession UnAuth Commo Device |
| Feb 10, 2020 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Feb 10, 2020 | 1 | Hutchinson Correctional Fac. - Central | Viol Statutes (Felony Crime) |
| Jan 30, 2020 | 2 | Hutchinson Correctional Fac. - Central | Less Dangerous Contraband |
| Dec 12, 2019 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Dec 12, 2019 | 1 | Hutchinson Correctional Fac. - Central | Tobacco Contraband Possession |

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Sep 01, 2019 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Sep 01, 2019 | 2 | Hutchinson Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Aug 10, 2019 | 1 | Hutchinson Correctional Fac. - Central | Threaten or Intim Any Person |
| Aug 10, 2019 | 1 | Hutchinson Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| May 06, 2018 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| Nov 01, 2017 | 1 | Hutchinson Correctional Fac. - Central | Inmate Activity; Limitations |
| Nov 01, 2017 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 01, 2017 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 01, 2017 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| Sep 18, 2017 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| May 06, 2017 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Feb 20, 2017 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Feb 20, 2017 | 2 | El Dorado Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jan 12, 2017 | 2 | El Dorado Correctional Fac. - Central | Restriction |
| Nov 15, 2016 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Jul 03, 2016 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| May 05, 2016 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 29, 2016 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Jan 27, 2016 | 2 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Dec 26, 2015 | 1 | El Dorado Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |
| Oct 15, 2015 | 2 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| May 27, 2014 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| May 27, 2014 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Apr 01, 2014 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Mar 27, 2014 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Mar 08, 2014 | 1 | Hutchinson Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |
| Mar 08, 2014 | 1 | Hutchinson Correctional Fac. - Central | UnAuthzd Use Inmate Telephone |

Kansas Department of Corrections

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Jan 28, 2014 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Jan 07, 2014 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 02, 2013 | 1 | Hutchinson Correctional Fac. - Central | Fighting |
| Oct 24, 2013 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Sep 25, 2013 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Sep 10, 2013 | 1 | Hutchinson Correctional Fac. - Central | Violation of Published Orders |
| Sep 10, 2013 | 1 | Hutchinson Correctional Fac. - Central | Violation of Published Orders |
| Sep 10, 2013 | 2 | Hutchinson Correctional Fac. - Central | Misuse of State Property |
| Sep 10, 2013 | 2 | Hutchinson Correctional Fac. - Central | Regis. & Use of Pers. Property |
| Sep 10, 2013 | 2 | Hutchinson Correctional Fac. - Central | Unauthorized Dealing or Trade |
| Jul 26, 2013 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Jul 24, 2013 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Jul 24, 2013 | 1 | Hutchinson Correctional Fac. - Central | Theft |
| Jul 19, 2013 | 1 | Hutchinson Correctional Fac. - Central | Violation of Published Orders |
| Jul 12, 2013 | 3 | Hutchinson Correctional Fac. - Central | Rest Area/Unauth Presence |
| Jul 05, 2013 | 1 | Hutchinson Correctional Fac. - Central | Disobeying Orders |
| Jul 05, 2013 | 3 | Hutchinson Correctional Fac. - Central | Rest Area/Unauth Presence |
| Jun 25, 2013 | 1 | Hutchinson Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| May 27, 2013 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| May 16, 2013 | 2 | Hutchinson Correctional Fac. - Central | Restr Area/Unauth Presence |
| Mar 08, 2013 | 1 | Hutchinson Correctional Fac. - Central | Battery |

# Names

| Name Type | Name |
|-----------|------|
| Conviction | MARTIN, JOSHUA B |
| True | MARTIN, JOSHUA BURGESS |
| Alias | JOSH, |
| Alias | BURGESS, JOSHUA |
| Alias | WHIZ, |
| Alias | JOSHUA KHALIFA, |



**(/kasper/search/image?
kdocNumber=0105177&imageNumber=1)**

**MARTIN, JOSHUA B**

**Approx Picture Date**

2022-04-27

# Birthdates

| Birthdate Type | Birthdate | Age |
|----------------|-----------|-----|
| True | Sep 22, 1987 | 35 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|-----------|-----------|--------|--------|--------|------|
| Brown | Black | 5'-11" | 197 | Male | American Indian or Alaskan Native |

# Current Status reported by Dept. of Corrections

Current Status  Post Incarceration

Date  Feb 16, 2023

Current Location  Sumner County

Kansas Department of Corrections

# Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|--------|-----------------|--------------|-----------------|-----|--------------------------------|--------|---------------------|------------------|-------|
| Sedgwick | 12CR56 | Jan 01, 2012 | Jan 18, 2013 | N/A | Murder in the 2nd Degree (Reckless) | 1 | Non Drug-Grid Severity Level 2 | Active | KS |
| Sedgwick | 12CR56 | Jan 01, 2012 | Jan 18, 2013 | N/A | Crim.Discharge Firearm, Occd Dwelling/Veh sent a1 | 1 | Non Drug-Grid Severity Level 7 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|----------|---------------|-----------------|
| Sumner County | Feb 16, 2023 | In-State Post Release |
| El Dorado CF-Central | Jan 06, 2023 | Returned From Court Appearance |
| Sedgwick County | Dec 07, 2022 | Released For Court Appearance |
| El Dorado CF-Central | Aug 12, 2022 | Returned From Court Appearance |
| Sedgwick County | Jul 20, 2022 | Released For Court Appearance |
| El Dorado CF-Central | Apr 27, 2022 | Returned From Court Appearance |
| Sedgwick County | Apr 11, 2022 | Released For Court Appearance |
| El Dorado CF-Central | Feb 08, 2017 | Inter-Facility Movement |
| Lansing CF-Central | Dec 16, 2015 | Inter-Facility Movement |
| El Dorado CF-Central | Aug 20, 2015 | Inter-Facility Movement |
| Lansing CF-Central | Aug 22, 2014 | Inter-Facility Movement |
| El Dorado CF-Central | Dec 17, 2013 | Inter-Facility Movement |
| Lansing CF-Central | Apr 25, 2013 | Inter-Facility Movement |

| Location | Movement Date | Movement Reason |
|----------|---------------|-----------------|
| El Dorado CF-RDU | Mar 25, 2013 | New Court Commitment |

# Completed Programs

| Name | Completion Date |
|------|-----------------|
| Moderate OWDS | Feb 28, 2020 |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Apr 10, 2022 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Apr 10, 2022 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Feb 21, 2022 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Nov 16, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Nov 15, 2020 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Sep 30, 2019 | 1 | El Dorado Correctional Fac. - Central | Responsibility for Counts |
| Sep 30, 2019 | 2 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Sep 30, 2019 | 3 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Mar 22, 2019 | 1 | El Dorado Correctional Fac. - Central | Battery |
| Mar 22, 2019 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Dec 04, 2018 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| Dec 04, 2018 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Aug 21, 2017 | 3 | El Dorado Correctional Fac. - Central | Rest Area/Unauth Presence |
| Jun 02, 2017 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Jun 02, 2017 | 1 | El Dorado Correctional Fac. - Central | Inmate Activity; Limitations |
| Jan 10, 2017 | 1 | Lansing Correctional Facility - Central | Battery |
| Jul 23, 2016 | 1 | Lansing Correctional Facility - Central | Fighting |

Kansas Department of Corrections

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Jul 24, 2014 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Jan 10, 2014 | 2 | El Dorado Correctional Fac. - Central | Tattoos and Body Markings |