In the United States District Court for Kansas

Nicholas Cox,
    Plaintiff,

    v.                                        Case No.: 22-CV-3154

Jeff Zmuda, et al.,
    Defendants,

## Motion for Protective Order

Comes Now, the plaintiff, Nicholas Cox pro se and moves the Court for a protective order to move me to a cell with air circulation and no insect infestation. There are 25 cells in this cell house who have air circulation along the unit team wall. The other two sides of the cell house don't have air and everyone has complained and nothing is being done. Deputy Warden BOS said HVAC checked it out. HVAC hasn't been in mine or anyone elses cell I know of. The air works in the dayroom where the officers work and cells on the wall where the unit team works which leads me to believe that this is a deliberate attempt to

1

Save money and torture us at the same time. I have grieved the issue all the way to the secretary and a lawsuit is my next step if this doesn't work. Hot cells with no air circulation lead to fights among cell mates and many other problems. They know this.

Respectfully Submitted By,

Nicholas Cox 98253
P.O. Box 311
El Dorado, KS 67042

2