In the United States District Court for the District of Kansas

Nicholas Cox,
    Plaintiff,

v.

Case No.: 22-CV-3154

Jeff Zmuda, et al.,
    Defendants.

## Notice of Voluntary Dismissal

Comes Now, the plaintiff Nicholas Cox pro se and gives notice to the Court that I wish to dismiss the above case number and subsequent appeal voluntarily.

Respectfully Submitted By,

Nicholas Cox 94653
P.O. Box 311
El Dorado, KS 67042

1